AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

ADAMS ARMS, LLC )
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 8:16CV1503T33 AEP
UNIFIED WEAPON SYSTEMS, INC., AGUIEUS, LLC, )
MICHAEL C. BINGHAM, CHRISTIAN QUINTANILLA )
AURICH, and MAJOR GENERAL JAMES W. PARKER )
USA, Retired )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNIFIED WEAPON SYSTEMS INC.
c/o Agents and Corporations, Inc.
1201 Orange St.
Suite 600
One Commerce Center
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jaime Austrich, Esq.
Shumaker, Loop & Kendrick, LLP
101 E. Kenendy Blvd., Ste. 2800
Tampa, FL 33602
jaustrich@slk-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUN 1 0 2016

Date: _____

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk