AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| ADAMS ARMS, LLC | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 8:16 cv 1503 T 33 AEP |
| UNIFIED WEAPON SYSTEMS, INC., AGUIEUS, LLC, | ) |
| MICHAEL C. BINGHAM, CHRISTIAN QUINTANILLA | ) |
| AURICH, and MAJOR GENERAL JAMES W. PARKER | ) |
| USA, Retired | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_
        Michael C. Bingham
        18224 Holland House Loop
        Land O Lakes, FL  34638

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
        Jaime Austrich, Esq.
        Shumaker, Loop & Kendrick, LLP
        101 E. Kenendy Blvd., Ste. 2800
        Tampa, FL  33602
        jaustrich@slk-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUN 1 0 2016

                         _Signature of Clerk or Deputy Clerk_