UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADAMS ARMS, LLC,

    Plaintiff,

v.                                       Case No.: 8:16-CV-1503-T-33AEP

UNIFIED WEAPON SYSTEMS, INC.,
AGUIEUS, LLC,
MICHAEL C. BINGHAM,
CHRISTIAN QUINTANILLA AURICH, and
MAJOR GENERAL JAMES W. PARKER,

    Defendants.
_____/

## ADAMS ARMS, LLC'S MOTION TO SEAL

Plaintiff, Adams Arms, LLC ("AA"), by and through its undersigned attorneys and pursuant to Local Rule 1.09, moves to file under seal the Declaration of Michael K. Froning and the exhibits thereto that will be submitted in support of AA'S Motion for Preliminary Injunction. In support of this motion, AA states as follows:

AA filed suit asserting claims of, *inter alia*, breach of a nondisclosure agreement and misappropriation of trade secrets. (Dkt. 1) In support of a Motion for Preliminary Injunction, AA intends to submit a Declaration from its President/CEO Mike Froning, along with accompanying exhibits, that addresses the confidential information and trade secrets at issue in this case.

The Eleventh Circuit has recognized that the "good cause" standard under Fed. R. Civ. P. 26(c) is applicable to evaluate the public's right of access to discovery materials. *See Chi. Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1312-13 (11th Cir. 2001)

(*per curiam*).  Here, AA states that the submission of sworn testimony and documents concerning its confidential information and trade secrets provides good cause for filing the proposed Declaration and exhibits under seal.  No means other than sealing is available that will allow this Court to be fully advised of the relevant issues while protecting AA'S interest in the confidentiality of the documents and information.  *See* M.D. Fla. R. 1.09(a)(iii)-(iv).

For the foregoing reasons, AA respectfully requests that the Court grant the present motion to seal and allow AA to file the proposed Declaration and exhibits under seal.

Dated:  June 14, 2016.

                                                   Respectfully submitted,

/s/ J. Todd Timmerman
Jaime Austrich, Trial Counsel
Florida Bar No. 84565
jaustrich@slk-law.com
J. Todd Timmerman
Florida Bar No. 0956058
ttimmerman@slk-law.com
Mindi M. Richter
Florida Bar No. 0044827
mrichter@slk-law.com
101 East Kennedy Boulevard
Suite 2800
Tampa, Florida 33602
Telephone No.: (813) 229-7600
Facsimile No.:  (813) 229-1660

*Attorneys for Plaintiff, Adams Arms, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 14, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic filing to all counsel of record.

/s/ J. Todd Timmerman
Attorney
