```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION
```

ADAMS ARMS, LLC,

      Plaintiff,

v.                              Case No.   8:16-cv-1503-T-33AEP

UNIFIED WEAPONS SYSTEMS, INC.,
ET AL.,

      Defendants.
_____/

## ORDER

This matter is before the Court pursuant to Plaintiff Adams Arms, LLC's Motion to Seal (Doc. # 6), which was filed on June 14, 2016. For the reasons that follow, the Court grants the Motion.

## Analysis

Plaintiff seeks an Order authorizing it to file under seal the Declaration of Michael K. Froning and the exhibits thereto, which Plaintiff intends to submit in support of Plaintiff's anticipated Motion for Preliminary Injunction.

In this district, the proponent of a motion to seal must include: (i) an identification and description of each item proposed for sealing; (ii) the reason that filing each item is necessary; (iii) the reason for sealing each item; (iv) the reason that a means other than sealing is unsatisfactory to preserve the interest advanced by the motion to seal; (v) a

statement of the proposed duration of the seal; and (vi) a memorandum of law.  <u>See</u> Local Rule 1.09(a), M.D. Fla.  The relevant rule also states: "Unless otherwise ordered by the Court for good cause shown, no order sealing any item pursuant to this section shall extend beyond one year, although a seal is renewable by a motion that complies with (b) of this rule, identifies the expiration of the seal, and is filed before the expiration of the seal."  <u>See</u> Local Rule 1.09(c), M.D. Fla.

Plaintiff has satisfied these requirements.  The items to be sealed are described in the Motion, and Plaintiff has provided a satisfactory reason why the documents must be filed as they "address the confidential information and trade secrets at issue in this case." (Doc. # 6 at 1). The Court determines that these documents are confidential and proprietary, and that good cause exists to seal each document. Disclosure of the documents to the public could put Plaintiff at a competitive disadvantage or otherwise invade Plaintiff's legitimate business interests.  Plaintiff also maintains that "no means other than sealing is available that will allow this Court to be fully advised of the relevant issues while protecting [Plaintiff's] interest in the confidentiality of the documents and information." (<u>Id.</u> at 2). After due consideration, the Court grants the Motion to Seal.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Plaintiff Adams Arms, LLC's Motion to Seal (Doc. # 6) is **GRANTED.**

(2) Plaintiff is authorized to file the Declaration of Michael K. Froning and the exhibits thereto under seal.

(3) The documents shall remain under seal for a period of one year.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>15th</u> day of June, 2016.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE