**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ADAMS ARMS, LLC,

    Plaintiff,

                                                CASE NO.: 8:16-cv-1503-VMC-AEP

v.

UNIFIED WEAPON SYSTEMS, INC.,
AGUIEUS, LLC,
MICHAEL C. BINGHAM,
CHRISTIAN QUINTANILLA AURICH, and
MAJOR GENERAL JAMES W. PARKER,

    Defendants.

_____/

**PLAINTIFF'S MOTION FOR PAGE EXTENSION
FOR PRELIMINARY INJUNCTION MOTION**

        Plaintiff, Adams Arms, LLC, by and through its undersigned attorneys, pursuant to Local Rule 3.01, moves to extend the page limit for its Motion for Preliminary Injunction and states as follows:

        1.    Plaintiff will be filing a Motion for Preliminary Injunction ("Motion") in the near future.

        2.    Under Local Rule 3.01, Plaintiff is permitted 25 pages for the Motion.

        3.    Due to the numerous parties, agreements, and facts at issue, as well as the importance of the Motion in the case, Plaintiff seeks an extension of its page limit, specifically 5 additional pages.

        WHEREFORE, Plaintiff respectfully requests this Court to extend its page limit for its Motion for Preliminary Injunction by 5 pages.

Respectfully submitted,

/s/ Mindi M. Richter
Jaime Austrich, Trial Counsel
Florida Bar No. 84565
jaustrich@slk-law.com
J. Todd Timmerman
Florida Bar No. 0956058
ttimmerman@slk-law.com
Mindi M. Richter
Florida Bar No. 0044827
mrichter@slk-law.com
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard
Suite 2800
Tampa, Florida 33602
Telephone No.: (813) 229-7600
Facsimile No.:  (813) 229-1660

*Attorneys for Plaintiff, Adams Arms, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 15, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic filing to all counsel of record.

/s/ Mindi M. Richter
Attorney