AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| ADAMS ARMS, LLC <br><br> *Plaintiff(s)* <br> v. <br> UNIFIED WEAPON SYSTEMS, INC., AGUIEUS, LLC, MICHAEL C. BINGHAM, CHRISTIAN QUINTANILLA AURICH, and MAJOR GENERAL JAMES W. PARKER USA, Retired <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 8:16 CV1503 T33AEP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CHRISTIAN J. QUINTANILLA-AURICH
6855 SW 45th Lane, Apt. 7
Miami, FL 33155

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jaime Austrich, Esq.
Shumaker, Loop & Kendrick, LLP
101 E. Kenendy Blvd., Ste. 2800
Tampa, FL 33602
jaustrich@slk-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUN 1 4 2016

Date: _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*