UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADAMS ARMS, LLC,

          Plaintiff,

v.                        Case No.  8:16-cv-1503-T-33AEP

UNIFIED WEAPON SYSTEMS, INC., ET
AL.,

          Defendants.

_____/

**ORDER**

This cause is before the Court pursuant to Adams Arms, LLC's Motion for Preliminary Injunction (Doc. # 13), which was filed on June 16, 2016.

Pursuant to 28 U.S.C. § 636(b)(1)(B), the Court may designate a Magistrate Judge to conduct hearings and to submit to the Court proposed findings of fact and recommendations for the disposition of such a motion. For purposes of judicial economy and in order to expedite the disposition of this motion, the Court shall so refer the aforementioned motion.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED**:

The Motion for Preliminary Injunction (Doc. # 13) is hereby referred to the Honorable Anthony E. Porcelli, United States Magistrate Judge, for the issuance of a report and

recommendation, including any hearings, motions, and deadlines related thereto.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>16th</u> day of June, 2016.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE