# **RETURN OF SERVICE**

### UNITED STATES DISTRICT COURT
### MIDDLE District of Florida

Case Number: 8:16-CV-1503-T-33AEP

Plaintiff:
**ADAMS ARMS, LLC**

vs.

Defendants:
**UNIFIED WEAPON SYSTEMS, INC; ET AL**

For:
Jaime Austrich
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd.
Suite 2800
Tampa, FL 33602

Received by MercuryServe, Inc. on the 13th day of June, 2016 at 10:10 am to be served on **AGUIEUS, LLC C/O MATTHEW B. SULLIVAN, ESQ., REGISTERED AGENT, 4756 CENTRAL AVE., ST. PETERSBURG, FL 33711**.

I, Michelle Howard, do hereby affirm that on the **22nd day of June, 2016** at **9:10 am, I:**

**CORPORATE:** served by delivering a true copy of the **SUMMONS, COMPLAINT FOR DAMAGES WITH EXHIBITS, ORDER, MOTION FOR PRELIMINARY INJUNCTION WITH EXHIBITS IN SEALED WHITE ENVELOPE** with the date and hour of service endorsed thereon by me, to: **Matthew Sullivan** as **Registered Agent** for **AGUIEUS, LLC C/O MATTHEW B. SULLIVAN, ESQ., REGISTERED AGENT**, at the address of: **4756 CENTRAL AVE., ST. PETERSBURG, FL 33711**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action. Pursuant to Florida Statute 92.525, and under penalties of perjury, I declare that I have read the foregoing Return of Service, and that the facts stated in it are true.

*Michelle Howard*
**Michelle Howard**
Appt #: 28364

**MercuryServe, Inc.
412 E Madison Street
Suite 1120
Tampa, FL 33602
(813) 223-5400**

Our Job Serial Number: MSI-2016004666