# **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
## MIDDLE District of Florida

Case Number: 8:16-CV-1503-T-33AEP

Plaintiff:
**ADAMS ARMS, LLC**

vs.

Defendants:
**UNIFIED WEAPON SYSTEMS, INC; ET AL**



MSI2016004655

For:
Jaime Austrich
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd.
Suite 2800
Tampa, FL  33602

Received by MercuryServe, Inc. on the 10th day of June, 2016 at 5:12 pm to be served on **MAJOR GENERAL JAMES W. PARKER, USA, RETIRED, 929 ALLEGRO LANE, APOLLO BEACH, FL 33572**

I, Frank Bursa, do hereby affirm that on the **11th day of June, 2016** at **6:35 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS AND COMPLAINT FOR DAMAGES** with the date and hour of service endorsed thereon by me, to: **Deborah Parker** as **Spouse** at the address of: **929 ALLEGRO LANE, Apollo Beach, FL 33572**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** The person served with said documents refused to state whether or not the Defendant is in the Military Service of the United States of America.

**Description** of Person Served: Age: 55,  Sex: F,  Race/Skin Color: White,  Height: 5'6,  Weight: 140,  Hair: Brown,  Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

_____
**Frank Bursa**
CPS #10-749731

**MercuryServe, Inc.**
**412 E. Madison Street**
**Suite 1120**
**Tampa, FL 33602**
**(813) 223-5400**
Our Job Serial Number: MSI-2016004655

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n