AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:16-CV-1503-T-33AEP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Unified Weapon Systems, Inc.
was received by me on *(date)* 06/22/2016.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Zayln Bajor, Managing Agent, who is designated by law to accept service of process on behalf of *(name of organization)* Unified Weapon Systems, Inc. on *(date)* 06/22/2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 06/23/2016

*Server's signature*

Daniel Newcomb, Process Server
*Printed name and title*

3516-16 Silverside Rd.
Wilmington, DE 19810
*Server's address*

Additional information regarding attempted service, etc:
Service was made on 6/22/2016 at 3:19 PM at Agents and Corporation, Inc., Registered Agent, 1201 Orange St., Suite 600, One Commerce Center, Wilmington, DE 19801.

Documents Served: Summons in a Civil Action; Complaint with Exhibits; Order; Motion for Preliminary Injunction; and Documents Filed Under Seal (in sealed envelope)