UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADAMS ARMS, LLC,

    Plaintiff,

CASE NO.: 8:16-cv-1503-VMC-AEP

v.

UNIFIED WEAPON SYSTEMS, INC.,
AGUIEUS, LLC,
MICHAEL C. BINGHAM,
CHRISTIAN QUINTANILLA AURICH, and
MAJOR GENERAL JAMES W. PARKER,

    Defendants.
_____/

## NOTICE OF FILING

Plaintiff, Adams Arms, LLC ("AA"), by and through his undersigned counsel hereby gives notice of sending the following pleadings listed below via U.S. Mail to Christian Quintanilla Aurich, 6855 SW 45th Lane, Apartment 7, Miami, FL 33155 and 6019 West Chelsea Street, Tampa, Florida 33634:

| 06/10/2016 | 1 | COMPLAINT against Aguieus, LLC, Christian Quintanilla Aurich, Michael C. Bingham, James W. Parker, Unified Weapon Systems, Inc. with Jury Demand (Filing fee $ 400 receipt number TPA37275) filed by Adams Arms, LLC. (Attachments: # 1 Civil Cover Sheet)(GLS) (Entered: 06/13/2016) |
|---|---|---|
| 06/16/2016 | 13 | MOTION for preliminary injunction by Adams Arms, LLC. (Timmerman, John) (Entered: 06/16/2016) |
| 6/16/2016 | | Sealed Document S-15 (LD) Entered: 06/17/2016) |
| 06/24/2016 | 19 | MOTION for Hearing re 13 MOTION for preliminary injunction by Adams Arms, LLC. (Timmerman, John) (Entered: 06/24/2016) |

Dated: June 24, 2016.

Respectfully submitted,

/s/ J. Todd Timmerman
Jaime Austrich, Trial Counsel
Florida Bar No. 84565
jaustrich@slk-law.com
J. Todd Timmerman
Florida Bar No. 0956058
ttimmerman@slk-law.com
Mindi M. Richter
Florida Bar No. 0044827
mrichter@slk-law.com
101 East Kennedy Boulevard
Suite 2800
Tampa, Florida 33602
Telephone No.: (813) 229-7600
Facsimile No.: (813) 229-1660

*Attorneys for Plaintiff, Adams Arms, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 24, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic filing to all counsel of record and served the following Defendants via U.S. Mail:

Major General James W. Parker, U.S.A, Retired
929 Allegro Lane
Apollo Beach, FL  33572

Unified Weapon Systems, Inc.
c/o Agents and Corporations, Inc.
1201 Orange Street, Suite 600
One Commerce Center
Wilmington, DE 19801

Aguieus, LLC
c/o Matthew B. Sullivan, Esq.
4756 Central Avenue
St. Petersburg, FL 33711

Michael C. Bingham
7441 Ambleside Drive
Land O'Lakes, FL 34637

Christian Quintanilla Aurich
6855 SW 45th Lane, Apartment 7
Miami, FL 33155

Christian Quintanilla Aurich
6019 West Chelsea Street
Tampa, Florida 33634

/s/ J. Todd Timmerman
Attorney