UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADAMS ARMS, LLC,

    Plaintiff,

v.                                      Case No. 8:16-cv-1503-T-33AEP

UNIFIED WEAPONS SYSTEMS, INC.,
*et al.*,

    Defendants.
_____/

## **ORDER**

This cause comes before the Court upon Plaintiff's Motion for Preliminary Injunction (Doc. 13), which the district judge referred for issuance of a Report and Recommendation (Doc. 14), and Plaintiff's Motion to Set an Evidentiary Hearing (Doc. 19). After consideration, it is hereby

ORDERED:

1. Plaintiff's Motion to Set an Evidentiary Hearing (Doc. 19) is GRANTED.

2. Plaintiff's Motion for Preliminary Injunction (Doc. 13) shall be heard on July 21, 2016, at 11:00 a.m., in Courtroom 10A of the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida.[1]

3. On or before July 7, 2016, Plaintiff is directed to serve upon Defendants a copy of this Order and, to the extent it has not already done so, the Complaint (Doc. 1) and the Motion for Preliminary Injunction (Doc. 13).

---

[1] To the extent that the parties require additional time prior to the hearing, they may *jointly* move for a new hearing date.

4. All parties are directed to strictly comply with the procedures set forth in Local Rule 4.06.

DONE AND ORDERED in Tampa, Florida, on this 24th day of June, 2016.

*[signature]*

ANTHONY E. PORCELLI
United States Magistrate Judge

cc:  Counsel of Record