# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## MIDDLE District of Florida

Case Number: 8:16-CV-1503-T-33AEP

Plaintiff:
**ADAMS ARMS, LLC**

vs.

Defendants:
**UNIFIED WEAPON SYSTEMS, INC; ET AL**


MSI2016004656

For:
Jaime Austrich
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd.
Suite 2800
Tampa, FL 33602

Received by BRIAN DALY on the 14th day of June, 2016 at 9:00 am to be served on **MICHAEL C. BINGHAM, 18224 HOLLAND HOUSE LOOP, LAND O' LAKES, FL 34638**.

I, BRIAN DALY, do hereby affirm that on the **23rd day of June, 2016** at **9:50 am**, I:

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS, COMPLAINT FOR DAMAGES WITH EXHIBITS, ORDER, MOTION FOR PRELIMINARY INJUNCTION WITH EXHIBITS IN SEALED WHITE ENVELOPE** with the date and hour of service endorsed thereon by me, to: **MRS BINGHAM** as **SPOUSE** at the address of: **7441 Ambleside Dr., Land O' Lakes, FL 34637**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Additional Information pertaining to this Service:**
6/23/2016 9:50 am   Attempted service at 7441 Ambleside Dr., Land O' Lakes, FL, sub served to Mrs. Bingham, as wife (refused to give first name).

**Description** of Person Served: Age: 43, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 140, Hair: Light Brown, Glasses: N

## RETURN OF SERVICE for 8:16-CV-1503-T-33AEP

I hereby certify that I am over the age of 18, I am not a party to this action and have no interest in the process being served, and I am a Private Process Server in good standing in the judicial circuit/county in which the process was served. Under penalty of perjury I declare that I have read the foregoing return of service and that the facts stated in it are true and correct. Notary not required pursuant to F.S. 92.525.

BRIAN DALY
PPS 9002

MERCURY SERVE, INC.
412 E Madison Street
Suite 1120
Tampa, FL 33602
(813) 223-5400
Our Job Serial Number: MSI-2016004656

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n