**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ADAMS ARMS, LLC,

    Plaintiff,

CASE NO.: 8:16-cv-1503-VMC-AEP

v.

UNIFIED WEAPON SYSTEMS, INC.,
AGUIEUS, LLC,
MICHAEL C. BINGHAM,
CHRISTIAN QUINTANILLA AURICH, and
MAJOR GENERAL JAMES W. PARKER,

    Defendants.

_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), the undersigned certifies that the instant action:

_____ IS     related to pending or closed civil or criminal case(s) previously filed in this Court or any other Federal or State court, or administrative agency as indicated below.

_____
_____

__X__ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:  June 29, 2016.

               Respectfully submitted,

               */s/ Mindi M. Richter*
               Jaime Austrich, Trial Counsel
               Florida Bar No. 84565
               jaustrich@slk-law.com
               J. Todd Timmerman
               Florida Bar No. 0956058
               ttimmerman@slk-law.com
               Mindi M. Richter
               Florida Bar No. 0044827
               mrichter@slk-law.com
               Shumaker, Loop & Kendrick, LLP
               101 East Kennedy Boulevard, Suite 2800
               Tampa, Florida 33602
               Telephone No.: (813) 229-7600
               Facsimile No.:  (813) 229-1660

               *Attorneys for Plaintiff, Adams Arms, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 29, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

               /s/ Mindi M. Richter
               Attorney