**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ADAMS ARMS, LLC,

    Plaintiff,

CASE NO.: 8:16-cv-1503-VMC-AEP

v.

UNIFIED WEAPON SYSTEMS, INC.,
AGUIEUS, LLC,
MICHAEL C. BINGHAM,
CHRISTIAN QUINTANILLA AURICH, and
MAJOR GENERAL JAMES W. PARKER,

    Defendants.
_____/

## PURSUANT TO LOCAL RULE 2.03 APPEARANCE OF COUNSEL

To:    The Clerk of Court and all parties of record

    I, Leonard S. Englander, of the law firm Englander Fischer LLP, am admitted or otherwise authorized to practice in this Court, and I hereby appear in this case as *Lead Trial Counsel* for Defendants, UNIFIED WEAPON SYSTEMS, INC., and CHRISTIAN QUINTANILLA AURICH, and request all further papers filed in this case be henceforth provided to the office undersigned.

    DATED this  29th   day of June, 2016.

               BY:   */s/ Leonard S. Englander*
                           Leonard S. Englander

ENGLANDER FISCHER
ATTORNEYS
721 First Avenue North • St. Petersburg, Florida 33701
Phone (727) 898-7210 • Fax (727) 898-7218
eflegal.com

*Lead Trial Counsel*
Florida Bar No.: 198846
Primary:  eservice@eflegal.com
Secondary:  chanley@eflegal.com
Beatriz McConnell
Florida Bar No.: 42119
Primary: bmcconnell@eflegal.com
Secondary:  tdillon@eflegal.com
Joseph Wesley Etter, IV
Florida Bar No.: 83814
Primary: jetter@eflegal.com
Secondary:  jkillett@eflegal.com
ENGLANDER FISCHER
721 First Avenue North
St. Petersburg, Florida 33701
Telephone:  (727) 898-7210
Telefax:  (727) 898-7218
*Attorneys for UWS and Mr. Aurich*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing has been electronically was served through the CM/ECF Filing System, which will send notice to:  Jaime Austrich, Esq., jaustrich@slk-law.com, J. Todd Timmerman, Esq., ttimmerman@slk-law.com, Mindi M. Richter, Esq., mrichter@slk-law.com, 101 East Kennedy Boulevard, Suite 2800, Tampa, Florida 33602; Aguieus, LLC, c/o Matthew B. Sullivan, Esq., matthewbsullivan@aol.com,  4756 Central Avenue, St. Petersburg, FL 33711; Michael C. Bingham, 7441 Ambleside Drive, Land O'Lakes, FL 34637; Major General James W. Parker, U.S.A, Retired, 929 Allegro Lane, Apollo Beach, FL 33572.