## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ADAMS ARMS, LLC,

    Plaintiff,

v.                                                                              CASE NO.: 8:16-cv-1503-VMC-AEP

UNIFIED WEAPON SYSTEMS, INC.,
AGUIEUS, LLC,
MICHAEL C. BINGHAM,
CHRISTIAN QUINTANILLA AURICH, and
MAJOR GENERAL JAMES W. PARKER,
USA, Retired,

    Defendants.

_____/

## PURSUANT TO LOCAL RULE 2.03 APPEARANCE OF COUNSEL

To:    The Clerk of Court and all parties of record

    I, Matthew B. Sullivan, of the Law Offices of Matthew B. Sullivan, Esquire, am admitted or otherwise authorized to practice in this Court, and I hereby appear in this case as **Lead Trial Counsel** for Defendant, MAJOR GENERAL JAMES W. PARKER, and request all further papers filed in this case be henceforth provided to the office undersigned.

    DATED this 1st day of July, 2016.

                                                   By: _____*/s/ Matthew B. Sullivan*_____

                                                   MATTHEW B. SULLIVAN, ESQUIRE
                                                   4756 Central Avenue
                                                   St. Petersburg, Florida 33711
                                                   Telephone: 727-385-4049
                                                   Fax: 727-328-7103
                                                    E-mail:  matthewbsullivan@aol.com
                                                    *Attorney for Defendant/PARKER*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 1, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I further certify that the foregoing document is being served this day on all counsel of record listed on the Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Matthew B. Sullivan*

MATTHEW B. SULLIVAN, ESQUIRE
4756 Central Avenue
St. Petersburg, Florida 33711
Telephone: 727-385-4049
Fax: 727-328-7103
E-mail:  matthewbsullivan@aol.com

SERVICE LIST

CASE NO.  8:16-cv-1503-VMC-AEP

Jaime Austrich, Esquire, jaustrich@slk-law.com
J. Todd Timmerman, Esquire, ttimmerman@slk-law.com
Mindi M. Richter, Esquire, mrichter@slk-law.com
SCHMUKER, LOOP & KENDRICK,  LLP
101 East Kennedy Boulevard, #2800
Tampa, FL  33602
*Attorneys for Plaintiff*

Leonard S. Englander, Esquire, eservice@eflegal.com and chanley@eflegal.com
Beatriz McConnell, Esquire, bmcconnell@eflegal.com and tdillon@eflegal.com
Joseph Wesley Etter, IV, Esquire, jetter@eflegal.com and jkillett@eflegal.com
ENGLANDER FISCHER
721 First Avenue North
St. Petersburg, FL  33701
*Attorneys for Defendants/UWS and Aurich*

Michael C. Bingham, 7441 Ambleside Drive, Land O'Lakes, FL  34637