UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADAMS ARMS, LLC,

    Plaintiff,

v.                                          CASE NO.: 8:16-cv-1503-VMC-AEP

UNIFIED WEAPON SYSTEMS, INC.,
AGUIEUS, LLC,
MICHAEL C. BINGHAM,
CHRISTIAN QUINTANILLA AURICH, and
MAJOR GENERAL JAMES W. PARKER,
USA, Retired,

    Defendants.

_____/

**DEFEDNANT, MAJOR GENERAL JAMES W. PARKER, USA, Retired's
AGREED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO ORIGINAL COMPLAINT**

    COMES NOW the Defendant, MAJOR GENERAL JAMES W. PARKER, USA, Retired, by and through his undersigned counsel, and hereby respectfully requests this Court grant an extension of time to file his response to Plaintiff, ADAMS ARMS, LLC's, *Complaint for Damages – Injunctive Relief Sought.* Counsel for Plaintiff is in agreement with this Motion and agrees that a response will be filed by Tuesday, July 12, 2016.

    WHEREFORE, Defendant/PARKER requests this Honorable Court enter an Order granting this *Agreed Motion For Extension of Time to File Response To Original Complaint*.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 1, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I further certify that the foregoing document is being served this day on all counsel of record listed on the Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

By: _____*/s/ Matthew B. Sullivan*_____

MATTHEW B. SULLIVAN, ESQUIRE
4756 Central Avenue
St. Petersburg, Florida 33711
Telephone: 727-385-4049
Fax: 727-328-7103
E-mail:  matthewbsullivan@aol.com
*Attorney for Defendant/PARKER*

**SERVICE LIST**

CASE NO.  8:16-cv-1503-VMC-AEP

Jaime Austrich, Esquire, jaustrich@slk-law.com
J. Todd Timmerman, Esquire, ttimmerman@slk-law.com
Mindi M. Richter, Esquire, mrichter@slk-law.com
SCHMUKER, LOOP & KENDRICK, LLP
101 East Kennedy Boulevard, #2800
Tampa, FL  33602
*Attorneys for Plaintiff*

Leonard S. Englander, Esquire, eservice@eflegal.com and chanley@eflegal.com
Beatriz McConnell, Esquire, bmcconnell@eflegal.com and tdillon@eflegal.com
Joseph Wesley Etter, IV, Esquire, jetter@eflegal.com and jkillett@eflegal.com
ENGLANDER FISCHER
721 First Avenue North
St. Petersburg, FL  33701
*Attorneys for Defendants/UWS and Aurich*

Michael C. Bingham, 7441 Ambleside Drive, Land O'Lakes, FL  34637