**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ADAMS ARMS, LLC,

    Plaintiff,

v.                                     CASE NO.: 8:16-cv-1503-VMC-AEP

UNIFIED WEAPONS SYSTEMS, INC.,
AGUIEUS, LLC, MICHAEL BINGHAM,
CHRISTIAN QUINTANILLA AURICH, and
MAJOR GENERAL JAMES W. PARKER,

    Defendants.

_____/

**DEFENDANT, CHRISTIAN QUINTANILLA AURICH'S, MOTION**
**FOR PAGE EXTENSION FOR RESPONSE TO PLAINTIFF'S**
**<u>PRELIMINARY INJUNCTION MOTION</u>**

Defendants, CHRISTIAN QUINTANILLA AURICH and UNIFIED WEAPONS SYSTEMS, INC. *(collectively "Unified")*, through their undersigned counsel, and pursuant to Local Rule 3.01, moves to extend the page limitation for their Response to Plaintiff, ADAMS ARMS, LLC *("AA")* Motion for Preliminary Injunction dated June 16, 2016, and states as follows:

1. Unified filed their Notice of Appearance on June 29, 2016.

2. Unified will be filing their Response to AA's Motion for Preliminary Injunction no later than July 14, 2016.

3. Pursuant to Local Rule 3.01, Unified is permitted twenty (20) pages for their Response.

4. On June 15, 2016, AA was granted a five (5) page limit extension to their preliminary injunction motion thereby permitting it to file a thirty (30) page motion.

**ENGLANDER FISCHER**
ATTORNEYS
721 First Avenue North • St. Petersburg, Florida 33701
Phone (727) 898-7210 • Fax (727) 898-7218

eflegal.com

5.     Due to the complexities of the issues, preliminary injunction motion exceeding the twenty-five (25) page limit, as well as the importance of presenting a correct recitation of the facts to the fundamental issues in this action, Unified seek an extension of their page limit, specifically five (5) additional pages.

WHEREFORE, Unified respectfully requests this Honorable Court to extend their page limit for their Response to the Motion for Preliminary Injunction by five (5) pages.

Respectfully submitted,

*/s/ Leonard S. Englander*
Leonard S. Englander, *Lead Trial Counsel*
Florida Bar No.: 198846
Primary:  eservice@eflegal.com
Secondary:  chanley@eflegal.com
Beatriz McConnell
Florida Bar No.: 42119
Primary: bmcconnell@eflegal.com
Secondary:  tdillon@eflegal.com
Joseph Wesley Etter, IV
Florida Bar No.: 83814
Primary: jetter@eflegal.com
Secondary:  jkillett@eflegal.com
ENGLANDER FISCHER
721 First Avenue North
St. Petersburg, Florida 33701
Telephone:  (727) 898-7210
Telefax:  (727) 898-7218
*Attorneys for UWS and Mr. Aurich*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 1, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic filing to all counsel of record.

*/s/ Leonard S. Englander*
Attorney & *Lead Trial Counsel*