UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADAMS ARMS, LLC,

    Plaintiff,

v.

CASE NO.: 8:16-cv-1503-VMC-AEP

UNIFIED WEAPON SYSTEMS, INC.,
AGUIEUS, LLC, MICHAEL C. BINGHAM,
CHRISTIAN QUINTANILLA AURICH, and
MAJOR GENERAL JAMES W. PARKER,

    Defendants.

_____/

## ACCEPTANCE OF SERVICE OF PROCESS

The undersigned hereby accepts service of the following pleadings filed in the above-captioned matter on behalf of Christian Quintanilla Aurich:

| | |
|---|---|
| 06/10/2016 | COMPLAINT against Aguieus, LLC, Christian Quintanilla Aurich, Michael C. Bingham, James W. Parker, Unified Weapon Systems, Inc. with Jury Demand. |
| 06/16/2016 | MOTION for preliminary injunction by Adams Arms, LLC. |
| 6/16/2016 | Sealed Document. |
| 06/24/2016 | MOTION for Hearing on Motion for preliminary injunction by Adams Arms, LLC. |

Dated this 7th day of July, 2016.

/s/ Leonard S. Englander, Lead Trial Counsel
Florida Bar No. 198846
Primary: eservice@eflegal.com
Secondary: chanley@eflegal.com
Beatriz McConnell
Florida Bar No. 42119
Primary: bmcconnell@eflegal.com
Secondary: tdillon@eflegal.com
Joseph Wesley Etter, IV
Florida Bar No. 83814

Primary: jetter@eflegal.com
Secondary: jkillett@eflegal.com
Englander Fischer
721 First Avenue North
St. Petersburg, Florida 33701
Telephone: (727) 898-7210
Facsimile: (727) 898-7218

*Attorneys for Unified Weapon Systems, Inc. and Christian Quintanilla Aurich*