# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ADAMS ARMS, LLC,

    Plaintiff,

v.                                                                                   CASE NO.: 8:16-cv-1503-VMC-AEP

UNIFIED WEAPONS SYSTEMS, INC.,
AGUIEUS, LLC, MICHAEL BINGHAM,
CHRISTIAN QUINTANILLA AURICH, and
MAJOR GENERAL JAMES W. PARKER,

    Defendants.

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), undersigned certifies that the instant action:

\_\_\_\_ IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

**X**\_\_\_ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pending of Other Actions upon each party no later than fourteen days after appearance of the party.

    Respectfully submitted,

*/s/ Leonard S. Englander*
Leonard S. Englander, *Lead Trial Counsel*
Florida Bar No.: 198846
Primary: eservice@eflegal.com
Secondary: chanley@eflegal.com
Beatriz McConnell
Florida Bar No.: 42119
Primary: bmcconnell@eflegal.com
Secondary: tdillon@eflegal.com
Joseph Wesley Etter IV
Florida Bar No.: 83814

00496707-2

        Primary: jetter@eflegal.com
        Secondary:  jkillett@eflegal.com
        ENGLANDER FISCHER
        721 First Avenue North
        St. Petersburg, Florida 33701
        Telephone:  (727) 898-7210
        Telefax:  (727) 898-7218
        *Attorneys for UWS and Mr. Aurich*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on July 11, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic filing to all counsel of record.

        */s/ Leonard S. Englander*
        Attorney & *Lead Trial Counsel*

00496707-2