**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ADAMS ARMS, LLC,**

    **Plaintiff,**

v.                                       **Case No.: 8:16-cv-1503-VMC-AEP**

**UNIFIED WEAPON SYSTEMS, INC.,**
**AGUIEUS, LLC,**
**MICHAEL C. BINGHAM,**
**CHRISTIAN QUINTANILLA AURICH, and**
**MAJOR GENERAL JAMES W. PARKER,**

    **Defendants.**

_____/

## NOTICE OF MEDIATION

Plaintiff, Adams Arms, LLC, by and through its undersigned attorneys and pursuant to the Court's June 30, 2016 Order (Dkt. 26), hereby notifies the Court that the parties have agreed to a mediation date of July 19, 2016 with Bradford D. Kimbro, Esquire, serving as the mediator.

Date: July 11, 2016                        Respectfully submitted,

                                                    /s/ J. Todd Timmerman
                                                    J. Todd Timmerman, Trial Counsel
                                                    Florida Bar No. 0956058
                                                    ttimmerman@slk-law.com
                                                    Jaime Austrich
                                                    Florida Bar No. 84565
                                                    jaustrich@slk-law.com
                                                    Mindi M. Richter
                                                    Florida Bar No. 0044827
                                                    mrichter@slk-law.com
                                                   101 East Kennedy Boulevard
                                                    Suite 2800
                                                    Tampa, Florida 33602
                                                    Telephone No.: (813) 229-7600
                                                    Facsimile No.: (813) 229-1660

                                                    *Attorneys for Plaintiff, Adams Arms, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 11, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic filing to all counsel of record.

/s/ J. Todd Timmerman
Attorney