UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADAMS ARMS, LLC,

    Plaintiff,

v.                                                    CASE NO.: 8:16-cv-1503-VMC-AEP

UNIFIED WEAPON SYSTEMS, INC.,
AGUIEUS, LLC,
MICHAEL C. BINGHAM,
CHRISTIAN QUINTANILLA AURICH, and
MAJOR GENERAL JAMES W. PARKER,
USA, Retired,

    Defendants.

_____/

**PURSUANT TO LOCAL RULE 2.03 APPEARANCE OF COUNSEL**

To:    The Clerk of Court and all parties of record

    I, Matthew B. Sullivan, of the Law Offices of Matthew B. Sullivan, Esquire, am admitted or otherwise authorized to practice in this Court, and I hereby appear in this case as **Lead Trial Counsel** for Defendant, MICHAEL C. BINGHAM, and request all further papers filed in this case be henceforth provided to the office undersigned.

    DATED this 11th day of July, 2016.

                                                      By:    */s/ Matthew B. Sullivan*

                                                      MATTHEW B. SULLIVAN, ESQUIRE
                                                      4756 Central Avenue
                                                      St. Petersburg, Florida 33711
                                                      Telephone: 727-385-4049
                                                      Fax: 727-328-7103
                                                      E-mail: matthewbsullivan@aol.com
                                                      *Attorney for Defendant/Bingham*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 11, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I further certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: _____/s/ *Matthew B. Sullivan*_____
Attorney for Defendant/Bingham