UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADAMS ARMS, LLC,

    Plaintiff,

v.                                              CASE NO.: 8:16-cv-1503-VMC-AEP

UNIFIED WEAPON SYSTEMS, INC.,
AGUIEUS, LLC,
MICHAEL C. BINGHAM,
CHRISTIAN QUINTANILLA AURICH, and
MAJOR GENERAL JAMES W. PARKER,
USA, Retired,

    Defendants.

_____/

**DEFEDNANT, MICHAEL C. BINGHAM's
MOTION FOR PAGE EXTENSION FOR RESPONSE TO
<u>PLAINTIFF'S PRELIMINARY INJUNCTION MOTION</u>**

COMES NOW the Defendant, MICHAEL C. BINGHAM ("BINGHAM"), by and through his undersigned counsel, and pursuant to Local Rule 3.01, moves to extend the page limitation for his Response to Plaintiff, ADAMS ARMS, LLC's ("AA"), Motion for Preliminary Injunction dated June 16, 2016, and states as follows:

    1.     BINGHAM filed his Notice of Appearance on July 11, 2016.

    2.     BINGHAM will be filing his Response to AA's Motion for Preliminary Injunction no later than July 14, 2016.

3.   Pursuant to Local Rule 3.01, BINGHAM is permitted twenty (20) pages for his Response.

4.   On June 15, 2016, AA was granted a five (5) page limit extension to their preliminary injunction motion thereby permitting it to file a thirty (30 page motion.

5.   Due to the complexities of the issues, preliminary injunction motion exceeding the twenty-five (25) page limit, as well as the importance of presenting a correct recitation of the facts to the fundamental issues in this action, BINGHAM seeks an extension of his page limit, specifically five (5) additional pages.

WHEREFORE, Defendant, MICHAEL G. BINGHAM, respectfully requests this Honorable Court extend his page limit for his Response to the Motion for Preliminary Injunction by five (5) pages.

Respectfully submitted,

By:   */s/ Matthew B. Sullivan*
MATTHEW B. SULLIVAN, ESQUIRE
4756 Central Avenue
St. Petersburg, Florida 33711
Telephone: 727-385-4049
Fax: 727-328-7103
E-mail:  matthewbsullivan@aol.com
*Attorney for Defendant/PARKER*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 11, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I further certify that the foregoing document is being served this day on all counsel of record  via transmission of Notices of Electronic Filing generated by CM/ECF.

By:   */s/ Matthew B. Sullivan*
Attorney for Defendant/PARKER