-------- Mensaje original --------
Asunto: UWS Rifle Contract
Fecha: 2016-05-06 14:33
Remitente: Mike Froning <mfroning@adamsarms.net>
Destinatario: "flarrea@famesac.com" <flarrea@famesac.com>, Armando Elio Rincon Moretti <arincon@famesac.com>


Sirs,

I have held back from taking any action or alerting anyone as to pending action on the deal between FAME and UWS that we met with you on last year. Over the last few months as the deal has arrived at the finish line it is becoming clear that UWS is taking action that will require Adams Arms to aggressively litigate to protect our intellectual property, investment in the deal over two years as well as other ethical issues that, when disclosed will hit close to home for your office and how you were positioned to help support this project.

I am sending this as a professional courtesy as a broad overview of the issues you can see below, especially considering your roles in the deal.


The rifle that we developed, built and prepared for the demo's in Lima were done 100% by Adams Arms. The solicitation was written to the specs of our rifle with clear guidance from UWS which we can prove. The test was passed using our rifle. Not until the deal was solid and UWS tried to re-trade with us did things get sideways. This will do major damage to the Adams Arms brand and I have no idea what will happen if rifles are delivered that are not consistent with what was solicited or tested. UWS can spin it any way they want but the FAME team was brought to our facility to show the capabilities of UWS...now they are looking to substitute with parts and a format that is different? Is this the kind of thing the US Military wants to have happen to such an important opportunity? If FAME rewrote the solicitation to meet a new rifle that doesn't match the technical specs of Adams Arms without public disclosure then that is a whole other issue. Understand that UWS CAN NOT deliver the rifle that was demo'd for you as there are patented technologies to the piston system that make it meet those requirements. If the rifle is reconfigured away from the solicitation then it will not have the same piston system, will not have 50% reciprocal parts as the solicitation requires.

I have major contacts in the key departments in Washington and we will move aggressively to protect our rights both here and in Peru. I have engaged a key lobbyist in Lima that has the right contacts to guide me on how to litigate and we are ready to take this public. My major objective is to insure Adams Arms is treated properly but if that is not the case my next major objective will be accountability, recovering of financial and brand damages and insure that anyone that did allow this solicitation to become corrupt gets the punishment they deserve.

Sincerely,

_MIKE_

_MIKE_

Michael K Froning

President & CEO

Direct 727-777-4175 [1]

Main 727-853-0550, ext 114 [2]

Fax 813-792-ARMS [3]

E Mail mike@adamsarms.net

Website www.adamsarms.net [4]

NOTICE – This Email and all attachments hereto, if any, are covered by the provisions of the U.S. Electronic Communications Privacy Act. This communication and all attachments are confidential and privileged information that is for the sole use of the intended recipient at this address. Any viewing, copying or distribution of, or reliance on this message by unintended recipients is strictly prohibited by law. If you have received this message in error, please notify me immediately at mfroning@adamsarms.net then delete / destroy it and all attachments and copies from your computer immediately. Any unauthorized copying, disclosure or distribution of this material is strictly forbidden

Michael K Froning

Adams Arms, LLC

President & CEO

Direct 727-777-4175 [1]

Main 727-853-0550, ext 114 [2]

Fax 813-792-ARMS [3]

E Mail mike@adamsarms.net

Website www.adamsarms.net [4]

Links:

[1] tel:727-777-4175
[2] tel:727-853-0550;114
[3] tel:813-792-ARMS
[4] http://www.adamsarms.net/


--

Regards,

Michael C. Bingham
President
Aguieus
6019 W. Chelsea St.
Tampa, FL 33634
Office: 407-792-4840
Fax: 407-792-4666
Cell: 407-797-9169
www.aguieus.com

CONFIDENTIALITY NOTICE: The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.

EXPORT NOTICE: This email may contain or attach technical data subject to the licensing requirements and restrictions of the U.S. export control laws, including but not limited to the International Traffic in Arms Regulations, Title 22 of the Code of Federal Regulations Parts 120-130 (ITAR), implemented by the U.S. Department of State. Any unauthorized export, re-export, transfer, re-transfer, or disclosure to unauthorized parties, including Foreign Persons as defined in 22 C.F.R. § 120.16, is therefore prohibited.