# ANEXO N° 01

# OFERTA

# DE

# TRANSFERENCIA

# TECNOLOGICA

# UNIFIED WEAPON SYSTEMS INC.

## CONFIDENCIAL

# Oferta de Transferencia Tecnológica

Concurso de Asociación para el ensamblaje y co-fabricación de los fusiles UCR calibre 7.62x51mm OTAN y fusiles UPR calibre 5.56x45 mm OTAN

FAME - PERU

CONCURSO PRIVADO INTERNACIONAL

002-2015

El uso o la divulgación de la información contenida en esta propuesta está restringida a la agencia receptora y puede contener información que esta sujetas a los requerimientos de licencias y restricciones de las leyes de control de exportación de los Estados Unidos, incluyendo pero no limitada por el Reglamento de Tráfico Internacional de Armas, Título 22 del Código de Reglamentos Federales, Partes 120 – 130 (RTIA), implementado por el Departamento de Estado de los Estados Unidos. Cualquier exportación, re – exportación, re – transferencia o divulgación, incluyendo personas foráneas como está definido en el Código de Reglamentos Federales 120.16, esta por lo tanto prohibido.

---

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unifed Weapon Systems Inc



## Índice

**Parte 1: Descripción de la Compañía** ..................................................................................3
1.1 Quienes somos...........................................................................................................3
1.2 Sistemas Unificados de Armas (SUA) Certificaciones, Licencias y Licencias del Personal .....3
1.3 Junta de Directiva, Equipo de Funcionarios y Asesores .................................................4
1.4 Nuestras Tecnologías..................................................................................................4

**Parte 2: Oferta**..........................................................................................................................4
2.1 Componentes de fusiles que se fabricarán en el Perú....................................................4
2.1.1 Componentes de UCR 5.56X45 mm OTAN que se fabricarán en el Perú .....................4
2.1.2 Componentes de UPR 7.62X51 mm OTANque se fabricarán en el Perú ......................8
2.2 Maquinaria y herramientas........................................................................................12
2.3 Documentación.........................................................................................................15
2.4 Apoyo adicional........................................................................................................15

**Parte 3: Periodo**......................................................................................................................16

_____
Christian J. Quintanilla
President
Unified Weapon Systems Inc

_____
Sandro Monteblanco Marquez
Representante Autorizado
Unifed Weapon Systems Inc

2



## Oferta de Transferencia Tecnológica

**Parte 1: Información General de la Empresa**

**1.1 Quienes Somos**

Unified Weapon Systems Inc. es un fabricante de armas estadounidense. UWS también está autorizado y registrado para exportar armamento y municiones. UWS integra la mejor tecnología en el diseño de armas con el fin de producir los fusiles de combate más avanzados disponibles hoy en día.

Ubicada en Tampa Florida, UWS puede producir más de 5,000 fusiles al mes, teniendo la posibilidad de incrementar la capacidad de producción con el fin de cumplir con los requisitos de los contratos. Todos los fusiles son fabricados en su totalidad en los EE.UU. mediante el uso de tecnologías y patentes autorizadas de nuestros asociados fabricantes. Nuestra experiencia y relaciones en la industria de defensa nos permiten elegir e integrar las mejores soluciones disponibles para el diseño de armas modernas de combate.

Nuestros sistemas de armas se basan en el diseño y plataforma del fusil AR15. Con aproximadamente 8 millones de fusiles comisionados alrededor del mundo, el AR15 es una de las plataformas más comunes y versátiles. Es utilizada en cuerpos militares y policiales, además de aplicaciones civiles. El actual fusil de combate del ejército de los EE.UU. M4, está basado en el diseño del AR15.

UWS cuenta con contratos exclusivos de fabricación y derechos de patentes de distintas empresas, lo cual hace que el diseño de nuestro fusil de combate sea único, versátil y altamente calificado. La ubicuidad de esta plataforma de armas garantiza una duración y relevancia por muchos años debido a que nuestros fusiles tienen:

- 100% intercambiabilidad de piezas entre fusiles del mismo calibre. (UCR-UCR ó UPR-UPR)
- 62% intercambiabilidad de piezas entre fusiles de differente calibre. (UPR-UCR)

Esta compatibilidad deriva en menos inventario. El entrenamiento para policias y militares será igual sin importar el calibre, ya que la operación de los dos tipos de fusiles es idéntica. Consecuentemente, el entrenamiento para armeros y técnicos designados al mantenimiento de los dos tipos de fusiles sera el mismo.

