```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                        TAMPA DIVISION
```

ADAMS ARMS, LLC,

      Plaintiff,

v.                              Case No. 8:16-cv-1503-T-33AEP

UNIFIED WEAPON SYSTEMS, INC.,
ET AL.,

      Defendants.
_____/

## ORDER APPOINTING MEDIATOR

Pursuant to the Notice of Mediation (Doc. # 38) filed on July 11, 2016, and in accordance with the rules governing mediation set forth in Chapter Nine of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that the following individual is hereby appointed by the Court to serve as Mediator in this action:

| | |
|---|---|
| **Name of Mediator**: | Bradford D. Kimbro, Esq. |
| **Address**: | Holland & Knight, LLP |
| | PO Box 1288 |
| | Tampa, Florida 33602-3644 |
| **Telephone:** | (813) 227-6660 |

By agreement of the parties, the mediation conference is scheduled to take place on **July 19, 2016**. The parties are directed to mediate in good faith and to devote as much time as is necessary to fully and faithfully explore all settlement possibilities. Furthermore, the Court directs that all counsel, parties, corporate representatives, and any other required claims professionals shall be present at the

mediation conference with full authority to negotiate a settlement. The Court does not allow mediation by telephone or video conference. Personal attendance is required. <u>See</u> Local Rule 9.05(c).

    **DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>13th</u> day of July, 2016.

                                                  VIRGINIA M. HERNANDEZ COVINGTON
                                                  UNITED STATES DISTRICT JUDGE