# ANEXO N°02

# OFERTA

# ECONOMICA

# Y

# FINANCIERA

# UNIFIED WEAPON SYSTEMS INC.

## CONFIDENCIAL

# Oferta Económica y Financiera

Concurso de Asociación para el ensamblaje y co - fabricación de los fusiles UCR calibre 7.62x51mm OTAN y fusiles UPR calibre 5.56x45 mm OTAN

FAME - PERU

CONCURSO PRIVADO INTERNACIONAL

002-2015

A. PAREDES. I.
SO2 BP
MBC. DE ARMAMENTO.

El uso o la divulgación de la información contenida en esta propuesta está restringida a la agencia receptora y puede contener información que esta sujeta a los requerimientos de licencias y restricciones de las leyes de control de exportación de los Estados Unidos, incluyendo pero no limitada por el Reglamento de Tráfico Internacional de Armas, Título 22 del Código de Reglamentos Federales, Partes 120 – 130 (RTIA), implementado por el Departamento de Estado de los Estados Unidos. Cualquier exportación, re – exportación, re – transferencia o divulgación, incluyendo personas foráneas como está definido en el Código de Reglamentos Federales 120.16, esta por lo tanto prohibida.

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unifed Weapon Systems Inc



## Índice

**Parte 1: Descripción de la Compañía**
1.1  Quiénes Sómos..................................................................................3
1.2  Unified Weapon Systems Inc. Certificaciones y Licencias.....................3
1.3  Directores, Oficiales y Consejeros.......................................................4
1.4  Nuestras Tecnologías.........................................................................4

**Part 2: Oferta**...................................................................................4

**Parte 3: Ensamblaje e inversión respectiva**......................................4
3.1  Inversión para el ensamblaje del fusil UPR calibre 5.56x45 mm OTAN......5
3.2  Inversión para el ensamblaje del fusil UCR calibre  7.62x51 mm OTAN......6

**Parte 4: Co-fabricación e inversión respectiva**..................................6
4.1  Inversiones para la cofabricación de fusiles UPR y UCR .........................7

**Parte 5: Cronograma**.........................................................................7
5.1  Fase de Ensamblaje ...........................................................................7
5.1.1  Fase de Ensamblaje 1 ......................................................................7
5.1.2  Fase de Ensamblaje 2 ....................................................................11
5.2  Fase  de co-fabricación.....................................................................24

**Firma del documento**........................................................................27

**Parte 6: Personal requerido para las operaciones**
6.1 Personal requerido para el ensamblaje ...............................................28
6.2 Personal requerido para la cofabricación .............................................29

**Parte 7: Declaración Jurada:** Inversión total necesaria para implementar una línea de ensamblaje y co-fabricación en FAME SAC..................................................................30

**Parte 8: Declaración Jurada:** Emisión de licencias a FAME SAC para la comercialización de fusiles UCR 7.61x51 mm OTAN y UPR 5.56x45 mm OTAN dentro de la república del Perú así como en mercados internacionales..................................................................31

**Fin del documento**............................................................................32

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

2

West Chelsea St. Tampa, FL 33629 • Tel +1 (407) 797-9169 USA
international@unifiedweapons.com • www.unifiedweapons.com

# UWS
Unified Weapon Systems

## OFERTA FINANCIERA - ECONÓMICA

## Parte 1: Descripción de la Compañía

### 1.1 Quienes Somos

Unified Weapon Systems Inc. es un fabricante de armas estadounidense. UWS también está autorizado y registrado para exportar armamento y municiones. UWS integra la mejor tecnología en el diseño de armas con el fin de producir los fusiles de combate más avanzados disponibles hoy en día.

Ubicada en Tampa Florida, UWS puede producir más de 5,000 fusiles al mes, teniendo la posibilidad de incrementar la capacidad de producción con el fin de cumplir con los requisitos de los contratos. Todos los fusiles son fabricados en su totalidad en los EE.UU. mediante el uso de tecnologías y patentes autorizadas de nuestros asociados fabricantes. Nuestra experiencia y relaciones en la industria de defensa nos permiten elegir e integrar las mejores soluciones disponibles para el diseño de armas modernas de combate.

Nuestros sistemas de armas se basan en el diseño y plataforma del fusil AR15. Con aproximadamente 8 millones de fusiles comisionados alrededor del mundo, el AR15 es una de las plataformas más comunes y versátiles. Es utilizada en cuerpos militares y policiales, además de aplicaciones civiles. El actual fusil de combate del ejército de los EE.UU. M4, está basado en el diseño del AR15.

UWS cuenta con contratos exclusivos de fabricación y derechos de patentes de distintas empresas, lo cual hace que el diseño de nuestro fusil de combate sea único, versátil y altamente calificado. La ubicuidad de esta plataforma de armas garantiza una duración y relevancia por muchos años debido a que nuestros fusiles tienen:

- 100% intercambiabilidad de piezas entre fusiles del mismo calibre. (UCR-UCR ó UPR-UPR)
- 62% intercambiabilidad de piezas entre fusiles de differente calibre. (UPR-UCR)

Esta compatibilidad deriva en menos inventario. El entrenamiento para policias y militares será igual sin importar el calibre, ya que la operación de los dos tipos de fusiles es idéntica. Consecuentemente, el entrenamiento para armeros y técnicos designados al mantenimiento de los dos tipos de fusiles será el mismo.

Nuestro equipo consiste en fabricantes y expertos de renombre en la industria, con espacio de manufactura que sobrepasa los 13 mil metros cuadrados en total, incluyendo 61 máquinas CNC horizontales, 27 máquinas CNC verticales, 15 tornos suizos , 8 cortadoras por jets de agua, líneas de anodizado robóticas, 500+ empleados; además de certificaiones ISO 9001:2008, AS9100:2004, ANSI/J, STD-001, IPC-A-610 and IPC-A-620 entre otras.

### 1.2 Unified Weapon Systems (UWS) certificationes y licencias

- EE.UU. Buró de Alcohol, Tabaco, Armas de Fuego y Explosivos (BATF) Licencia de Manufactura de Armas Tipo 7
- EE.UU. BATF Permiso especial para la fabricación de dispositivos destructivos clase 3
- EE.UU. Departamento de Estado. Directorio de Defensa para el control de la comercialización de armas de fuego. Registro de fabricante y exportador
- EE.UU. Departamento de Comercio. Proveedor aprobado y apoyado por el Centro de Apoyo para el Comercio Internacional.
- Registrado en el Sistema de Excelencia de Gestión por el gobierno de los EE.UU.

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unifed Weapon Systems Inc

3



### 1.3 Directores, Oficiales y Consejeros

| | |
|---|---|
| Ing. Christian Quintanilla Aurich, | Co-Fundador / Presidente y CEO |
| Michael C. Bingham, | Co-Founder / Vice-President / Gerente de Operaciones |
| Major General James Parker, USA (ret) | Director / Consejero Militar Principal |
| Frank Gnisci, | Gerente Financiero |
| Jose Matto Astete, Esq., | Consejero Legal General (Perú y Latinoamérica) |
| Matthew B. Sullivan, Esq., | Consejero Legal General (USA) |
| John Smith, Esq., | Gerente de Cumplimiento y Regulacion para alas Exportaciones |
| Mark Serbu, | Ingeniería de Armas y Desarrollo |
| Steve Zolock, | Gerente Administrativo |
| Charles Ferrera, | Consejero en Entrenamiento Avanzado |

### 1.4 Nuestras tecnologías

Unified Weapon Systems Inc. (UWS) ha obtenido licencias tecnológicas de las más avanzadas compañías de defensa en la industria, ésto nos ha permitido diseñar y adquirir componentes superiores. Trabajando con nuestros socios nos mantenemos actualizados con las tecnologías de desarrollo relacionadas a técnicas de diseño, rendimiento y fabricación de fusiles. Nos ocupamos de ésto para garantizar que nuestros sistemas de armas superen a cualquiera que esté disponible en el mercado.