Nuestro equipo consiste en fabricantes y expertos de renombre en la industria, con espacio de manufactura que sobrepasa los 13 mil metros cuadrados en total, incluyendo 61 máquinas CNC horizontales, 27 máquinas CNC verticales, 15 tornos suizos, 8 cortadoras por jets de agua, líneas de anodizado robóticas, 500+ empleados; además de certificaiones ISO 9001:2008, AS9100:2004, ANSI/J, STD-001, IPC-A-610 and IPC-A-620 entre otras.

**1.2 Unified Weapon Systems (UWS) certificationes y licencias**

- EE.UU. Buró de Alcohol, Tabaco, Armas de Fuego y Explosivos (BATF) Licencia de Manufactura de Armas Tipo 7
- EE.UU. BATF Permiso especial para la fabricación de dispositivos destructivos clase 3
- EE.UU. Departamento de Estado. Directorio de Defensa para el control de la comercialización de armas de fuego. Registro de fabricante y exportador
- EE.UU. Departamento de Comercio. Proveedor aprobado y apoyado por el Centro de Apoyo para el Comercio Internacional.

Registrado en el Sistema de Excelencia de Gestión por el gobierno de los EE.UU.

_____
Christian J. Quintanilla
President
Unified Weapon Systems Inc.

_____
Sandro Monteblanco Marquez
Representante Autorizado
Unifed Weapon Systems Inc

3



### 1.3 Directores, Oficiales y Consejeros

| | |
|---|---|
| Ing. Christian Quintanilla Aurich, | Co-Fundador / Presidente y CEO |
| Michael C. Bingham, | Co-Founder / Vice-President / Gerente de Operaciones |
| Major General James Parker, USA (ret) | Director / Consejero Militar Principal |
| Frank Gnisci, | Gerente Financiero |
| Jose Matto Astete, Esq., | Consejero Legal General (Perú y Latinoamérica) |
| Matthew B. Sullivan, Esq., | Consejero Legal General (USA) |
| John Smith, Esq., | Gerente de Cumplimiento y Regulacion para alas Exportaciones |
| Mark Serbu, | Ingeniería de Armas y Desarrollo |
| Steve Zolock, | Gerente Administrativo |
| Charles Ferrera, | Consejero en Entrenamiento Avanzado |

### 1.4 Nuestras tecnologías

Unified Weapon Systems Inc. (UWS) ha obtenido licencias tecnológicas de las más avanzadas compañías de defensa en la industria, ésto nos ha permitido diseñar y adquirir componentes superiores. Trabajando con nuestros socios nos mantenemos actualizados con las tecnologías de desarrollo relacionadas a técnicas de diseño, rendimiento y fabricación de fusiles. Nos ocupamos de ésto para garantizar que nuestros sistemas de armas superen a cualquiera que esté disponible en el mercado.

## Parte 2:   Oferta

De acuerdo con las "BASES GENERALES INTEGRADAS" publicadas del CONCURSO PRIVADO 002-2015, ofrecemos la transferencia tecnológica para la fabricación de componentes principales relacionados con el fusil calibre 7.62x51 mm OTAN con la denominación registrada UCR (Unified Combat Rifle) y el fusil de calibre 5.56x45 mm OTAN con la denominación registrada UPR (Unified Patrol Rifle). Con el fin de lograr la transferencia tecnológica, UWS también transferirá maquinaria, herramientas, asistencia técnica y documentación.

### 2.1 Componentes de fusiles que se fabricarán en el Perú

Como se mencionó anteriormente, UWS cofabricará junto con FAME SAC, en Perú, componentes principales de los fusiles UPR 5.56x45 mm OTAN y de los fusiles UCR 7.62x51 mm OTAN.
La cantidad de piezas que se fabricarán en el Perú serán piezas suficientes en cuanto importancia y cantidad para lograr un fusil "Hecho en Perú".