### Parte 2: Oferta

Unified Weapons Systems Inc. (UWS) ofrece a FAME SAC el ensamblaje y futura co-fabricación de dos sistemas de fusiles de combate. El primer fusil es el Unified Patrol Rifle (UPR) de calibre 5.56x45mm OTAN. El Segundo fusil es el Unified Combat Rifle (UCR) de calibre 7.62x51mm OTAN.

**OFRECEMOS A FAME SAC UNA PARTICIPACIÓN DEL 10% DEL VALOR CORRESPONDIENTE AL PRECIO DE VENTA DE LOS FUSILES ENSAMBLADOS Y CO-FABRICADOS EN PERU. ESTE PORCENTAJE SERA CALCULADO ANTES DE INCLUIR EL IMPUESTO GENERAL A LAS VENTAS (IGV) EN CASO LO HUBIERE Y FUERE APLICABLE.**

UWS brindará una capacitación de clase mundial al personal peruano de FAME SAC en los EE.UU, quienes realizarán las labores de ensambladores, maquinistas, y supervisores.

### Parte 3: Ensamblaje e inversión respectiva

En vista que nuestro fusil UPR calibre 5.56x45mm OTAN y el UCR calibre 7.62x51mm OTAN comparten la misma plataforma y su diseño y componentes son idénticos en función; la capacitación del personal incluirá los conocimientos de cómo ensamblar, fabricar, reparar, dar servicio y mantenimiento a los fusiles de ambos calibres.

---

Christian J. Quintanilla
President
Unified Weapon Systems Inc

---

Sandro Monteblanco Marquez
Representante Autorizado
Unifed Weapon Systems Inc

601# West Chelsea St. Tampa, FL 33630 • Tel: +1 (803) 797-9104 USA
international@unifiedweapons.com • www.unifiedweapons.com

4



Las Instalaciones de ensamblaje se configurarán en FAME dentro de 180 Días calendarios tras la firma del contrato correspondiente. La Capacitación para la fase de ensamblaje del fusil UPR 5.56x45mm OTAN y del fusil UCR 7.62x51mm OTAN comenzará entre 90-120 días después de que UWS y FAME hayan firmado el contrato correspondiente.  La Capacitación para el ensamblaje se realizará en nuestras instalaciones en Tampa, Florida U.S.A. y tendrá una duración de 7 días hábiles.  Se brindará instrucción a doce (12) técnicos y cubrirá todos los aspectos de la función y el ensamblaje de los fusiles. El personal seleccionado y designado a un papel de supervisión, también recibirán una capacitación adicional en los temas de solución de problemas, seguridad, control de inventario, control de calidad, y pruebas. Tras finalizar la capacitación, se certificará a todo el personal en sus responsabilidades y se les brindará un diploma confirmando su competencia en el ensamblaje de fusiles Unified Weapon Systems UPR 5.56x45mm OTAN y UCR 7.62x51mm OTAN.  A esta capacitación le seguirá un periodo de una semana durante el cual dos técnicos de UWS viajarán a Perú para brindar asistencia técnica in-situ, tal como se le solicita al personal de FAME.

### 3.1  inversión para la línea de ensamblaje del fusil UPR 5.56x45 mm OTAN

| CUADRO 1. Inversiones durante la fase de ensamblaje para Fusil UPR 5.56x45mm | | | | |
|---|---|---|---|---|
| | Descripción | Cantidad | Costo Unitario | Costo Total |
| 1 | Kit profesional de herramientas para fabricar armas multicalibre | 2 | $2,600 | $5,200 |
| 2 | Kits de herramientas para fabricar y ensamblar armas 5.56x45 mm OTAN | 6 | $1,500 | $9,000 |
| 3 | Estaciones de trabajo UWS avanzadas para fabricar/ensamblar fusiles UPR y UCR- Área de superficie de placa de polyester no abrasivo, con sistema RFID integrado, computadora a bordo con monitor táctil, compresor de aire a bordo, distribución eléctrica protegida contra sobrecargas, tornillo de banco, iluminación superior, lámpara con lupa flexible, cajones para herramientas con llave y banco. | 6 | $4,500 | $27,000 |
| | A2I™ (Identificación e Inventario Activo) Software de Sistema de Gestión de manufactura de armas | 1 | $115,000 | $115,000 |
| | Licencias de usuario de estación de trabajo para ensamblaje/fabricación de armas | 6 | $3,500 | $21,000 |
| 4 | Herramientas especiales y equipos de prueba | 1 | $15,000 | $15,000 |
| 5 | Viaje, alojamiento y capacitación para personal de FAME en USA, por 7 Días | 12 | $8,000 | $96,000 |
| 6 | Manuales técnicos y manuales de instrucción | 1 | $1,850 | $1,850 |
| Costo total de inversión por ensamblaje de UPR (Dólares Americanos) | | | Total: | $322,050 |

CDA

Christian J. Quintanilla
President
Unified Weapon Systems Inc

6019 West Chelsea St Tampa, FL 33634 • Tel +1 813...
international.unifiedweapons.com • www.unifiedweapons.com

Sandro Monteblanco Marquez
Representante Autorizado
Unifed Weapon Systems Inc

5



3.2 inversión para la línea de ensamblaje del fusil UCR 7.62x51 mm OTAN

| CUADRO 2. Inversiones durante la fase de ensamblaje para el Fusil UCR 7.62x51mm OTAN | | | | |
|---|---|---|---|---|
| Descripción | | Cantidad | Costo Unitario | Costo Total |
| 1 | Actualizaciones de Kits de Herramientas de fabricación de armas 7.62 | 4 | $900 | $3,600 |
| 2 | Manuales técnicos y materiales de Instrucción | 1 | $900 | $900 |
| 3 | Herramientas especiales y equipos de prueba | 1 | $4,500 | $4,500 |
| 4 | Costos de viaje y alojamiento para 2 integrantes del personal de UWS por 7 días en Perú | 1 | $10,375 | $10,375 |
| Costo total de inversión por ensamblaje de UCR (Dólares Americanos) | | | Total: | $19.375 |

La Inversión Total para la fase de ensamblaje establecida en el contrato será de 341,425 Dólares Americanos.


## Parte 4: Cofabricación e inversión respectiva

Ya que nuestro fusil UPR calibre 5.56x45mm OTAN rifle y UCR calibre 7.62x51mm OTAN comparten la misma plataforma y su diseño y componentes son idénticos en su mayoría, con variaciones mínimas en sus dimensiones; la capacitación del personal incluirá información sobre fabricación y acabado de piezas principales para los fusiles UPR y UCR.

La capacitación para el programa de co-fabricación en Perú es más complejo ya que involucra el entrenamiento de maquinistas para operar y dar mantenimiento a maquinarias avanzadas y equipadas para la producción de los componentes de los fusiles UWS. Esta capacitación iniciará con un entrenamiento de dos semanas en las instalaciones de UWS para cuatro integrantes del personal de FAME en los Estados Unidos. Dicho personal de FAME se acondicionará a todos los aspectos de cada máquina que esté involucrada en la fabricación de partes específicas, comprobaciones de calidad, procedimientos de seguridad, y solución de problemas.

Tras esta capacitación, dos técnicos de UWS viajarán a Perú por una semana para brindar la asistencia que sea necesaria.