### 2.1.1 Componentes de UCR que se fabricarán en el Perú.

La **FIGURA 1** muestra la apariencia física del fusil UCR, mientras que el **CUADRO 1** muestra una lista de los componentes del fusil UCR 7.62x45 mm OTAN que se fabricarán en el Perú. El **DIBUJO ESQUEMATICO 1** muestra los componentes del Ensamblaje Inferior Mayor (EIM) que se fabricarán en el Perú en el local de FAME SAC en color anaranjado. El **DIBUJO ESQUEMATICO 2** muestra los componentes del Ensamblaje Superior Mayor (ESM) que se fabricarán en el Perú en el local de FAME SAC en color anaranjado.

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

4



**FIGURA 1**
Fusil UCR 7.62x51 mm OTAN



**CUADRO 1**
*Componentes del Fusil UCR 7.62x51 mm OTAN que serán fabricados en el Perú en las instalaciones de FAME SAC durante la fase de co-fabricación*

| NUM.PART ESQUEMATICO | UWS PART #: | DESCRIPCION DEL COMPONENTE |
|---|---|---|
| 1 | 064094704370 | 7.62 RECEPTOR INFERIOR |
| 19 | 064094704388 | 5.56 Y 7.62 AMORTIGUADOR H2 |
| 40 | 064094704409 | 5.56 Y 7.62 DISPOSITIVO DSAS |
| 47 | 064094704416 | 7.62 RECEPTOR SUPERIOR |
| 62 | 064094704431 | 5.56 Y 7.62 RIELES LATERALES MODUL-R CON DESCONECTORES RAPIDOS |
| 64 | 064094704433 | 7.62 CAÑON 16-7.62X51-CR OTAN |
| 66 | 064094704435 | 7.62 DISPOSITIVO DE BOCA DE CAÑON DE RÁPIDO MONTAJE |
| 78 | 064094704447 | 7.62 MIRA OPTICA DE COMBATE DE TITANIO 4X32 |
| 80 | 064094704449 | 7.62 PALANCA DE ARMADO |
| 91 | 064094704460 | 5.56 Y 7.62 BARRA TRASERA DEL RIEL LATERAL MODUL-R |
| 93 | 064094704462 | 5.56 Y 7.62 PLACA DEL DISPOSITIVO REDUCTOR DE CADENCIA DSAS |

_____
**Christian J. Quintanilla**
President
Unified Weapon Systems Inc

_____
**Sandro Monteblanco Marquez**
Representante Autorizado
Unified Weapon Systems Inc

5




Componentes del UCR 7.62x51 mm NATO Ensamblaje Inferior Mayor (EIM) que serán fabricados en Perú

**DIBUJO ESQUEMATICO 1**

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
United Weapon Systems Inc

6






### 2.1.2 Componentes de UPR que se fabricarán en el Perú.

La **FIGURA 2** muestra la apariencia física del fusil UPR, mientras que el **CUADRO 2** muestra una lista de los componentes del fusil UPR 5.56x45 mm OTAN que se fabricarán en el Perú. El **DIBUJO ESQUEMATICO 3** muestra los componentes del Ensamblaje Inferior Mayor (EIM) que se fabricarán en el Perú en el local de FAME SAC en color anaranjado. El **DIBUJO ESQUEMATICO 4** muestra los componentes del Ensamblaje Superior Mayor (ESM) que se fabricará en el Perú en el local de FAME SAC en color anaranjado.

**FIGURA 2**
Fusil UPR 5.56x45 mm OTAN



**CUADRO 2**
*Componentes del Fusil UPR 5.56x45 mm OTAN que serán fabricados en el Perú en las instalaciones de FAME SAC durante la fase de cofabricación*

| NUM.PART ESQUEMATICO | UWS PART #: | DESCRIPCION DEL COMPONENTE |
|---|---|---|
| 1 | 064094704500 | 5.56 RECEPTOR INFERIOR |
| 19 | 064094704388 | 5.56 Y 7.62 AMORTIGUADOR H2 |
| 40 | 064094704409 | 5.56 Y 7.62 DISPISITIVO DSAS |
| 47 | 064094704546 | 5.56 RECEPTOR SUPERIOR |
| 62 | 064094704431 | 5.56 Y 7.62 RIELES LATERALES MODUL-R CON DESCONECTORES RAPIDOS |
| 64 | 064094704563 | 5.56 CAÑON 14.5--5.56X45-CR OTAN |
| 66 | 064094704565 | 5.56 DISPOSITIVO DE BOCA DE CAÑON DE RÁPIDO MONTAJE |