Además, cada vez que una máquina sea entregada e instalada, UWS brindará el servicio de un técnico, in-situ, en las instalaciones de FAME, para ayudar en la configuración y calibración y prueba inicial.


Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

6



### 4.1 Inversión de cofabricación para fusiles UPR y UCR

El **CUADRO 3** muestra la inversion total necesaria para poder comenzar operaciones de co-fabricación de los fusiles UPR 5.56x45 mm NATO y UCR 7.62x51 mm NATO.

| | CUADRO 3. Inversiones durante la cofabricación de fusiles UPR y UCR | | | |
|---|---|---|---|---|
| | Descripción | Cantidad | Costo Unitario | Costo Total |
| 1 | Máquina vertical CNC, con herramientas | 2 | $142,325 | $282,650 |
| 2 | Equipos de torno y acabados | 1 | $173,450 | $173,450 |
| 3 | Máquina de anodizado | 1 | $190,000 | $190,000 |
| 4 | Máquina brochadora | 1 | $164,000 | $164,000 |
| 5 | Piezas asociadas y equipos de mantenimiento | 1 | $37,000 | $37,000 |
| 6 | Herramientas especiales y equipos de prueba | 1 | $293,125 | $293,125 |
| 7 | Viaje, alojamiento y capacitación para integrantes del personal de FAME en USA, 14 Días | 4 | $16,000 | $64,000 |
| 8 | Manuales técnicos y de instrucción UPR y UCR | 2 | $1,850 | $3,700 |
| Costo total de inversión para cofabricación (Dólares Americanos) | | Total: | | $1,207,925 |

## Parte 5: Cronograma

### 5.1  Fase de Ensamblaje
La operación de ensamblaje será separada en dos fases.

**5.1.1  Fase de Ensamblaje 1**: Ensamblaje de los fusiles UPR y/o UCR utilizando los 10 sub conjuntos importantes; estos componentes se muestran en los siguientes: **CUADRO 4** para el fusil UCR 7.62x51mm OTAN y **CUADRO 5** para el fusil UPR 5.56x45mm OTAN.

Esta fase iniciará con el fusil número 0001, y durará hasta que el fusil número 1000 haya sido ensamblado. Los fusiles ensamblados pueden ser fusiles UCR, UPR o una combinación de ambos. Esto permitirá que el personal esté completamente capacitado con el ensamblaje de componentes principales mientras se familiariza con los componentes individuales que forman parte de ellos.

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unifed Weapon Systems Inc

7



| CUADRO 4: Sub conjuntos UCR 7.62x51mm OTAN | |
|---|---|
| 1 **Ensamblaje Superior del Fusil 7.62** Pieza Número 064094704352 Receptor Superior, Cañón, Freno de Boca, Arandela de Retención, Extensión de Cañón, Rampa de Alimentación, Guardamanos, Barras Laterales c/Montura para Correa QD, Punto de Mira Delantero, Mira Trasera, bloque de gas, llave de gas, Varilla Operada x Pistón, Resorte de Varilla, Resorte de Retención de Varilla, Kit de Partes Superiores | |
| 2 **7.62  Emsamble de la palanca de armado** Pieza Número 064094704353 Palanca de armado, resorte del la palanca de armado, perno de la palanca de armado & lazo de la palanca de armado | |
| 3 **Ensamblaje de Portador del Cerrojo 7.62** Pieza Número 064094704354 Portador de Cerrojo, aguja percutora, recámara de cerrojo, tornillo de sujeción de aguja percutora, cerrojo completo con eyector | |
| 4 **Ensamblaje Inferior del Fusil 7.62** Pieza Número 064094704355 Reten de cierre, liberador de cargador, Tubo Amortiguador, Resorte Amortiguadro, Amortiguador, Placa Trasera de Correa QD, Mango de Pistola | |

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

8

2009 West Chelsea St. Tampa FL 33654 • Tel +1 (407) 500-8180
international@unifiedweapons.com • www.unifiedweapons.com



Unified Weapon Systems

| 5 | Culata<br>Pieza Número 064094704391 | |
|---|---|---|
| 6 | **Mira Óptica de Combate 7.62 4X de magnificación**<br><br>Pieza Número 064094704447 | |
| 7 | **Portafusil**<br>Pieza Número 064094704356<br><br>Se puede utilizar como portafusil de 1 o 2 puntos | |
| 8 | **Cargadores 7.62** (5 por fusil)<br>Pieza Número 064094704464 | |
| 9 | **Equipo de Limpieza**<br>Pieza Número 064094704357 | |
| 10 | **Bayoneta y estuche**<br><br>Bayoneta<br>Pieza Número 064094704358<br><br>Estuche<br>Pieza Número 064094704359 | |

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

9



| CUADRO 5: Sub Conjuntos UPR 5.56x45mm OTAN | | |
|---|---|---|
| 1 | **Ensamblaje Superior del Fusil 5.56**<br>Pieza Número 064094704360<br><br>Receptor Superior, Cañón, Freno de Boca, Arandela de Retención, Extensión de Cañón, Rampa de Alimentación, Guardamanos, Barras Laterales c/Montura para Correa QD, Punto de Mira Delantero, Mira Trasera, bloque de gas, llave de gas, Varilla Operada x Pistón, Resorte de Varilla, Resorte de Retención de Varilla, Kit de Partes Superiores | |
| 2 | **5.56 Emsamble de la Palanca de Armado**<br>Pieza Número 064094704361<br><br>Palanca de armado, resorte de la palanca de armado, perno de la palanca de armado lazo de la palanca de armado | |
| 3 | **Ensamblaje de Portador del Cerrojo 5.56**<br>Pieza Número 064094704362<br><br>Portador de Cerrojo, aguja percutora, recámara de cerrojo, tornillo de sujeción de aguja percutora, cerrojo completo con eyector | |
| 4 | **Ensamblaje Inferior del Fusil 5.56**<br>Pieza Número 064094704363<br><br>Retén de cierre Ambi, liberador de cargador ambi, Tubo Amortiguador, Resorte Amortiguador, Amortiguador, Placa Trasera de Correa QD, Mango de Pistola | |

Christian J. Quintanilla
President
Unified Weapon Systems Inc.

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

10



| 5 | Culata<br>Pieza Número 064094704391 | |
|---|---|---|
| 6 | Mira Óptica de Combate 5.56 4X de magnificación<br><br>Pieza Número 064094704577 | |
| 7 | Portafusil<br>Pieza Número 064094704356<br><br>Se puede utilizar como portafusil de 1 o 2 puntos | |
| 8 | Cargadores 5.56 (5 por fusil)<br>Pieza Número 064094704594 | |
| 9 | Equipo de Limpieza<br>Pieza Número 064094704357 | |
| 10 | Bayoneta y Estuche<br><br>Bayoneta<br>Pieza Número 064094704358<br><br>Estuche<br>Pieza Número 064094704359 | |

**5.1.2  Fase de ensamblaje 2**: Esta fase implica el ensamblaje de fusiles UPR y/o UCR utilizando sus 94 (Noventa y Cuatro) componentes individuales mostrados en los siguientes planos esquematizados. Los operarios técnicos serán eficientes y experimentados tras haber ensamblado 1000 (Mil) fusiles de la fase 1. En esta fase, ellos ensamblarán los sub conjuntos importantes desde sus partes individuales, una vez construidos, el ensamblaje final será similar a lo que aprendieron en la fase 1 del periodo de ensamblaje.

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

11



Esta Fase iniciará con el fusil número 1001 y durará hasta el fusil número 8000, desde el cual se iniciará la fase de co-fabricación.