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unifed Weapon Systems Inc

8



| 78 | 064094704577 | 5.56 MIRA OPTICA DE COMBATE DE TITANIO 4X32 |
| 80 | 064094704579 | 5.56 PALANCA DE ARMADO |
| 91 | 064094704460 | 5.56 Y 7.62 BARRA TRASERA DEL RIEL LATERAL MODUL-R |
| 93 | 064094704462 | 5.56 Y 7.62 PLACA DEL DISPOSITIVO REDUCTOR DE CADENCIA DSAS |

---

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unifed Weapon Systems Inc

9



DIBUJO ESQUEMATICO 3

Componentes del UPR 5.56x45 mm NATO Ensamblaje Inferior Mayor (EIM) que serán fabricados en Perú

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

10





### 2.2 Maquinaria y herramientas

El **CUADRO 3** muestra las maquinarias y las herramientas necesarias tal como se menciona en la Oferta Económica – Financiera. Se transferirán todas las maquinarias y herramientas como propiedad a FAME al final del periodo del contrato. UWS se asegurará de que las maquinarias y las herramientas que se transferirán estén en perfectas condiciones operativas antes de su entrega a FAME SAC. Si en caso se necesite reemplazar algunas maquinarias o herramientas durante el periodo del contrato, los gastos correrán por UWS. Los artículos en la lista son los suficientes para llevar a cabo el ensamblaje y la fabricación de una manera eficiente, lo cual asegura la calidad y garantía que se ofrece. El **CUADRO 4** muestra los equipos para llevar a cabo el control de calidad de las piezas y el fusil totalmente ensamblado.

UWS utiliza el método "Calidad por Diseño" en el cual el control de calidad se realiza en cada paso y componente del fusil, además de un control final con el fin de re-asegurar la calidad y rendimiento operativo del fusil totalmente ensamblado antes de su traslado al almacén de armas finales.

Antes del comienzo de las operaciones de ensamblaje, doce (12) empleados de FAME SAC serán trasladados a Tampa, Florida, EE.UU. a las instalaciones de capacitación de UWS para tomar un curso de 60 horas sobre operaciones de ensamblaje, supervisión, control y garantía de calidad. Antes de las operaciones de fabricación, cuatro (4) empleados de FAME SAC serán trasladados a Tampa, Florida, USA a las instalaciones de capacitación de UWS para tomar un curso de 80 horas sobre técnicas de fabricación CNC, supervisión, control y garantía de calidad. En ambos casos, dos (2) técnicos de UWS pasarán 2 días en el Perú, en el local de FAME SAC, después de las sesiones de capacitación en los EE.UU. como oficiales y supervisores de apoyo. El **CUADRO 5** muestra el personal que se requerirá durante el periodo del Proyecto.

**CUADRO 3: Lista de Maquinarias y herramientas para el Ensamblaje y la Fabricación**

| |
|---|
| Kit profesional de herramientas para fabricar armas Multicalibre |
| Kits de herramientas para fabricar y ensamblar armas 5.56x45 mm OTAN |
| Estaciones de trabajo UWS avanzadas para fabricar/ensamblar armas-<br>Área de superficie de placa de polyester no abrasivo, con sistema RFID integrado, computadora a bordo con monitor táctil, compresor de aire a bordo, distribución eléctrica protegida contra sobrecargas, tornillo de banco, iluminación superior, lámpara con lupa flexible, cajones para herramientas con llave y banco. |
| Herramientas Especiales y Equipos de Prueba 5.56x45 mm OTAN Equipos de Prueba |
| Manuales técnicos y de Instrucción |
| Actualizaciones de Kits de Herramientas de fabricación de armas 7.62 |
| Manuales técnicos y Materiales de Instrucción 7.62x51 mm OTAN |
| Herramientas Especiales y Equipos de Prueba 7.62x51 mm OTAN |
| Máquina Vertical CNC, con Herramientas |
| Equipos de Torno y Acabados |
| Máquina de Anodizado |