El **DIBUJO ESQUEMATICO 1** muestra todos los componentes individuales que conforman el Ensamblaje Inferior Mayor (EIM) del fusil UCR 7.62x51 mm OTAN mientras que el **DIBUJO ESQUEMATICO 2** muestra todos los componentes que conforman el Ensamblaje Superior Mayor (ESM) del fusil UCR 7.62x51 mm OTAN. El **CUADRO 6** muestra una lista de todos los componentes individuales del fusil UCR 7.62x51 mm OTAN según su respectivo número en los **DIBUJOS ESQUEMATICOS 1 y 2**, así como también su número de pieza UWS.

### DIBUJO ESQUEMATICO 1
*Componentes individuales del Ensamblaje Inferior Mayor (EIM) para el fusil UCR  calibre 7.62x51 mm OTAN*



Fusil UCR 7.62 x 51 mm NATO
Ensamblaje Inferior Mayor (EIM)

---

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

12



**DIBUJO ESQUEMATICO 2**

*Componentes individuales del Ensamblaje Superior Mayor (ESM) para el fusil calibre UCR 7.62x51 mm OTAN*



Fusil UCR 7.62 x 51 mm NATO
Ensamblaje Superior Mayor (ESM)

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

13



## CUADRO 6
*Componentes individuales del fusil UCR calibre 7.62x51 mm OTAN*

| # PIEZA DEL DISEÑO: | # PIEZA UWS: | NOMBRE DEL COMPONENTE |
|---|---|---|
| 1 | 064094704370 | 7.62 RECEPTOR INFERIOR |
| 2 | 064094704371 | 7.62 ENSAMBLAJE AMBIDIESTRO DEL RETEN DEL CARGADOR |
| 3 | 064094704372 | 5.56 y 7.62 ARRANQUE DEL RETÉN DEL CERROJO |
| 4 | 064094704373 | 5.56 y 7.62 RESORTE DEL RETÉN DEL CERROJO |
| 5 | 064094704374 | 7.62 ENSAMBLAJE AMBIDIESTRO DEL RETÉN DEL CERROJO |
| 6 | 064094704375 | 5.56 y 7.62 SELECTOR DE SEGURO AUTOMATICO |
| 7 | 064094704376 | 5.56 y 7.62 RESORTE DE MARTILLO |
| 8 | 064094704377 | 5.56 y 7.62 RESORTE DE FIADOR AUTOMATICO |
| 9 | 064094704378 | 5.56 y 7.62 FIADOR AUTOMATICO |
| 10 | 064094704379 | 5.56 y 7.62 MARTILLO AUTOMATICO |
| 11 | 064094704380 | 5.56 y 7.62 RETENEDOR DE AMORTIGUADOR |
| 12 | 064094704381 | 5.56 y 7.62 RESORTE DEL RETEN DEL AMORTIGUADOR |
| 13 | 064094704382 | 5.56 y 7.62 AGUJA ROTATIVA DEL RETEN DEL CERROJO |
| 14 | 064094704383 | 5.56 y 7.62 RESORTE DE RETÉN DE PIVOT DESMONTABLE |
| 15 | 064094704384 | 5.56 y 7.62 RETÉN DEL PERNO DE PIVOT |
| 16 | 064094704385 | 5.56 y 7.62 PERNO DESMONTABLE |
| 17 | 064094704386 | 5.56 y 7.62 PLACA DE SUJECIÓN DEL TUBO DEL AMORTIGUADOR CON DESCONECTOR RAPIDO |
| 18 | 064094704387 | 5.56 Y 7.62 TUERCA ENTALLADA |
| 19 | 064094704388 | 5.56 Y 7.62 AMORTIGUADOR H2 |
| 20 | 064094704389 | 7.62 RESORTE DEL AMORTIGUADOR AUTOMATICO |

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

14



| 21 | 064094704390 | 7.62 TUBO DE AMORTIGUADOR |
|----|--------------|----------------------------|
| 22 | 064094704391 | 5.56 Y 7.62 CULATA SOPMOD |
| 23 | 064094704392 | 5.56 Y 7.62 TORNILLO DE EMPUÑADURA |
| 24 | 064094704393 | 5.56 Y 7.62 ARANDELA DEL TORNILLO DE EMPUÑADURA |
| 25 | 064094704394 | 5.56 Y 7.62 EMPUÑADURA - NEGRA |
| 26 | 064094704395 | 5.56 Y 7.62 PERNO DE FIADOR AUTOMATICO |
| 27 | 064094704396 | 5.56 Y 7.62 PERNO DE MARTILLO/GATILLO |
| 28 | 064094704397 | 5.56 Y 7.62 BOTON DEL PESTILLO DEL CARGADOR |
| 29 | 064094704398 | 5.56 Y 7.62 RESORTE DEL PESTILLO DEL CARGADOR |
| 30 | 064094704399 | 5.56 Y 7.62 DESCONECTOR AUTOMATICO |
| 31 | 064094704400 | 5.56 Y 7.62 RESORTE DEL DESCONECTOR AUTOMATICO |
| 32 | 064094704401 | 5.56 Y 7.62 RETEN SELECTOR |
| 33 | 064094704402 | 5.56 Y 7.62 RESORTE DEL RETEN DEL SELECTOR DE SEGURO |
| 34 | 064094704403 | 5.56 Y 7.62 GATILLO |
| 35 | 064094704404 | 5.56 Y 7.62 RESORTE DEL GATILLO |
| 36 | 064094704405 | 7.62 AGUJA DE PIVOT |
| 39 | 064094704408 | 7.62 PORTADOR DE CERROJO CORTADO DSAS |
| 40 | 064094704409 | 5.56 Y 7.62 DISPOSITIVO DSAS |
| 41 | 064094704410 | 7.62 AGUJA PERCUTORA |
| 42 | 064094704411 | 7.62 AGUJA DE CERROJO EXTRACTOR |
| 43 | 064094704412 | 7.62 RESORTE DE CERROJO EXTRACTOR |
| 44 | 064094704413 | 7.62 AGUJA EYECTORA DEL CERROJO |
| 45 | 064094704414 | 7.62 CERROJO EXTRACTOR |
| 46 | 064094704415 | 7.62 EYECTOR DE CERROJO |
| 47 | 064094704416 | 7.62 RECEPTOR SUPERIOR |
| 48 | 064094704417 | 5.56 Y 7.62 ENSAMBLAJE DE ASISTENCIA FRONTAL CON GARFIO |