---

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

12



| |
|---|
| Máquina Brochadora |
| Piezas asociadas y Equipos de Mantenimiento |
| Herramientas Especiales de Fabricación CNC, y Equipos de Prueba |
| Manuales técnicos sobre Máquinas CNC y Manuales de Instrucción |

**CUADRO 4: Lista de Herramientas para el Control de Calidad**

| |
|---|
| A2I™ (Inventario Activo e Identificación) Software del Sistema de Gestión |
| Licencias de usuario de estación de trabajo para ensamblaje/fabricación de armas |
| Micrómetros |
| Pinzas |
| Balanzas |
| Microscopios |
| Aparatos de Medición con Láser |
| Municiones |
| Aparatos para Prueba de Dureza |
| Equipos de Alcance |

**Cuadro 5: Lista de Personal**

| Puesto | Descripción del Empleo | Certificaciones y Capacitación | Cantidad de Personal |
|---|---|---|---|
| 1  Supervisor de Operaciones | Responsable general de la producción de sistemas de armas desde la recepción de piezas hasta la disposición final de sistemas de armas completas. | Ingeniero, preferiblemente Oficial Militar, Retirado o en Servicio | 1 |

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

13



| | | | | |
|---|---|---|---|---|
| 2 | Armero Experto | Experto en todos los aspectos de ensamblaje, mantenimiento, funcionamiento de armas y solución de problemas. | Armero Experto Certificado de UWS | 1 |
| 3 | Armero Asistente | Asistir al Armero Experto en la solución de problemas, e inspección de ensamblaje durante el proceso de ensamblaje. | Armero Certificado de UWS | 1 |
| 4 | Especialista de Almacén | Dar mantenimiento a piezas e inventarios de sistemas de armas completas, recuperar y preparar piezas para el ensamblaje. | Especialista de Almacén de UWS Nivel 1 & 2 | 1 |
| 5 | Especialista de Ensamblaje | Ensamblar fusiles de combate mediante el uso de piezas previamente inspeccionadas. | Especialista de Ensamblaje Nivel 1 & 2 | 4 |
| 6 | Especialistas de fabricación | Fabricar piezas mediante el uso de CNC, tornos y otros equipos | Especialista de fabricación Nivel 1 y 2 | 4 |
| 7 | Operador de Armas | Probar armas de fuego para asegurar su correcto funcionamiento, en operación automática total o parcial, óptica de punto de mira | Armero Certificado de UWS Operador UWS Nivel 1 & 2 | 1 |
| 8 | Apoyo de Alcance | Desarmar, limpiar, reensamblar y probar el funcionamiento del sistema de armas. Assist Weapon Operator with range operations such as magazine loading, targets, and inventory control. | Operador UWS Nivel 1 | 1 |
| 9 | Especialista de Control de Calidad | Inspeccionar el ensamblaje de fusiles mientras son terminados, antes de proceder al segundo paso. Inspeccionar todos los sistemas de armas completos después de su limpieza y antes de su envío para ser conservados. | Especialista de Control de Calidad de UWS Nivel 1 -3 | 1 |
| 10 | Especialista de Conservación | Preparar sistemas de armas para el envío inmediato o | Especialista de Almacén de UWS Nivel 1 | 1 |

---

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unifed Weapon Systems Inc

14



|  |  | almacenamiento prolongado tal cual como requiere. |  |  |
|---|---|---|---|---|
|  |  |  | Personal Total | 16 |

### 2.3 Documentación

UWS transferirá a FAME SAC, todos los dibujos técnicos, CAD y CAM software, manuales de instrucción, manuales de fabricación, manuales de control de calidad, fichas de procedimientos operativos estándar (SOP) y todo manual relacionado con futuras certificaciones de control de calidad que la asociación UWS-FAME obtendrá durante el periodo del contrato.