Christian J. Quintanilla
President
Unified Weapon Systems Inc

6019 West Chelsea St.Tampa, FL 33634 • Tel + 1 (407) 797-4
international@unifiedweapons.com • www.unifiedweapons.com

Sandro Monteblanco Marquez 15
Representante Autorizado
Unifed Weapon Systems Inc



| 49 | 064094704418 | 5.56 Y 7.62 RESORTE DE ASISTENCIA FRONTAL |
| 50 | 064094704419 | 5.56 Y 7.62 AGUJA DEL RESORTE DE ASISTENCIA FRONTAL |
| 51 | 064094704420 | 7.62 AGUJA DE INSERTO DE RAMPA DE ALIMENTACION |
| 52 | 064094704421 | 7.62 AGUJA DE LA CUBIERTA DEL PUERTO DE EYECCION |
| 53 | 064094704422 | 7.62 CUBIERTA DEL PUERTO DE EYECCION |
| 54 | 064094704423 | 7.62 INSERTO DE RAMPA DE ALIMENTACION |
| 55 | 064094704424 | 5.56 Y 7.62 RESORTE DE CUBIERTA DEL PUERTO DE EYECCION |
| 56 | 064094704425 | 5.56 Y 7.62 CLIP DEL PERNO DE LA CUBIERTA DEL PUERTO DE EYECCION |
| 57 | 064094704426 | 7.62 EXTENSIÓN DEL CAÑÓN |
| 58 | 064094704427 | 7.62 TUERCA DE CAÑÓN |
| 59 | 064094704428 | 7.62 DISPERSOR DE CALOR DEL RIEL MODUL-R |
| 60 | 064094704429 | 5.56 Y 7.62 TORNILLOS DEL RIEL MODUL-R |
| 61 | 064094704430 | 5.56 Y 7.62 GUARDAMANOS / RIEL MODUL-R |
| 62 | 064094704431 | 5.56 Y 7.62 RIELES LATERALES MODUL-R CON DESCONECTORES RAPIDOS |
| 63 | 064094704432 | 5.56 Y 7.62 TORNILLOS DE RIEL LATERAL MODUL-R |
| 64 | 064094704433 | 7.62 CAÑON 16-7.62X51-CR OTAN |
| 65 | 064094704434 | 7.62 ARANDELA DE PRESION |
| 66 | 064094704435 | 7.62 DISPOSITIVO DE BOCA DE CAÑON DE RÁPIDO MONTAJE |
| 67 | 064094704436 | 5.56 Y 7.62 AGUJA DEL BOTON DEL RETÉN DEL TAPON DE GAS |
| 68 | 064094704437 | 5.56 Y 7.62 TAPON DE GAS - GP3 - MELONITE |
| 69 | 064094704438 | 5.56 Y 7.62 BOTON DEL RETÉN DEL TAPON DE GAS - MELONITE |
| 70 | 064094704439 | 5.56 Y 7.62 RESORTE DE BOTON DEL RETÉN DEL TAPON DE GAS |
| 71 | 064094704440 | 5.56 AND 7.62 BLOQUE DE GAS VERSION 4 |

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unifed Weapon Systems Inc

16



| 72 | 064094704441 | 5.56 AND 7.62 MIRA FRONTAL DE RÁPIDO GIRO |
|---|---|---|
| 73 | 064094704442 | 5.56 AND 7.62 AGUJA DEL BLOQUE DE GAS |
| 74 | 064094704443 | 7.62 VARILLA DE PISTON (MEDIANA) |
| 75 | 064094704444 | 5.56 Y 7.62 RESORTE DE VARILLA DE PISTON |
| 76 | 064094704445 | 7.62 COJINETE DE VARILLA DE PISTON |
| 77 | 064094704446 | 7.62 PERNO DE LA CLAVIJA DE EXTENSIÓN DEL CAÑÓN |
| 78 | 064094704447 | 7.62 MIRA OPTICA DE COMBATO DE TITANIO 4X32 |
| 79 | 064094704448 | 5.56 Y 7.62 MIRA POSTERIOR DE RÁPIDO GIRO |
| 80 | 064094704449 | 7.62 PALANCA DE ARMADO |
| 81 | 064094704450 | 5.56 Y 7.62 RESORTE DE LA PALANCA DE ARMADO |
| 82 | 064094704451 | 5.56 Y 7.62 AGUJA DE LA PALANCA DE ARMADO |
| 83 | 064094704452 | 5.56 Y 7.62 PESTILLO DE LA PALANCA DE ARMADO |
| 84 | 064094704453 | 7.62 RESORTE DEL CERROJO EYECTOR |
| 85 | 064094704454 | 7.62 AGUJA DE LEVA |
| 86 | 064094704455 | 7.62 CERROJO |
| 87 | 064094704456 | 7.62 RESORTE DE CERROJO |
| 88 | 064094704457 | 5.56 Y 7.62 AGUJA DEL RETEN DEL PERCUTOR |
| 91 | 064094704460 | 5.56 Y 7.62 BARRA TRASERA DEL RIEL LATERAL MODUL-R |
| 92 | 064094704461 | 5.56 AND 7.62 COJINETE DEL FIADOR AUTOMÁTICO |
| 93 | 064094704462 | 5.56 Y 7.62 PLACA DEL DISPOSITIVO REDUCTOR DE CADENCIA DSAS |
| 94 | 064094704463 | 5.56 Y 7.62 TORNILLOS DE LA PLACA DEL DISPOSITIVO DSAS |

**EL DIBUO ESQUEMATICO 3** muestra todos los componentes individuales que comprenden el Ensamblaje Inferior Mayor (EIM) del fusil UPR 5.56x45 mm OTAN mientras que la **EL DIBUJO ESQUEMATICO 4** muestra todos los componentes individuales que comprenden el Ensamblaje Superior MAYOR (ESM) del fusil UPR

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez        17
Representante Autorizado
Unified Weapon Systems Inc



5.56x45 mm OTAN. El **CUADRO 7** muestra una lista de todos los componentes individuales del fusil UCR 5.56x45 mm OTAN según su respectivo número en los **DIBUJOS ESQUEMATICOS 3 y 4**, así como también su número de pieza UWS.

**DIBUJO ESQUEMATICO 3**

*Componentes individuales del Ensamblaje Inferior Mayor (EIM) del fusil UPR 5.56x45 mm OTAN*



**Fusil UPR 5.56 x 45 mm NATO
Ensamblaje Inferior Mayor (EIM)**

Christian J. Quintanilla
President
Unified Weapon Systems Inc

6019 West Chelsea St. Tampa, FL 33634 • Tel +1 (407)
international@unifiedoweapons.com • www.unifiedweapons.com

Sandro Monteblanco Marquez
Representante Autorizado
Unifed Weapon Systems Inc

18



**DIBUJO ESQUEMATICO 4**

*Componentes individuales del Ensamblaje Superior Mayor (ESM) del fusil UPR 5.56x45 mm OTAN*



**Fusil UPR 5.56 x 45 mm NATO
Ensamblaje Superior Mayor (ESM)**

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

19



**Cuadro 7**
*Lista de componentes individuales del fusil UPR 5.56x45 mm OTAN*

| PIEZA DEL DISEÑO #: | PIEZA UWS #: | NOMBRE DEL COMPONENTE |
|---|---|---|
| 1 | 064094704500 | 5.56 RECEPTOR INFERIOR |
| 2 | 064094704501 | 5.56 ENSAMBLAJE AMBIDIESTRO DEL RETEN DEL CARGADOR |
| 3 | 064094704372 | 5.56 y 7.62 ARRANQUE DEL RETEN DEL CARGADOR |
| 4 | 064094704373 | 5.56 Y 7.62 RESORTE DEL RETEN DEL CERROJO |
| 5 | 064094704504 | 5.56 ENSAMBLAJE AMBIDIESTRO DEL RETÉN DEL CERROJO |
| 6 | 064094704375 | 5.56 AND 7.62 SELECTOR DE SEGURO AUTOMATICO |
| 7 | 064094704376 | 5.56 AND 7.62 RESORTE DE MARTILLO |
| 8 | 064094704377 | 5.56 Y 7.62 RESORTE DE FIADOR AUTOMATICO |
| 9 | 064094704378 | 5.56 Y 7.62 FIADOR AUTOMATICO |
| 10 | 064094704379 | 5.56 Y 7.62 MARTILLO AUTOMATICO |
| 11 | 064094704380 | 5.56 Y 7.62 RETENEDOR DE AMORTIGUADOR |
| 12 | 064094704381 | 5.56 Y 7.62 RESORTE DEL  RETEN DEL AMORTIGUADOR |
| 13 | 064094704382 | 5.56 Y 7.62 AGUJA ROTATIVA DEL RETEN DEL CERROJO |
| 14 | 064094704383 | 5.56 Y 7.62 RESORTE DE RETÉN DE PIVOT DESMONTABLE |
| 15 | 064094704384 | 5.56 Y 7.62 PERNO DE RETENCIÓN DESMONTABLE/DE PIVOTEO |
| 16 | 064094704385 | 5.56 Y 7.62 AGUJA DE DESMONTAJE |
| 17 | 064094704386 | 5.56 Y 7.62 PLACA DE SUJECIÓN DEL TUBO DEL AMORTIGUADOR CON DESCONNECTOR RAPIDO |