### 2.4 Apoyo Adicional

Tal cual como se mencionó anteriormente, UWS utiliza el método "**Calidad por Diseño**" o **QbD (por sus sigles en inglés)** en lo que se refiere a fabricación y ensamblaje. Calidad por Diseño incorpora herramientas modernas para controlar las variaciones de manera preventiva. Estas herramientas y éstos métodos comienzan por medir y entender la variación que existe mediante el uso de datos históricos, pruebas, y modelado con el fin de predecir, analizar y eliminar los efectos dañinos de la variación con el uso de técnicas de estadística estándar. El control de fabricación consta de tres actividades básicas:

- Evaluar el desempeño real del proceso
- Comparar el desempeño real con las metas
- Tomar acción si existen diferencias.

UWS utilizará el **Software A2i** para registrar todos los datos de ensamblaje y fabricación de cada componente de fusil en una base de datos, dichos datos se pueden recuperar de manera manual en cualquier momento tan solo con acceder a la base de datos vía internet o mediante el uso de equipos **RFID**, aprovechando el dispositivo único de identificación de radiofrecuencia de cada fusil. Una vez completo, probado y aprobado el fusil, este sistema también se utilizará para la garantía de calidad post fabricación o post venta.

La Identificación de Radio Frecuencia Pasiva para los fusiles se encuentra incorporada y no se puede remover. La Identificación de Radio Frecuencia UWS está basada en el estándar EPC Gen 2 Clase 1 y funciona en el espectro de UHF. Se puede configurar para los mercados de América del Norte, Central y Sur dentro del margen 902-928 MHz. Para el Mercado Europeo y del Medio Oriente, se puede configurar dentro del margen 865-868 MHz. Para las demás partes del mundo, se podrá configurar con el uso de estándares nacionales para el espectro UHF.

El Software A2i también permitirá que futuros clientes registren problemas e información de mantenimiento de cada fusil tan solo con acceder a la base de datos desde cualquier parte o al integrar la base de datos a su propio software de calidad y mantenimiento.

UWS-FAME expedirá un certificado de calidad y un certificado de garantía para cada fusil ensamblado o fabricado en el local FAME SAC.

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

15



Parte 3:   Periodo

El tiempo que se requiere para que UWS comience la transferencia de tecnología de fabricación a FAME SAC será al final del ensamblaje Fase 2, esto es cuando la operación de ensamblaje alcance los 8000 fusiles sin importar el tipo (UPR o UCR) o la configuración. Los componentes del fusil n° 8001 se fabricarán en el Perú como parte de su configuración. Creemos que, para entonces, el personal estará completamente capacitado y con la experiencia necesaria para comenzar el proceso de fabricación de los componentes mencionados en el Perú en la ubicación de FAME SAC. A partir de este momento el fusil se considerará un fusil "**HECHO EN PERU**"

---

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unifed Weapon Systems Inc

16



**DECLARACION JURADA**

Lima, Diciembre 11 del 2015

Declaro bajo juramento que Unified Weapon Systems (UWS), domiciliada en 6019 West Chelsea Street, Tampa, FL 33634, USA, se compromete a transferir toda la maquinaria y herramientas utilizadas en el ensamblaje y manufactura de los fusiles UPR 5.56x45 mm NATO y UCR 7.62x51 mm NATO a favor de FAME SAC. Dicha maquinaria será entregada en óptimas condiciones operacionales y con calibraciones vigentes.

Christian J. Quintanilla Aurich
Presidente / CEO
Unified Weapons Systems INC
6019 Chelsea Street, Tampa, FL 33634
Tel +1 (407) 797-9169 USA
christian.quintanilla@unifiedweapons.com
www.unifiedweapons.com

---------------------------------
**Christian J. Quintanilla**
President
Unified Weapon Systems Inc

---------------------------------
**Sandro Monteblanco Marquez**
Representante Autorizado
Unified Weapon Systems Inc

17



UNIFIED WEAPON SYSTEMS INC.

CONFIDENCIAL

# Oferta de Transferencia Tecnológica

Concurso de Asociación para el ensamblaje y co-fabricación de los fusiles UCR calibre 7.62x51mm OTAN y fusiles UPR calibre 5.56x45 mm OTAN

FAME - PERU

CONCURSO PRIVADO INTERNACIONAL

002-2015

FIN DEL DOCUMENTO

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unifed Weapon Systems Inc

18