Christian J. Quintanilla
President
Unified Weapon Systems Inc

6019 West Chelsea St. Tampa, FL 33634 • Tel +1 ?
international@unifiedweapons.com • www.un ?

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

20



| 18 | 064094704387 | 5.56 Y 7.62 TUERCA ENTALLADA |
|----|--------------|------------------------------|
| 19 | 064094704388 | 5.56 Y 7.62 AMORTIGUADOR H2 |
| 20 | 064094704519 | 5.56 RESORTE DEL AMORTIGUADOR |
| 21 | 064094704520 | 5.56 TUBO DE AMORTIGUADOR |
| 22 | 064094704391 | 5.56 Y 7.62 CULATA SOPMOD |
| 23 | 064094704392 | 5.56 Y 7.62 TORNILLO DE EMPUÑADURA |
| 24 | 064094704393 | 5.56 Y 7.62 ARANDELA DEL TORNILLO DE EMPUÑADURA |
| 25 | 064094704394 | 5.56 Y 7.62  EMPUÑADURA - NEGRA |
| 26 | 064094704395 | 5.56 Y 7.62 PERNO DE FIADOR AUTOMATICO |
| 27 | 064094704396 | 5.56 Y 7.62 PERNO DE MARTILLO/GATILLO |
| 28 | 064094704397 | 5.56 Y 7.62 BOTON DEL PESTILLO DEL CARGADOR |
| 29 | 064094704398 | 5.56 Y 7.62 RESORTE DEL PESTILLO DEL CARGADOR |
| 30 | 064094704399 | 5.56 Y 7.62 DESCONECTOR AUTOMATICO |
| 31 | 064094704400 | 5.56 Y 7.62 RESORTE DEL  DESCONECTOR AUTOMATICO |
| 32 | 064094704401 | 5.56 Y 7.62 RETEN SELECTOR |
| 33 | 064094704402 | 5.56 Y 7.62 RESORTE DEL RETEN DEL SELECTOR DE SEGURO |
| 34 | 064094704403 | 5.56 Y 7.62 GATILLO |
| 35 | 064094704404 | 5.56 Y 7.62 RESORTE DEL GATILLO |
| 36 | 064094704535 | 5.56 AGUJA DE PIVOT |
| 37 | 064094704536 | 5.56 ARCO DE GUARDAMONTE |
| 38 | 064094704537 | 5.56 PERNO DE ARCO DE GUARDAMONTE |
| 39 | 064094704538 | 5.56 PORTADOR DE CERROJO CORTADO DSAS |
| 40 | 064094704409 | 5.56 Y 7.62 DISPISITIVO DSAS |
| 41 | 064094704540 | 5.56 AGUJA PERCUTORA |
| 42 | 064094704541 | 5.56 AGUJA DE CERROJO EXTRACTOR |
| 43 | 064094704542 | 5.56 RESORTE DE CERROJO EXTRACTOR |

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

21



| 44 | 064094704543 | 5.56 AGUJA EYECTORA DEL CERROJO |
|----|--------------|-------------------------------|
| 45 | 064094704544 | 5.56 CERROJO EXTRACTOR |
| 46 | 064094704545 | 5.56 EYECTOR DE CERROJO |
| 47 | 064094704546 | 5.56 RECEPTOR SUPERIOR |
| 48 | 064094704417 | 5.56 Y 7.62 ENSAMBLAJE DE ASISTENCIA FRONTAL CON GARFIO |
| 49 | 064094704418 | 5.56 Y 7.62 RESORTE DE ASISTENCIA FRONTAL |
| 50 | 064094704419 | 5.56 Y 7.62 AGUJA DEL RESORTE DE ASISTENCIA FRONTAL |
| 52 | 064094704551 | 5.56 AGUJA DE LA CUBIERTA DEL PUERTO DE EYECCIÓN |
| 53 | 064094704552 | 5.56 CUBIERTA DEL PUERTO DE EYECCIÓN |
| 55 | 064094704424 | 5.56 Y 7.62 RESORTE DE CUBIERTA DEL PUERTO DE EYECCIÓN |
| 56 | 064094704425 | 5.56 Y 7.62 CLIP DE LA AGUJA DE LA CUBIERTA DEL PUERTO DE EYECCIÓN |
| 57 | 064094704556 | 5.56 EXTENSIÓN DEL CAÑÓN |
| 58 | 064094704557 | 5.56 TUERCA DE CAÑÓN |
| 59 | 064094704558 | 5.56 DISPERSOR DE CALOR DEL RIEL MODUL-R |
| 60 | 064094704429 | 5.56 Y 7.62 TORNILLOS DEL RIEL MODUL-R |
| 61 | 064094704430 | 5.56 Y 7.62 GUARDAMANOS / RIEL MODUL-R |
| 62 | 064094704431 | 5.56 Y 7.62 RIELES LATERALES MODUL-R CON DESCONECTORES RAPIDOS |
| 63 | 064094704432 | 5.56 Y 7.62 TORNILLOS DE RIEL LATERAL MODUL-R |
| 64 | 064094704563 | 5.56 CAÑÓN 14.5--5.56X45-CR OTAN |
| 65 | 064094704564 | 5.56 ARANDELA DE PRESIÓN |
| 66 | 064094704565 | 5.56 DISPOSITIVO DE BOCA DE CAÑÓN DE RÁPIDO MONTAJE |
| 67 | 064094704436 | 5.56 Y 7.62 AGUJA DEL BOTON DEL RETÉN DEL TAPON DE GAS |
| 68 | 064094704437 | 5.56 Y 7.62 TAPON DE GAS - GP3 / MELONITA |

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unifed Weapon Systems Inc

22



| 69 | 064094704438 | 5.56 Y 7.62  BOTON DEL RETÉN DEL TAPON DE GAS - MELONITA |
|---|---|---|
| 70 | 064094704439 | 5.56 Y 7.62 RESORTE DE  BOTON DEL RETÉN DEL TAPON DE GAS |
| 71 | 064094704440 | 5.56 Y 7.62 BLOQUE DE GAS VERSION 4 |
| 72 | 064094704441 | 5.56 Y 7.62 MIRA FRONTAL DE RÁPIDO GIRO |
| 73 | 064094704442 | 5.56 Y 7.62 AGUJA DEL BLOQUE DE GAS |
| 74 | 064094704573 | 5.56 VARILLA DE PISTON (MEDIANA) |
| 75 | 064094704444 | 5.56 Y 7.62 RESORTE DE LA VARILLA DEL PISTON |
| 76 | 064094704575 | 5.56 COJINETE DE VARILLA DE PISTON |
| 77 | 064094704576 | 5.56 PERNO DE LA CLAVIJA DE EXTENSIÓN DEL CAÑÓN |
| 78 | 064094704577 | 5.56 MIRA OPTICA DE COMBATE DE TITANIO 4X32 |
| 79 | 064094704448 | 5.56 Y 7.62 MIRA POSTERIOR DE RÁPIDO GIRO |
| 80 | 064094704579 | 5.56 PALANCA DE ARMADO |
| 81 | 064094704450 | 5.56 Y 7.62 RESORTE DE  LA PALANCA DE ARMADO |
| 82 | 064094704451 | 5.56 Y 7.62 AGUJA DE LA PALANCA DE ARMADO |
| 83 | 064094704451 | 5.56 Y 7.62 PESTILLO DE LA PALANCA DE ARMADO |
| 84 | 064094704583 | 5.56 RESORTE DEL CERROJO EYECTOR |
| 85 | 064094704584 | 5.56 AGUJA DE LEVA |
| 86 | 064094704585 | 5.56 CERROJO |
| 87 | 064094704586 | 5.56 RESORTE DEL CERROJO |
| 88 | 064094704457 | 5.56 Y 7.62 AGUJA DEL RETEN DEL PERCUTOR |
| 89 | 064094704588 | 5.56 ANILLO-O DEL EXTRACTOR DEL CERROJO |
| 90 | 064094704589 | 5.56 AMORTIGUADOR DEL EXTRACTOR DEL CERROJO. |
| 91 | 064094704460 | 5.56 Y 7.62 BARRA TRASERA DEL RIEL |

Christian J. Quintanilla
President
Unified Weapon Systems Inc

6019 West Chelsea St, Tampa, FL 33634 • Tel: +1 (407) 900-0000
international@unifiedweapons.com • www.unified...

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

23



| | | LATERAL MODUL-R |
|---|---|---|
| 92 | 064094704461 | 5.56 Y 7.62 COJINETE DEL FIADOR AUTOMÁTICO |
| 93 | 064094704462 | 5.56 Y 7.62 PLACA DEL DISPOSITIVO REDUCTOR DE CADENCIA DSAS |
| 94 | 064094704593 | 5.56 Y 7.62 TORNILLO DE LA PLACE DEL DISPOSITIVO DSAS |

**5.2 Fase de Cofabricación**: Después de que el Fusil número 8000 haya sido ensamblado, empezaremos con la fase de fabricación.  La configuración de los equipos y maquinaria estará lista en instalada en FAME SAC al menos 2 semanas antes de finalizar la fase de ensamblaje. Durante la fase de fabricación, varios componentes importantes serán fabricados.

Los receptores inferiores, receptores superiores, los cañones, los amortiguadores H2, los rieles picatinny laterales y sus barras de anclaje, el dispositivo de boca de cañón, el dispositivo reductor de cadencia DSAS, la palanca de armado y  la carcasa para la Mira Óptica de Combate Browe serán fabricados en las instalaciones de FAME SAC para los fusiles UPR calibre 5.56x45mm OTAN y el UCR calibre 7.62x51 mm OTAN.

Los Receptores Inferiores, Receptores Superiores y los Cañones son los tres componentes más importantes de los fusiles, comúnmente conocidos como el "corazón" de los fusiles.  En este punto, FAME SAC tendrá la capacidad de fabricar y ensamblar un fusil que es por todos los medios es considerado un arma **hecha en el Perú**.

Se podrán fabricar más piezas en el Perú si UWS y FAME acuerdan que está dentro de sus intereses, y posiblemente reducir el costo de fabricación. Tal acuerdo será agregado al contrato como un anexo o una extensión de contrato en cualquier momento, durante la fase de co-fabricación.

El **CUADRO 8** muestra los componentes para el fusil UCR 7.62x51mm OTAN que será fabricado en el Perú, en las instalaciones de FAME SAC, durante la fase de co-fabricación. Este muestra sus respectivos números en el dibujo esquematico, su numero de pieza UWS y su descripción.

El **CUADRO 9** muestra los componentes para el fusil UPR 5.56x45mm OTAN que será fabricado en el Perú, en las instalaciones de FAME SAC, durante la fase de cofabricación. Este muestra sus respectivos números en el dibujo esquemático, su número de pieza UWS y su Descripción.

En el caso de la Mira Óptica de Combate, la carcasa de titanio es la misma para el fusil UCR tanto como para el fusil UPR, pero los componentes electrónicos internos y los lentes son diferentes. Por esta razón, hemos asignado al conjunto óptico diferentes números de piezas, pero la carcasa tendrá el número de pieza UWS-064094704465, el cual será igual en ambos fusiles. Esta carcasa será fabricada en el Perú utilizando las máquinas CNC.

Christian J. Quintanilla
President
Unified Weapon Systems Inc

6054 West Chelsea St. Tampa, FL 33634 • Tel • (400) 787-1
international@unifiedweapons.com • www.unifiedweapons.com

Sandro Monteblanco Marquez  24
Representante Autorizado
Unified Weapon Systems Inc



### CUADRO 8
*Componentes del Fusil UCR 7.62x51 mm OTAN que serán fabricados en el Perú*
*en las instalaciones de FAME SAC durante la fase de co-fabricación*

| NUM.PART ESQUEMATICO | UWS PART #: | DESCRIPCION DEL COMPONENTE |
|---|---|---|
| 1 | 064094704370 | 7.62 RECEPTOR INFERIOR |
| 19 | 064094704388 | 5.56 Y 7.62 AMORTIGUADOR H2 |
| 40 | 064094704409 | 5.56 Y 7.62 DISPOSITIVO DSAS |
| 47 | 064094704416 | 7.62 RECEPTOR SUPERIOR |
| 62 | 064094704431 | 5.56 Y 7.62 RIELES LATERALES MODUL-R CON DESCONECTORES RAPIDOS |
| 64 | 064094704433 | 7.62 CAÑON 16-7.62X51-CR OTAN |
| 66 | 064094704435 | 7.62 DISPOSITIVO DE BOCA DE CAÑON DE RÁPIDO MONTAJE |
| 78 | 064094704447 | 7.62 MIRA OPTICA DE COMBATE DE TITANIO 4X32 |
| 80 | 064094704449 | 7.62 PALANCA DE ARMADO |
| 91 | 064094704460 | 5.56 Y 7.62 BARRA TRASERA DEL RIEL LATERAL MODUL-R |
| 93 | 064094704462 | 5.56 Y 7.62 PLACA DEL DISPOSITIVO REDUCTOR DE CADENCIA DSAS |

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

25



**CUADRO 9**
*Componentes del Fusil UPR 5.56x45 mm OTAN que serán fabricados en el Perú*
*en las instalaciones de FAME SAC durante la fase de cofabricación*

| NUM.PART ESQUEMATICO | UWS PART #: | DESCRIPCION DEL COMPONENTE |
|---|---|---|
| 1 | 064094704500 | 5.56 RECEPTOR INFERIOR |
| 19 | 064094704388 | 5.56 Y 7.62 AMORTIGUADOR H2 |
| 40 | 064094704409 | 5.56 Y 7.62 DISPISITIVO DSAS |
| 47 | 064094704546 | 5.56 RECEPTOR SUPERIOR |
| 62 | 064094704431 | 5.56 Y 7.62 RIELES LATERALES MODUL-R CON DESCONECTORES RAPIDOS |
| 64 | 064094704563 | 5.56 CAÑON 14.5--5.56X45-CR OTAN |
| 66 | 064094704565 | 5.56 DISPOSITIVO DE BOCA DE CAÑON DE RÁPIDO MONTAJE |
| 78 | 064094704577 | 5.56 MIRA OPTICA DE COMBATE DE TITANIO 4X32 |
| 80 | 064094704579 | 5.56 PALANCA DE ARMADO |
| 91 | 064094704460 | 5.56 Y 7.62 BARRA TRASERA DEL RIEL LATERAL MODUL-R |
| 93 | 064094704462 | 5.56 Y 7.62 PLACA DEL DISPOSITIVO REDUCTOR DE CADENCIA DSAS |

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez   26
Representante Autorizado
Unified Weapon Systems Inc



Este documento ha sido preparado por Unified Weapons Systems Inc. (UWS)

Lima el 11 de Diciembre de 2015

Christian J. Quintanilla Aurich
Presidente / CEO
6019 Chelsea Street, Tampa, FL 33634
Tel +1 (407) 797-9169 USA
christian.quintanilla@unifiedweapons.com
www.unifiedweapons.com

--------------------------------
Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unifed Weapon Systems Inc

27



## Parte 6: Personal Requerido para las operaciones

**6.1 Personal de FAME SAC requerido para el ensamblaje de fusiles (personal a ser capacitado por UWS)**

El **CUADRO 10** muestra a todo el personal requerido para el fusil UCR 7.62x51mm OTAN y para el fusil UPR 5.56x45 mm OTAN. Ya que los fusiles UCR y UPR tienen un diseño y función similar y comparten la mayoría de sus piezas, el mismo personal tomará parte en las operaciones de ensamblaje de ambos fusiles y serán capacitados por UWS en su respectiva especialización. El personal será entrenado en USA antes del comienzo de las operaciones de ensamblaje.

| | | Cuadro 10. Personal Requerido para el ensamblaje de fusiles | | |
|---|---|---|---|---|
| | Puesto | Descripción del Trabajo | Certificaciones y Capacitación | Cantidad de Personal |
| 1 | Supervisor de Operaciones | Responsable general de la producción de sistemas de armas desde la recepción de piezas hasta la disposición final de sistemas de armas completas. | Oficial Militar, Retirado o en Servicio | 1 |
| 2 | Armero Experto | Experto en todos los aspectos de ensamblaje, mantenimiento, funcionamiento de armas y solución de problemas. | Armero Experto Certificado de UWS | 1 |
| 3 | Armero Asistente | Asistir al Armero Experto en la solución de problemas, e inspección de ensamblaje durante el proceso de ensamblaje. | Armero Certificado de UWS | 1 |
| 4 | Especialista de Almacén | Dar mantenimiento a piezas e inventarios de sistemas de armas completas, recuperar y preparar piezas para el ensamblaje. | Especialista de Almacén de UWS Nivel 1 & 2 | 1 |
| 5 | Especialista de Ensamblaje | Ensamblar fusiles de combate mediante el uso de piezas previamente inspeccionadas. | Especialista de Ensamblaje Nivel 1 & 2 | 4 |
| 6 | Operador de Armas | Probar armas de fuego para asegurar su correcto funcionamiento, en operación automática total o parcial, óptica de punto de mira | Armero Certificado de UWS Operador UWS Nivel 1 & 2 | 1 |
| 7 | Apoyo de Alcance | Desarmar, limpiar, reensamblar y probar el funcionamiento del sistema de armas. Asistir al Operador de Armas con | Operador UWS Nivel 1 | 1 |

Christian J. Quintanilla
President
Unified Weapon Systems Inc

6019 West Chelsea St. Tampa, FL 33634 • Tel +1 HQ ...
international@unifiedweapons.com • www.unifiedweapons.com

Sandro Monteblanco Marquez
Representante Autorizado
Unifed Weapon Systems Inc



| | | operaciones de alcance tales como recargar cargadores, objetivos, y control de inventario. | | |
|---|---|---|---|---|
| 8 | Especialista de Control de Calidad | Inspeccionar el ensamblaje de fusiles mientras son terminados, antes de proceder al segundo paso.  Inspeccionar todos los sistemas de armas completos después de su limpieza y antes de su envío para ser conservados. | Especialista de Control de Calidad de UWS Nivel 1 -3 | 1 |
| 9 | Especialista de Conservación | Preparar sistemas de armas para el envío inmediato o almacenamiento prolongado, según se necesite. | Especialista de Almacén de UWS Nivel 1 | 1 |
| | | | Personal Total | 12 |

**6.2 Personal de FAME SAC Requerido para la co-fabricación de Fusiles (Personal a ser capacitado por UWS)**

El **CUADRO 11** muestra al personal requerido para la co-fabricación del fusil UCR 7.62x51mm OTAN y para el fusil UPR 5.56x45 mm OTAN. Ya que los fusiles UCR y UPR tienen un diseño y función similar y comparten la mayoría de sus piezas, el mismo personal tomará parte en las operaciones de manufactura de los componentes de ambos fusiles a fabricarse en las instalaciones de FAME SAC y serán capacitados por UWS en su respectiva especialización. El personal será entrenado en USA antes del comienzo de las operaciones de manufactura.

EN esta etapa solo se necesitara a 4 personas más, las cuales se harán cargo de la manufactura de los componentes, para luego ensamblar los fusiles utilizando el personal ya entrenado en la etapa de ensamblaje.

| Cuadro 11. Personal Requerido para el ensamblaje de fusiles | | | |
|---|---|---|---|
| Puesto | Descripción del Trabajo | Certificaciones y Capacitación | Cantidad de Personal |
| 1 Especialista de Manufactura | Manufacturar componentes mayores y menores de los fusiles UPR y UCR. | Especialista de Manufactura CNC | 4 |
| | | Personal Total | 4 |

Christian J. Quintanilla
President
Unified Weapon Systems Inc

6019 West Chelsea St Tampa, FL 33634 • Tel +1 442
international.unifiedweapons.com • www.un...

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

29



**DECLARACION JURADA**

Declaro bajo juramento que la Oferta Económica-Financiera de nuestra empresa, Unified Weapon Systems (UWS), domiciliada en 6019 West Chelsea Street, Tampa, FL 33634, USA, supone la inversion total necesaria para implementar una línea de ensamblaje y futura fabricación de fusiles calibres 5.56x45mm OTAN y 7.62x51mm OTAN en FAME SAC, durante toda la vigencia del contrato.

Lima, 11 de Diciembre del 2015

Christian J. Quintanilla Ausich
Presidente / CEO
Unified Weapon Systems INC
6019 Chelsea Street, Tampa, FL 33634
Tel +1 (407) 797-9169 USA
christian.quintanilla@unifiedweapons.com
www.unifiedweapons.com

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

30

6019 West Chelsea St. Tampa, FL 33634 • Tel +1 (407) 797-9169 USA
international@unifiedweapons.com • www.unifiedweapons.com



**DECLARACION JURADA**

Declaro bajo juramento que Unified Weapon Systems (UWS), domiciliada en 6019 West Chelsea Street, Tampa, FL 33634, USA, otorgará a FAME SAC licencias de comercialización de los fusiles UPR calibre 5.56x45mm NATO y UCR calibre 7.62x51mm OTAN a ensamblarse y fabricarse conjuntamente para las futuras ventas que realice dentro de la República del Perú y el extranjero, durante toda la vigencia del contrato.

Lima 11 de Diciembre del 2015

Christian J. Quintanilla Aurich
Presidente / CEO
Unified Weapons Systems INC
6019 Chelsea Street, Tampa, FL 33634
Tel +1 (407) 797-9169 USA
christian.quintanilla@unifiedweapons.com
www.unifiedweapons.com

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

31



# UNIFIED WEAPON SYSTEMS INC.

## CONFIDENCIAL

# Oferta Económica y Financiera

Concurso de Asociación para el ensamblaje y co -
fabricación de los fusiles UCR calibre 7.62x51mm
OTAN y fusiles UPR calibre 5.56x45 mm OTAN

FAME - PERU

CONCURSO PRIVADO INTERNACIONAL

002-2015

FIN DEL DOCUMENTO

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

32

8019 West Chelsea St. Tampa, FL 33634 • Tel +1 (40...)
international@unifiedweapons.com • www.unifiedweapons.com