# ANEXO N° 03


# OFERTA

# TECNICA

# Y

# DE

# CALIDAD

# UNIFIED WEAPON SYSTEMS INC.

## CONFIDENCIAL

# Oferta Técnica y de Calidad

Concurso de Asociación para el ensamblaje y co -
fabricación de los fusiles UCR calibre 7.62x51mm
OTAN y fusiles UPR calibre 5.56x45 mm OTAN

### FAME - PERU

### CONCURSO PRIVADO INTERNACIONAL

### 002-2015

El uso o la divulgación de la información contenida en esta propuesta está restringida a la agencia receptora y puede contener
información que esta sujetas a los requerimientos de licencias y restricciones de las leyes de control de exportación de los Estados
Unidos, incluyendo pero no limitada por el Reglamento de Tráfico Internacional de Armas, Título 22 del Código de Reglamentos
Federales, Partes 120 – 130 (RTIA), implementado por el Departamento de Estado de los Estados Unidos. Cualquier exportación, re –
exportación, re – transferencia o divulgación, incluyendo personas foráneas como está definido en el Código de Reglamentos Federales
120.16, esta por lo tanto prohibido.

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc



## Índice

**Parte 1: Descripción de la Compañía Cuadro**
1.1  Quienes Somos.................................................................................................3
1.2  Sistemas Unificados de Armas (SUA) Certificaciones, Licencias y Licencias del Personal...................3
1.3  Junta de Directiva, Equipo de Funcionarios y Asesores........................................4
1.4  Nuestras Tecnologías........................................................................................4

**Parte 2: Oferta**..................................................................................................4
2.1  Especificaciones del UPR calibre 5.56x45 mm  OTAN.........................................4
2.2  Especificaciones UCR calibre 7.62x51 mm  OTAN .............................................7

**Parte 3: Compatibilidad de los Componentes de los Fusiles**
3.1 Compatibilidad entre las piezas del fusil UPR calibre 5.56 x 45 mm OTAN ...............10
3.2 Compatibilidad entre las piezas del fusil UPR calibre 7.62 x 51 mm OTAN................14
3.3 Compatibilidad entre las piezas de los fusiles UPR calibre 5.56 x 45 mm OTAN and  UCR calibre
      7.62x51 mm OTAN..........................................................................................18

**Parte 4: Licencia de Fabricación**...........................................................................23

**Parte 5: Información de la Planta de Ensamblaje y Fabricación**
Diagrama Arquitectónico de la Planta (Esquema 1)........................................................25
Lista de Maquinaria y Herramientas (Cuadro 6)...........................................................26
Lista del Personal (Cuadro 7)....................................................................................27

**Parte 7: Declaración Jurada:** Compatibilidad de componentes entre fusiles del mismo calibre y misma
configuración ...........................................................................................................28

**Parte 8: Declaración Jurada:** Compatibilidad de por lo menos 50% entre los componentes de fusiles de
diferente calibre y diferente configuración ...................................................................29

**Parte 9: Declaración Jurada:** Garantía.....................................................................30

**Parte 10: Declaración Jurada:** Fusiles de muestra para las pruebas ............................31

**Parte 11: Declaración Jurada:** Servicio de mantenimiento disponible y reparación de piezas durante la
duración del presente contrato. ..................................................................................32

**Parte 12: Declaración Jurada:** Planta de producción capaz de ensamblaje y/o manufactura de 40 fusiles
por día en un turno de  8 horas ................................................................................33

Christian J. Quintanilla
President
Unified Weapon Systems Inc

2309 West Chelsea St, Tampa, FL 33609 • Tel + 1 407) 797-4779 USA
International@unifiedweapons.com • www.unifiedweapo

Sandro Monteblanco Marquez    2
Representante Autorizado
Unifed  Weapon  Systems  Inc



# OFERTA TÉCNICA Y DE CALIDAD

## Parte 1: Descripción de la Compañía

### 1.1 Quienes Somos

Unified Weapon Systems Inc. es un fabricante de armas estadounidense. UWS también está autorizado y registrado para exportar armamento y municiones. UWS integra la mejor tecnología en el diseño de armas con el fin de producir los fusiles de combate más avanzados disponibles hoy en día.

Ubicada en Tampa Florida, UWS puede producir más de 5,000 fusiles al mes, teniendo la posibilidad de incrementar la capacidad de producción con el fin de cumplir con los requisitos de los contratos. Todos los fusiles son fabricados en su totalidad en los EE.UU. mediante el uso de tecnologías y patentes autorizadas de nuestros asociados fabricantes. Nuestra experiencia y relaciones en la industria de defensa nos permiten elegir e integrar las mejores soluciones disponibles para el diseño de armas modernas de combate.

Nuestros sistemas de armas se basan en el diseño y plataforma del fusil AR15. Con aproximadamente 8 millones de fusiles comisionados alrededor del mundo, el AR15 es una de las plataformas más comunes y versátiles. Es utilizada en cuerpos militares y policiales, además de aplicaciones civiles. El actual fusil de combate del ejército de los EE.UU. M4, está basado en el diseño del AR15.

UWS cuenta con contratos exclusivos de fabricación y derechos de patentes de distintas empresas, lo cual hace que el diseño de nuestro fusil de combate sea único, versátil y altamente calificado. La ubicuidad de esta plataforma de armas garantiza una duración y relevancia por muchos años debido a que nuestros fusiles tienen:

- 100% intercambiabilidad de piezas entre fusiles del mismo calibre. (UCR-UCR ó UPR-UPR)
- 62% intercambiabilidad de piezas entre fusiles de differente calibre. (UPR-UCR)

Esta compatibilidad deriva en menos inventario. El entrenamiento para policias y militares será igual sin importar el calibre, ya que la operación de los dos tipos de fusiles es idéntica. Consecuentemente, el entrenamiento para armeros y técnicos designados al mantenimiento de los dos tipos de fusiles sera el mismo.

Nuestro equipo consiste en fabricantes y expertos de renombre en la industria, con espacio de manufactura que sobrepasa los 13 mil metros cuadrados en total, incluyendo 61 máquinas CNC horizontales, 27 máquinas CNC verticales, 15 tornos suizos , 8 cortadoras por jets de agua, líneas de anodizado robóticas, 500+ empleados; además de certificaiones ISO 9001:2008, AS9100:2004, ANSI/J, STD-001, IPC-A-610 and IPC-A-620 entre otras.

### 1.2 Unified Weapon Systems (UWS) certifications y licencias

- EE.UU. Buró de Alcohol, Tabaco, Armas de Fuego y Explosivos (BATF) Licencia de Manufactura de Armas Tipo 7
- EE.UU. BATF Permiso especial para la fabricación de dispositivos destructivos clase 3
- EE.UU. Departamento de Estado. Directorio de Defensa para el control de la comercialización de armas de fuego. Registro de fabricante y exportador
- EE.UU. Departamento de Comercio. Proveedor aprobado y apoyado por el Centro de Apoyo para el Comercio Internacional.
- Registrado en el Sistema de Excelencia de Gestión por el gobierno de los EE.UU.

---

Christian J. Quintanilla
President
Unified Weapon Systems Inc

6019 West Chelsea St. Tampa, FL 33634 • Tel +1 (409) 797-9109 USA
international@unifiedweapons.com • www.unifiedweapon.com

Sandro Montebianco Marquez
Representante Autorizado
Unified Weapon Systems Inc

3



### 1.3 Directores, Oficiales y Consejeros

| | |
|---|---|
| **Ing. Christian Quintanilla Aurich**, | Co-Fundador / Presidente y CEO |
| **Michael C. Bingham**, | Co-Founder / Vice-President / Gerente de Operaciones |
| **Major General James Parker, USA (ret)** | Director / Consejero Militar Principal |
| **Frank Gnisci**, | Gerente Financiero |
| **Jose Matto Astete, Esq.**, | Consejero Legal General (Perú y Latinoamérica) |
| **Matthew B. Sullivan, Esq.**, | Consejero Legal General (USA) |
| **John Smith, Esq.**, | Gerente de Cumplimiento y Regulacion para alas Exportaciones |
| **Mark Serbu**, | Ingeniería de Armas y Desarrollo |
| **Steve Zolock**, | Gerente Administrativo |
| **Charles Ferrera**, | Consejero en Entrenamiento Avanzado |

### 1.4 Nuestras tecnologías

Unified Weapon Systems Inc. (UWS) ha obtenido licencias tecnológicas de las más avanzadas compañías de defensa en la industria, ésto nos ha permitido diseñar y adquirir componentes superiores. Trabajando con nuestros socios nos mantenemos actualizados con las tecnologías de desarrollo relacionadas a técnicas de diseño, rendimiento y fabricación de fusiles. Nos ocupamos de ésto para garantizar que nuestros sistemas de armas superen a cualquiera que esté disponible en el mercado.

### Parte 2:   Oferta

De acuerdo con las "BASES GENERALES INTEGRADAS" publicadas y relacionada al CONCURSO PRIVADO 002-2015, ofrecemos un fusil calibre 5.56x45 mm OTAN con la denominación común de UPR (Unified Patrol Rifle)  y un fusil calibre 7.62x51 mm OTAN con la denominación común de UCR (Unified Combat Rifle).

### 2.1 Especificaciones de fusil UPR  calibre 5.56x45mm OTAN

La **FIGURA 1** muestra la apariencia física del fusil UPR mientras que el **CUADRO 1** enumera todas sus especificaciones principales

Christian J. Quintanilla
President
Unified Weapon Systems Inc.

Sandro Monteblanco Marquez
Representante Autorizado
Unifed Weapon Systems Inc

4



## FIGURA 1: UPR 5.56x45 mm OTAN



## CUADRO 1

*Especificaciones del fusil UPR calibre 5.56x45 mm OTAN*

| Nº | ESPECIFICACIONES | CARACTERISTICAS TECNICAS |
|---|---|---|
| 1 | TIPO | FUSIL DE ASALTO |
| 2 | CALIBRE | 5.56 X 45 mm OTAN |
| 3 | PESO DEL FUSIL SIN CARGADOR | 3,230 gr |
| 4 | CAPACIDAD DEL CARGADOR | 30, 60 0 90 CARTUCHOS A PEDIDO DEL USUARIO |
| 5 | MATERIAL DEL CARGADOR | POLIMERO DE ALTA RESISTENCIA O METAL |
| 6 | BOTON DEL RETEN DE CARGADOR | AMBIDIESTRO |
| 7 | ALCANCE EFECTIVO | 500 METROS O MAS (CAÑON ESTANDAR DE 14.5 PULGADAS) Y MIRA OPTICA MILITAR 4X30 |
| 8 | PRECISION A 100 METROS | MENOR A 2.5 MOA (Minuto de ángulo)  60% 10 DISPAROS |
| 9 | PRECISION A 500 METROS | MENOR A 2.5 MOA (Minuto de ángulo)  60% 10 DISPAROS |
| 11 | VELOCIDAD INICIAL | 1016 m/s CON MUNICION ESTANDAR 55 grain MIL SPEC M855 BALL o con  SS109 |
| 12 | LONGITUD DEL CAÑON | 368.3 mm EQUIVALENTE A 14.5 PULGADAS |

Christian J. Quintanilla
President
Unified Weapon Systems Inc

6019 West Chelsea St Tampa, FL 33634 • Tel • 1 (407) 797-9769 USA
international@unifiedweapons.com • www.unifiedweapons.com

Sandro Monteblanco Marquez
Representante Autorizado
Unifed Weapon Systems Inc

5



| 13 | TIPO DE CAÑON | FLOTANTE |
|---|---|---|
| 14 | CADENCIA DE TIRO | 625-675 TIROS POR MINUTO |
| 15 | ORGANOS DE PUNTERIA MECANICOS | REGULABLES , COLAPSABLES Y METALICOS |
| 16 | RIELES PICATINNY SUPERIOR | PARTE DE LA ESTRUCTURA E INCLUYE PUNTOS DE MONTAJE ¼-20 PARA ASEGURAR MIRAS TERMICAS, VISION NOCTURNA Y OTROS POSIBLES ACCESORIOS |
| 17 | RIELES PICATINNY INFERIOR | INCLUIDO 254 mm, PERMITE COLOCAR LANZAGRANADAS DE 40 mm |
| 18 | RIELES PICATINNY LATERALES | OPCIONAL Y DESMONTABLES |
| 19 | TROMBLON | REDUCE EL FOGONAZO Y PERMITE ADAPTAR SILENCIADOR O BAYONETA A PEDIDO DEL USUARIO |
| 20 | EYECCION | LATERAL HACIA ADELANTE |
| 21 | LONGITUD DEL FUSIL CON CULATA PLEGADA O TELESCOPICA EN SU MINIMA EXTENSION | 755.6 mm |
| 22 | LONGITUD DEL FUSIL CON CULATA DESPLEGADA O TELESCOPICA EN SU MAXIMA EXTENSION | 838.2 mm |
| 23 | VIDA UTIL DEL CAÑON | MAYOR A 20000 DISPAROS |
| 24 | REVESTIMIENTO INTERIOR DEL CAÑON | CROMO DURO |
| 25 | LINEAS HELICOIDALES | 1:7 Y CUMPLE CON NORMAS OTAN, STANAG, MIL STD 810 Y OTAN AC/225 (LG/3-SG)D/1 |
| 26 | SELECTOR DE TIRO | AUTOMATICO, SEMIAUTOMATICO Y SEGURO |
| 27 | PRINCIPIO DE FUNCIONAMIENTO | PISTON A GAS |
| 28 | COLOR | VARIOS COLORES Y DISEÑOS DE CAMUFLAJE DISPONIBLES DE ACUERDO A LA NECESIDAD DEL USUARIO |
| 29 | NIVELES DE RESISTENCIA (SHOCK TERMICO, VIBRACION Y OTROS) | CUMPLE CON NORMAS OTAN, STANAG 2895 Y MIL STD 810 |
| 30 | ANILLO DE CORREA DE PORTAFUSIL FIJOS AL FUSIL | 1 PUNTO O 2 PUNTOS Y AMBIDIESTRO |
| 31 | PALANCA DE ARMAR | AMBIDIESTRA |
| 32 | TIPO DE CULATA | SOPMOD REGULABLE EN LONGITUD (TELESCOPICA) EN 6 POSICIONES |
| 33 | MANTENIMIENTO DE 1er ESCALON | POR EL USUARIO SIN HERRAMIENTAS, INCLUYENDO EL SISTEMA DE PISTON A GAS |
| 34 | EMPUÑADURA | ERGONOMICA, FIJA O ADAPTABLE DE ACUERDO A PEDIDO |
| 35 | MARCAJE | LOGO, MARCA, MODELO DEL FABRICANTE POR UN LADO DEL RECEPTOR INFERIOR. CALIBRE, PAIS DE FABRICACION Y NUMERO |





Christian J. Quintanilla
President
Unifed Weapon Systems Inc

6019 West Chelsea St Tampa, FL 33634 • Tel + 1 (407) 797-4189 USA
international@unifiedweapons.com • www.unifiedweapons.com

Sandro Monteblanco Marquez
Representante Autorizado
Unifed Weapon Systems Inc

6



| | | DE SERIE EN EL OTRO LADO DEL CAJON DEL RECEPTOR INFERIOR |
|---|---|---|
| 36 | ACCESSORIOS | 05 CARGADORES, KIT DE MANTENIMIENTO, PORTA FUSIL, OPTICA DE COMBATE 4X30, ADEMAS DE BAYONETA Y PORTA BAYONETA SI ES REQUERIDO POR EL CLIENTE |
| 37 | PRESENTACION | ESTUCHE POLIMERO INDIVIDUAL O MULTIPACK (12 FUSILES POR ESTUCHE) |
| 38 | MIRA OPTICA | OPTICA AVANZADA DE COMBATE BROWE 20-900 METROS DE ALCANCE CON MAGNIFICACION DE 4X32 (INCLUIDA) |
| 39 | DISPOSITIVOS EXTRAS | SISTEMA DE RETARDO DSAS PARA UNA MEJOR CONTRALABILIDAD DEL FUSIL EN FUEGO AUTOMATICO |
| 40 | IDENTIFICACION | DISPOSITIVO DE RADIO FRECUENCIA UHF PARA USOS DE IDENTIFICACION E INVENTARIO ELECTRONICO (850-960 MHZ USA y EUROPA) |
| 41 | AÑO DE FABRICACION | NUEVOS, 2015 Y POSTERIOR |
| 42 | GARANTIA TECNICA | CINCO AÑOS EN CONDICIONES NORMALES DE USO |

**2.2 Especificaciones del fusil UCR calibre 7.62x51mm OTAN**

La **FIGURA 2** muestra la apariencia física del fusil UCR mientras que el **CUADRO 2** enumera todas sus especificaciones principales

**FIGURA 2**
UCR calibre 7.62x51 mm OTAN



Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc



**CUADRO 2**
*Especificaciones del fusil UCR calibre 7.62x51 mm OTAN*

| N° | ESPECIFICACIONES | CARACTERISTICAS TECNICAS |
|---|---|---|
| 1 | TIPO | FUSIL DE ASALTO |
| 2 | CALIBRE | 7.62 X 51 mm OTAN |
| 3 | PESO DEL FUSIL SIN CARGADOR | 4000 gr |
| 4 | CAPACIDAD DEL CARGADOR | 20 O 25 CARTUCHOS A PEDIDO DEL USUARIO |
| 5 | MATERIAL DEL CARGADOR | POLIMERO DE ALTA RESISTENCIA O METAL |
| 6 | BOTON DEL RETEN DE CARGADOR | AMBIDIESTRO |
| 7 | ALCANCE EFECTIVO | 800 METROS O MAS (CAÑON ESTANDAR DE 16 PULGADAS) Y MIRA OPTICA MILITAR 4X30 |
| 8 | PRECISION A 100 METROS | MENOR A 2.5 MOA (Minuto de ángulo) 60% 10 DISPAROS |
| 9 | PRECISION A 500 METROS | MENOR A 2.5 MOA (Minuto de ángulo) 60% 10 DISPAROS |
| 10 | PRECISION A 800 METROS | MENOR A 2.5 MOA (Minuto de ángulo) 60% 10 DISPAROS |
| 11 | VELOCIDAD INICIAL | 760 m/s CON MUNICION ESTANDAR M80 146 grain 7.62x51 mm |
| 12 | LONGITUD DEL CAÑON | 406.4 mm EQUIVALENTE A 16 PULGADAS |
| 13 | TIPO DE CAÑON | FLOTANTE |
| 14 | CADENCIA DE TIRO | 560-625 TIROS POR MINUTO |
| 15 | ORGANOS DE PUNTERIA MECANICOS | REGULABLES , COLAPSABLES Y METALICOS |
| 16 | RIELES PICATINNY SUPERIOR | PARTE DE LA ESTRUCTURA E INCLUYE PUNTOS DE MONTAJE ¼-20 PARA ASEGURAR MIRAS TERMICAS, VISION NOCTURNA Y OTROS POSIBLES ACCESORIOS |
| 17 | RIELES PICATINNY INFERIOR | INCLUIDO 254 mm, PERMITE COLOCAR LANZAGRANADAS DE 40 mm |
| 18 | RIELES PICATINNY LATERALES | OPCIONAL Y DESMONTABLES |
| 19 | TROMBLON | REDUCE EL FOGONAZO Y PERMITE ADAPTAR SILENCIADOR O BAYONETA A PEDIDO DEL USUARIO |
| 20 | EYECCION | LATERAL HACIA ADELANTE |
| 21 | LONGITUD DEL FUSIL CON CULATA PLEGADA O TELESCOPICA EN SU MINIMA | 889 mm |

-------------------------------
Christian J. Quintanilla
President
Unified Weapon Systems Inc

6019 West Chelsea St. Tampa, FL 33634 • Tel +1 (813) 575 787 033
international@unifiedweapons.com • www.unifiedweapons.com

-------------------------------
Sandro Monteblanco Marquez
Representante Autorizado
Unifed Weapon Systems Inc



| | EXTENSION | |
|---|---|---|
| 22 | LONGITUD DEL FUSIL CON CULATA DESPLEGADA O TELESCOPICA EN SU MAXIMA EXTENSION | 981 mm |
| 23 | VIDA UTIL DEL CAÑON | MAYOR A 20000 DISPAROS |
| 24 | REVESTIMIENTO INTERIOR DEL CAÑON | CROMO DURO |
| 25 | LINEAS HELICOIDALES | 1:10 Y CUMPLE CON NORMAS OTAN, STANAG, MIL STD 810 Y OTAN AC/225 (LG/3-SG)D/1 |
| 26 | SELECTOR DE TIRO | AUTOMATICO, SEMIAUTOMATICO Y SEGURO |
| 27 | PRINCIPIO DE FUNCIONAMIENTO | PISTON A GAS |
| 28 | COLOR | VARIOS COLORES Y DISEÑOS DE CAMUFLAJE DISPONIBLES DE ACUERDO A LA NECESIDAD DEL USUARIO |
| 29 | NIVELES DE RESISTENCIA (SHOCK TERMICO, VIBRACION Y OTROS) | CUMPLE CON NORMAS OTAN, STANAG 2895 Y MIL STD 810 |
| 30 | ANILLO DE CORREA DE PORTAFUSIL FIJOS AL FUSIL | 1 PUNTO O 2 PUNTOS Y AMBIDIESTRO |
| 31 | PALANCA DE ARMAR | AMBIDIESTRA |
| 32 | TIPO DE CULATA | SOPMOD REGULABLE EN LONGITUD (TELESCOPICA) EN 6 POSICIONES |
| 33 | MANTENIMIENTO DE 1er ESCALON | POR EL USUARIO SIN HERRAMIENTAS, INCLUYENDO EL SISTEMA DE PISTON A GAS |
| 34 | EMPUÑADURA | ERGONOMICA, FIJA O ADAPTABLE DE ACUERDO A PEDIDO |
| 35 | MARCAJE | LOGO, MARCA, MODELO DEL FABRICANTE POR UN LADO DEL RECEPTOR INFERIOR. CALIBRE, PAIS DE FABRICACION Y NUMERO DE SERIE EN EL OTRO LADO DEL CAJON DEL RECEPTOR INFERIOR |
| 36 | ACCESSORIOS | 05 CARGADORES, KIT DE MANTENIMIENTO, PORTA FUSIL, OPTICA DE COMBATE 4X30, ADEMAS DE BAYONETA Y PORTA BAYONETA SI ES REQUERIDO POR EL CLIENTE |
| 37 | PRESENTACION | ESTUCHE POLIMERO INDIVIDUAL O MULTIPACK (12 FUSILES POR ESTUCHE) |
| 38 | MIRA OPTICA | OPTICA AVANZADA DE COMBATE BROWE 20-900 METROS DE ALCANCE CON MAGNIFICACION DE 4X32 (INCLUIDA) |
| 39 | DISPOSITIVOS EXTRAS | SISTEMA DE RETARDO DSAS PARA UNA MEJOR CONTRALABILIDAD DEL FUSIL EN FUEGO AUTOMATICO |
| 40 | IDENTIFICACION | DISPOSITIVO DE RADIO FRECUENCIA UHF PARA USOS DE IDENTIFICACION E INVENTARIO ELECTRONICO (850-960 MHZ USA y EUROPA) |
| 41 | AÑO DE FABRICACION | NUEVOS, 2015 Y POSTERIOR |

Christian J. Quintanilla
President
Unified Weapon Systems Inc

6019 West Chelsea St Tampa, FL 33634 • Tel +1 813...
international@unifiedweaponsystems.com • www...

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

9



| 42 | GARANTIA TECNICA | CINCO AÑOS EN CONDICIONES NORMALES DE USO |

## Parte 3: Compatibilidad de los Componentes del Fusil

**3.1 Compatibilidad entre las piezas de los Fusiles UPR calibre 5.56 x 45 mm OTAN:**

La compatibilidad de las piezas entre fusiles UPR similarmente configurados es de 100%. Nuestros fusiles han sido diseñados, fabricados y armados cumpliendo con las especificaciones militares; lo cual quiere decir, que cada pieza de un fusil UPR puede ser cambiada a otro fusil UPR con la misma configuración y funcionar con el 100% de garantía y efectividad sin afectar el rendimiento del fusil.

**El CUADRO 3** describe todas las piezas necesarias para ensamblar completamente un fusil UPR con sus respectivos números de piezas.

**CUADRO 3**
*Lista de piezas del Fusil UPR calibre 5.56x45 mm OTAN*

| PIEZA DEL DISEÑO #: | PIEZA UWS #: | NOMBRE DEL COMPONENTE |
|---|---|---|
| 1 | 064094704500 | RECEPTOR INFERIOR 5.56 |
| 2 | 064094704501 | ENSAMBLAJE AMBIDIESTRO DEL RETÉN DEL CIERRE 5.56 |
| 3 | 064094704372 | ARRANQUE DEL RETÉN DE CIERRE 5.56 Y 7.62 |
| 4 | 064094704373 | RESORTE DEL RETÉN DE CIERRE 5.56 Y 7.62 |
| 5 | 064094704504 | ENSAMBLAJE AMBIDIESTRO DEL RETÉN DE CIERRE 5.56 |
| 6 | 064094704375 | SELECTOR DE SEGURO AUTOMATICO - B.A.D.5.56 AND 7.62 |
| 7 | 064094704376 | RESORTE DE MARTILLO 5.56 AND 7.62 |
| 8 | 064094704377 | RESORTE DE FIADOR AUTOMATICO 5.56 Y 7.62 |
| 9 | 064094704378 | FIADOR AUTOMATICO 5.56 Y 7.62 |
| 10 | 064094704379 | MARTILLO AUTOMATICO 5.56 Y 7.62 |
| 11 | 064094704380 | RETENEDOR DE AMORTIGUADOR 5.56 Y 7.62 |
| 12 | 064094704381 | RESORTE DE RETENEDOR DE AMORTIGUADOR 5.56 Y 7.62 |
| 13 | 064094704382 | PERNO DE ROLLO DEL RETÉN DE CIERRE 5.56 Y |

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unifed Weapon Systems Inc

10



| | | |
|---|---|---|
| | | 7.62 |
| 14 | 064094704383 | RESORTE DE RETÉN DESMONTABLE/DE PIVOTEO 5.56 Y 7.62 |
| 15 | 064094704384 | PERNO DE RETENCIÓN  DESMONTABLE/DE PIVOTEO 5.56 Y 7.62 |
| 16 | 064094704385 | PERNO  DESMONTABLE 5.56 Y 7.62 |
| 17 | 064094704386 | PLACA DE SUJECIÓN DEL TUBO DEL AMORTIGUADOR CON QD 5.56 Y 7.62 |
| 18 | 064094704387 | TUERCA ENTALLA 5.56 Y 7.62 |
| 19 | 064094704388 | AMORTIGUADOR H2 5.56 Y 7.62 |
| 20 | 064094704519 | RESORTE DEL AMORTIGUADOR AUTOMATICO - ROJO 5.56 |
| 21 | 064094704520 | TUBO DE AMORTIGUADOR 5.56 |
| 22 | 064094704391 | STOCK DE MODIFICACION PECULIAR PARA OPERACIONES ESPECIALES 5.56 Y 7.62 |
| 23 | 064094704392 | TORNILLO DE EMPUÑADURA 5.56 Y 7.62 |
| 24 | 064094704393 | ARANDELA DEL TORNILLO  EMPUÑADURA 5.56 Y 7.62 |
| 25 | 064094704394 | EMPUÑADURA - NEGRA 5.56 Y 7.62 |
| 26 | 064094704395 | PERNO DE FIADOR AUTOMATICO 5.56 Y 7.62 |
| 27 | 064094704396 | PERNO DE MARTILLO/GATILLO 5.56 Y 7.62 |
| 28 | 064094704397 | BOTON DEL PESTILLO DEL CARGADOR 5.56 Y 7.62 |
| 29 | 064094704398 | RESORTE DEL PETILLO DEL CARGADOR 5.56 Y 7.62 |
| 30 | 064094704399 | DESCONECTOR AUTOMATICO 5.56 Y 7.62 |
| 31 | 064094704400 | RESORTE DEL  DESCONECTOR AUTOMATICO 5.56 Y 7.62 |
| 32 | 064094704401 | RETEN SELECTOR 5.56 Y 7.62 |
| 33 | 064094704402 | 5.56 Y 7.62 RESORTE DEL RETEN DEL SELECTOR DE SEGURO |
| 34 | 064094704403 | GATILLO 5.56 Y 7.62 |
| 35 | 064094704404 | RESORTE DEL GATILLO 5.56 Y 7.62 |
| 36 | 064094704535 | AGUJA DE PIVOT 5.56 |

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unified  Weapon  Systems  Inc

8019  West Chelsea St. Tampa, FL 33634 • Tel – 1 (402) 797
onal@unifiedweapons.com • www.unifiedweapon

11



| 37 | 064094704536 | ARCO DE GUARDAMONTE 5.56 |
|---|---|---|
| 38 | 064094704537 | PERNO DE ARCO DE GUARDAMONTE 5.56 |
| 39 | 064094704538 | PORTADOR DE PERNO CORTADO DSAS 5.56 |
| 40 | 064094704409 | PORTA AMORTIGUARDOR 5.56 Y 7.62 |
| 41 | 064094704540 | PERNO PERCUTOR 5.56 |
| 42 | 064094704541 | AGUJA DE PERNO EXTRACTOR 5.56 |
| 43 | 064094704542 | RESORTE DE PERNO EXTRACTOR 5.56 |
| 44 | 064094704543 | AGUJA DEL PERNO EYECTOR 5.56 |
| 45 | 064094704544 | PERNO EXTRACTOR 5.56 |
| 46 | 064094704545 | PERNO EYECTOR 5.56 |
| 47 | 064094704546 | RECEPTOR SUPERIOR 5.56 |
| 48 | 064094704417 | ENSAMBLAJE DE ASISTENCIA FRONTAL CON PATA 5.56 Y 7.62 |
| 49 | 064094704418 | RESORTE DE ASISTENCIA FRONTAL 5.56 Y 7.62 |
| 50 | 064094704419 | PERNO DEL RESORTE DE ASISTENCIA FRONTAL 5.56 Y 7.62 |
| 52 | 064094704551 | PERNO DE LA CUBIERTA DEL PUERTO DE EYECCIÓN 5.56 |
| 53 | 064094704552 | CUBIERTA DEL PUERTO DE EYECCIÓN 5.56 |
| 55 | 064094704424 | RESORTE DE CUBIERTA DEL PUERTO DE EYECCIÓN 5.56 Y 7.62 |
| 56 | 064094704425 | CLIP DEL PERNO DE LA CUBIERTA DEL PUERTO DE EYECCIÓN 5.56 Y 7.62 |
| 57 | 064094704556 | EXTENSIÓN DEL CAÑÓN 5.56 |
| 58 | 064094704557 | TUERCA DE CAÑÓN 5.56 |
| 59 | 064094704558 | RIEL DE CALOR SINCRONIZADO MODUL-R 5.56 |
| 60 | 064094704429 | TORNILLOS DEL RIEL DE CALOR SINCRONIZADO MODUL-R 5.56 Y 7.62 |
| 61 | 064094704430 | GUARDAMANOS/RIEL MODUL-R 5.56 Y 7.62 |
| 62 | 064094704431 | RIEL LATERAL MODUL-R CON DESCONECTORES DE PORTACORREA DE EXTRACCIÓN RÁPIDA 5.56 Y 7.62 |
| 63 | 064094704432 | TORNILLOS DE RIEL LATERAL MODUL-R 5.56 Y |

Christian J. Quintanilla
President
Unified Weapon Systems Inc

6019 West Chelsea St. Tampa, FL 33634 ● Tel ● 1 (407) 797-9106 USA
internationalsmallweapons.com ● www.unifiedweapons.com

Sandro Monteblanco Marquez    12
Representante Autorizado
Unifed Weapon Systems Inc



| | | 7.62 |
|---|---|---|
| 64 | 064094704563 | 5.56 CAÑON-14.5-M-5.56X45 OTAN-CLP-T-L |
| 65 | 064094704564 | ARANDELA DE PRESIÓN 5.56 |
| 66 | 064094704565 | DISPOSITIVO DE BOCA DE CAÑON DE RÁPIDO MONTAJE 5.56 |
| 67 | 064094704436 | PERNO DEL BOTON DEL RETÉN DEL PLUG DE GAS 5.56 Y 7.62 |
| 68 | 064094704437 | PLUG DE GAS - GP3 - MELONITEADO 5.56 Y 7.62 |
| 69 | 064094704438 | BOTON DEL RETÉN DEL PLUG DE GAS - MELONITEADO 5.56 Y 7.62 |
| 70 | 064094704439 | RESORTE DE  BOTON DEL RETÉN DEL PLUG DE GAS 5.56 Y 7.62 |
| 71 | 064094704440 | BLOQUE DE GAS 45.56 Y 7.62 |
| 72 | 064094704441 | MIRA FRONTAL DE RÁPIDO GIRO 5.56 Y 7.62 |
| 73 | 064094704442 | PERNO DEL BLOQUE DE GAS 5.56 Y 7.62 |
| 74 | 064094704573 | VARILLA DE UNIDAD MEDIA 5.56 |
| 75 | 064094704444 | RESORTE DE VARILLA DE UNIDAD 5.56 Y 7.62 |
| 76 | 064094704575 | COJINETE DE VARILLA DE UNIDA 5.56 |
| 77 | 064094704576 | PERNO DE LA CLAVIJA DE EXTENSIÓN DEL CAÑON 5.56 |
| 78 | 064094704577 | OPTICO DE COMBATO DE TITANIO 4X325.56 |
| 79 | 064094704448 | MIRA POSTERIOR DE RÁPIDO GIRO 5.56 Y 7.62 |
| 80 | 064094704579 | MANGO DE CARGA 5.56 |
| 81 | 064094704450 | RESORTE DE  MANGO DE CARGA 5.56 Y 7.62 |
| 82 | 064094704451 | PERNO DE MANGO DE CARGA 5.56 Y 7.62 |
| 83 | 064094704452 | PESTILLO DE MANGO DE CARGA 5.56 Y 7.62 |
| 84 | 064094704583 | RESORTE DE TUERCA EYECTORA 5.56 |
| 85 | 064094704584 | PERNO DE CAMARA 5.56 |
| 86 | 064094704585 | CERROJO DEL CUERPO DE LA VAINA 5.56 |
| 87 | 064094704586 | RESORTE DE CERROJO 5.56 |
| 88 | 064094704457 | PERNO RETENEDOR DE AGUJA PERCUTORA 5.56 Y 7.62 |

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unifed Weapon Systems Inc

13



| 89 | 064094704588 | 5.56 |
| 90 | 064094704589 | 5.56 PERNO |
| 91 | 064094704460 | BARRA TRASERA DEL RIEL LATERAL MODUL-R 5.56 Y 7.62 |
| 92 | 064094704461 | COJINETE DEL FIADOR AUTOMÁTICO 15.56 Y 7.62 |
| 93 | 064094704462 | PLACA DE LA CORREA DEL AMORTIGUADOR 5.56 Y 7.62 |
| 94 | 064094704463 | TORNILLOS DE PLACA DE LA CORREA DEL AMORTIGUADOR 5.56 Y 7.62 |

**3.2 Compatibilidad entre las piezas de los Fusiles UCR calibre 7.62 x 51 mm OTAN:**

La compatibilidad de las piezas entre fusiles UCR similarmente configurados es de 100%. Nuestros fusiles han sido diseñados, fabricados y armados cumpliendo con las especificaciones militares; lo cual quiere decir, que cada pieza de un fusil UCR puede ser cambiada a otro fusil UCR con la misma configuración y funcionar con el 100% de garantía y efectividad sin afectar el rendimiento del fusil.

**El CUADRO 4** describe todas las piezas necesarias para ensamblar completamente un fusil UCR con sus respectivos números de piezas.

**CUADRO 4**
*Lista de piezas del Fusil UCR 7.62x51 mm OTAN*

| PIEZA DEL DISEÑO #: | PIEZA UWS #: | NOMBRE DEL COMPONENTE |
|---|---|---|
| 1 | 064094704370 | RECEPTOR INFERIOR 7.62 |
| 2 | 064094704371 | ENSAMBLAJE AMBIDIESTRO DEL RETÉN DEL CIERRE 7.62 |
| 3 | 064094704372 | ARRANQUE DEL RETÉN DE CIERRE 5.56 Y 7.62 |
| 4 | 064094704373 | RESORTE DEL RETÉN DE CIERRE 5.56 Y 7.62 |
| 5 | 064094704374 | ENSAMBLAJE AMBIDIESTRO DE RETÉN DE CIERRE 7.62 |
| 6 | 064094704375 | SELECTOR DE SEGURO AUTOMATICO - B.A.D 5.56 Y 7.62 |
| 7 | 064094704376 | RESORTE DE MARTILLO 5.56 Y 7.62 |
| 8 | 064094704377 | RESORTE DE FIADOR AUTOMATICO 5.56 Y 7.62 |
| 9 | 064094704378 | FIADOR AUTOMATICO 5.56 Y 7.62 |
| 10 | 064094704379 | MARTILLO AUTOMATICO 5.56 Y 7.62 |

Christian J. Quintanilla
President
Unified Weapon Systems Inc

6019 West Chelsea St. Tampa, FL 33634 • Tel: +1 (407) 392
ional@unifiedweapons.com • www.unifiedwea

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

14



| 11 | 064094704380 | RETENEDOR DE AMORTIGUADOR 5.56 Y 7.62 |
| 12 | 064094704381 | RESORTE DE RETENEDOR DE AMORTIGUADOR 5.56 Y 7.62 |
| 13 | 064094704382 | PERNO DE ROLLO DEL RETÉN DE CIERRE 5.56 Y 7.62 |
| 14 | 064094704383 | RESORTE DE RETÉN DESMONTABLE/DE PIVOTEO 5.56 Y 7.62 |
| 15 | 064094704384 | RETÉN DEL PERNO DE PIVOTEO 5.56 Y 7.62 |
| 16 | 064094704385 | PERNO DESMONTABLE 5.56 Y 7.62 |
| 17 | 064094704386 | PLACA DE SUJECIÓN DEL TUBO DEL AMORTIGUADOR CON QD 5.56 Y 7.62 |
| 18 | 064094704387 | TUERCA ENTALLADA 5.56 Y 7.62 |
| 19 | 064094704388 | AMORTIGUADOR H25.56 Y 7.62 |
| 20 | 064094704389 | RESORTE DEL AMORTIGUADOR AUTOMATICO - ROJO 7.62 |
| 21 | 064094704390 | TUBO DE AMORTIGUADOR 7.62 |
| 22 | 064094704391 | STOCK DE MODIFICACION PECULIAR PARA OPERACIONES 5.56 Y 7.62 |
| 23 | 064094704392 | TORNILLO DE EMPUÑADURA 5.56 Y 7.62 |
| 24 | 064094704393 | ARANDELA DEL TORNILLO EMPUÑADURA 5.56 Y 7.62 |
| 25 | 064094704394 | EMPUÑADURA - NEGRA 5.56 Y 7.62 |
| 26 | 064094704395 | PERNO DE FIADOR AUTOMATICO 5.56 Y 7.62 |
| 27 | 064094704396 | PERNO DE MARTILLO/GATILLO 5.56 Y 7.62 |
| 28 | 064094704397 | BOTON DEL PESTILLO DEL CARGADOR 5.56 Y 7.62 |
| 29 | 064094704398 | RESORTE DEL PETILLO DEL CARGADOR 5.56 Y 7.62 |
| 30 | 064094704399 | DESCONECTOR AUTOMATICO 5.56 Y 7.62 |
| 31 | 064094704400 | RESORTE DEL DESCONECTOR 5.56 Y 7.62 AUTOMATICO |
| 32 | 064094704401 | RETEN SELECTOR 5.56 Y 7.62 |
| 33 | 064094704402 | 5.56 Y 7.62 RESORTE DEL RETEN DEL SELECTOR DE SEGURO |
| 34 | 064094704403 | GATILLO 5.56 Y 7.62 |

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unifed Weapon Systems Inc

15



Unified Weapon Systems

| 35 | 064094704404 | RESORTE DEL GATILLO 5.56 Y 7.62 |
| 36 | 064094704405 | AGUJA DE PIVOT 5.56 |
| 39 | 064094704408 | PORTADOR DE PERNO CORTADO DSAS 7.62 |
| 40 | 064094704409 | DISPOSITIVO DSAS 5.56 Y 7.62 |
| 41 | 064094704410 | AGUJA PERCUTORA 7.62 |
| 42 | 064094704411 | AGUJA DE PERNO EXTRACTOR 7.62 |
| 43 | 064094704412 | RESORTE DE PERNO EXTRACTOR  7.62 |
| 44 | 064094704413 | AGUJA DEL PERNO EYECTOR 7.62 |
| 45 | 064094704414 | PERNO EXTRACTOR 7.62 |
| 46 | 064094704415 | PERNO EYECTOR 7.62 |
| 47 | 064094704416 | RECEPTOR SUPERIOR 7.62 |
| 48 | 064094704417 | ENSAMBLAJE DE ASISTENCIA FRONTAL CON PATA 5.56 Y 7.62 |
| 49 | 064094704418 | RESORTE DE ASISTENCIA FRONTAL 5.56 Y 7.62 |
| 50 | 064094704419 | FORWARD ASSIST SPRING PIN 5.56 Y 7.62 |
| 51 | 064094704420 | PERNO DE INSERTO DE RAMPA DE ALIMENTACIÓN 7.62 |
| 52 | 064094704421 | AGUJA DE LA CUBIERTA DEL PUERTO 7.62 |
| 53 | 064094704422 | CUBIERTA DEL PUERTO DE EYECCIÓN 7.62 |
| 54 | 064094704423 | INSERTO DE RAMPA DE ALIMENTACIÓN 7.62 |
| 55 | 064094704424 | RESORTE DE CUBIERTA DEL PUERTO DE EYECCIÓN 5.56 Y 7.62 |
| 56 | 064094704425 | CLIP DEL PERNO DE LA  CUBIERTA DEL PUERTO DE EYECCIÓN 5.56 Y 7.62 |
| 57 | 064094704426 | EXTENSIÓN DEL CAÑÓN 7.62 56 |
| 58 | 064094704427 | TUERCA DE CAÑÓN 7.62 |
| 59 | 064094704428 | RIEL DE CALOR SINCRONIZADO MODUL-R 7.62 |
| 60 | 064094704429 | TORNILLOS DEL RIEL DE CALOR SINCRONIZADO MODUL-R 5.56 Y 7.62 |
| 61 | 064094704430 | GUARDAMANOS/RIEL MODUL-R 5.56 Y 7.62 |
| 62 | 064094704431 | RIEL LATERAL MODUL-R CON DESCONECTORES DE PORTACORREA DE EXTRACCIÓN RÁPIDA 5.56 |

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unifed Weapon Systems Inc



| | | Y 7.62 |
|---|---|---|
| 63 | 064094704432 | TORNILLOS DE  RIEL LATERAL MODUL-R 5.56 Y 7.62 |
| 64 | 064094704433 | CAÑON -16-M-7.62X51 OTAN-CLP-T-L7.62 |
| 65 | 064094704434 | 7 ARANDELA DE PRESIÓN.62 |
| 66 | 064094704435 | DISPOSITIVO DE BOCA DE CAÑON DE RÁPIDO MONTAJE 7.62 |
| 67 | 064094704436 | PERNO DEL BOTON DEL RETÉN DEL PLUG DE GAS 5.56 Y 7.62 |
| 68 | 064094704437 | PLUG DE GAS - GP3 - MELONITEADO 5.56 Y 7.62 |
| 69 | 064094704438 | BOTON DEL RETÉN DEL PLUG DE GAS - MELONITEADO 5.56 Y 7.62 |
| 70 | 064094704439 | RESORTE DE  BOTON DEL RETÉN DEL PLUG DE GAS 5.56 Y 7.62 |
| 71 | 064094704440 | BLOQUE DE GAS 45.56 AND 7.62 |
| 72 | 064094704441 | MIRA FRONTAL DE RÁPIDO GIRO 5.56 AND 7.62 |
| 73 | 064094704442 | PERNO DEL BLOQUE DE GAS 5.56 AND 7.62 |
| 74 | 064094704443 | VARILLA DE UNIDAD MEDIA 7.62 |
| 75 | 064094704444 | RESORTE DE VARILLA DE UNIDAD 5.56 Y 7.62 |
| 76 | 064094704445 | COJINETE DE VARILLA DE UNIDAD 7.62 |
| 77 | 064094704446 | PERNO DE LA CLAVIJA DE EXTENSIÓN DEL CAÑÓN 7.62 |
| 78 | 064094704447 | OPTICO DE COMBATO DE TITANIO 4X327.62 |
| 79 | 064094704448 | MIRA POSTERIOR DE RÁPIDO GIRO 5.56 Y 7.62 |
| 80 | 064094704449 | MANGO DE CARGA 7.62 56 |
| 81 | 064094704450 | RESORTE DE  MANGO DE CARGA 5.56 Y 7.62 |
| 82 | 064094704451 | PERNO DE MANGO DE CARGA 5.56 Y 7.62 |
| 83 | 064094704452 | PESTILLO DE MANGO DE CARGA 5.56 Y 7.62 |
| 84 | 064094704453 | RESORTE DE TUERCA EYECTORA 7.62 |
| 85 | 064094704454 | PERNO DE CAMARA 7.62 |
| 86 | 064094704455 | CERROJO DEL CUERPO DE LA VAINA 7.62 |
| 87 | 064094704456 | RESORTE DE CERROJO 7.62 |

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

17



| 88 | 064094704457 | PERNO RETENEDOR DE AGUJA PERCUTORA 5.56 Y 7.62 |
| 91 | 064094704460 | BARRA TRASERA DEL RIEL LATERAL MODUL-R 5.56 Y 7.62 |
| 92 | 064094704461 | COJINETE DEL FIADOR AUTOMÁTICO 5.56 AND 7.62 |
| 93 | 064094704462 | PLACA DEL DISPOSITIVO DSAS 5.56 Y 7.62 |
| 94 | 064094704463 | TORNILLOS DE LA PLACA DEL DISPOSITIVO DSAS 5.56 Y 7.62 |

**3.3 Compatibilidad entre las piezas de los fusiles UPR calibre 5.56 x 45 mm OTAN y UCR calibre 7.62 x 51 mm OTAN.**

La compatibilidad de las piezas entre fusiles UPR y fusiles UCR similarmente configurados es del 62%. Ambos fusiles han sido diseñados y fabricados cumpliendo con las especificaciones militares. Además, la compatibilidad e dicho porcentaje fue concebida desde la fase del diseño para que los futuros usuarios no tengan que depender de inventarios excesivos de piezas para mantener los dos tipos de fusiles operativos sino inventarios eficientes. El contar con un alto porcentaje de piezas compatibles hace que los procesos de fabricación y ensamblaje sean más eficientes y preparados para futuros incrementos en la producción de fusiles por día.

La **FIGURA 3** muestra el Ensamblaje Inferior Mayor (EIM) de las piezas que son comunes tanto en el fusil UPR calibre 5.56x45 mm OTAN como en el fusil UCR calibre 7.62x51 mm OTAN. La **FIGURA 4** muestra el Ensamblaje Superior Mayor (ESM) de las piezas que son comunes tanto en el fusil UPR calibre 55.6x45 mm OTAN como en el fusil UCR calibre 7.62x51 mm OTAN.

Christian J. Quintanilla
President
Unified Weapon Systems Inc

6039 West Chelsea St, Tampa, FL 33634 • Tel • 1 (407) 797-7502 USA
international@unifiedweapons.com • www.unifiedweapons.com

Sandro Monteblanco Marquez    18
Representante Autorizado
Unifed Weapon Systems Inc



**FIGURA 3**

Componentes del Ensamblaje Inferior Mayor (EIM) que son comunes para el UPR y el UCR



Major Lower Assembly
UPR and UCR common Components

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

6019 West Chelsea St. Tampa, FL 33634 • Tel +1 (407) 758 ... international@unifiedweapons.com • www.unifiedweapons.com

19



## FIGURA 4
Componentes del Ensamblaje Superior Mayor (ESM) comunes para los fusiles UPR y UCR



Major Upper Assembly
UPR and UCR common Components

El **CUADRO 5** describe todas las piezas en común para ensamblar el fusil UPR o el UCR con sus respectivos números de piezas

## CUADRO 5
Lista de componentes comunes de los fusiles UPR calibre 5.56x45 mm OTAN y UCR calibre 7.62x51 mm OTAN

| PARTE DEL DISEÑO #: | PIEZA UWS #: | NOMBRE DEL COMPONENTE |
|---|---|---|
| 3 | 064094704372 | RESORTE DEL RETÉN DE CIERRE 5.56 Y 7.62 |

Christian J. Quintanilla
President
Unified Weapon Systems Inc.

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

20



| 4 | 064094704373 | RESORTE   DEL RETÉN DE CIERRE 5.56 Y 7.62 |
| 6 | 064094704375 | SELECTOR DE SEGURO AUTOMATICO - B.A.D.5.56 AND 7.62 |
| 7 | 064094704376 | RESORTE DE MARTILLO 5.56 AND 7.62 |
| 8 | 064094704377 | RESORTE DE FIADOR AUTOMATICO 5.56 Y 7.62 |
| 9 | 064094704378 | FIADOR AUTOMATICO 5.56 Y 7.62 |
| 10 | 064094704379 | MARTILLO AUTOMATICO 5.56 Y 7.62 |
| 11 | 064094704380 | RETENEDOR DE AMORTIGUADOR 5.56 Y 7.62 |
| 12 | 064094704381 | RESORTE DE  RETENEDOR DE AMORTIGUADOR 5.56 Y 7.62 |
| 13 | 064094704382 | PERNO DE ROLLO  DEL RETÉN DE CIERRE 5.56 Y 7.62 |
| 14 | 064094704383 | RESORTE DE RETÉN DESMONTABLE/DE PIVOTEO 5.56 Y 7.62 |
| 15 | 064094704384 | PERNO DE RETENCIÓN  DESMONTABLE/DE PIVOTEO 5.56 Y 7.62 |
| 16 | 064094704385 | PERNO  DESMONTABLE 5.56 Y 7.62 |
| 17 | 064094704386 | PLACA DE SUJECIÓN DEL TUBO DEL AMORTIGUADOR CON QD 5.56 Y 7.62 |
| 18 | 064094704387 | TUERCA ENTALLA 5.56 Y 7.62 |
| 19 | 064094704388 | RESORTE DEL AMORTIGUADOR AUTOMATICO – ROJO 7.62 |
| 22 | 064094704391 | TUBO DE AMORTIGUADOR 7.62 |
| 23 | 064094704392 | STOCK DE MODIFICACION PECULIAR PARA OPERACIONES 5.56 Y 7.62 |
| 24 | 064094704393 | TORNILLO DE EMPUÑADURA 5.56 Y 7.62 |
| 25 | 064094704394 | ARANDELA DEL TORNILLO  EMPUÑADUR5.56 Y 7.62 A |
| 26 | 064094704395 | PERNO DE FIADOR AUTOMATICO 5.56 Y 7.62 |
| 27 | 064094704396 | PERNO DE MARTILLO/GATILLO 5.56 Y 7.62 |
| 28 | 064094704397 | BOTON DEL PESTILLO DEL CARGADOR 5.56 Y 7.62 |
| 29 | 064094704398 | RESORTE DEL PETILLO DEL CARGADOR 5.56 Y 7.62 |
| 30 | 064094704399 | DESCONECTOR AUTOMATICO 5.56 Y 7.62 |

Christian J. Quintanilla
President
Unifed Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unifed Weapon Systems Inc

21



| 31 | 064094704400 | RESORTE DEL  DESCONECTOR AUTOMATICO 5.56 Y 7.62 |
| 32 | 064094704401 | RETEN SELECTOR 5.56 AND 7.62 |
| 33 | 064094704402 | RESORTE DEL RETEN DEL SELECTOR DE SEGURO 5.56 Y 7.62 |
| 34 | 064094704403 | GATILLO 5.56 Y 7.62 |
| 35 | 064094704404 | RESORTE DEL GATILLO 5.56 Y 7.62 |
| 40 | 064094704409 | DISPOSITIVO DSAS 5.56 Y 7.62 |
| 48 | 064094704417 | ENSAMBLAJE DE ASISTENCIA FRONTAL CON PA5.56 Y 7.62 TA |
| 49 | 064094704418 | RESORTE DE ASISTENCIA FRONTAL 5.56 Y 7.62 |
| 50 | 064094704419 | 5.56 Y 7.62 FORWARD ASSIST SPRING PIN |
| 55 | 064094704424 | PERNO DEL RESORTE DE ASISTENCIA FRONTAL 5.56 Y 7.62 |
| 56 | 064094704425 | CLIP DEL PERNO DE LA  CUBIERTA DEL PUERTO DE EYECCIÓN 5.56 Y 7.62 |
| 60 | 064094704429 | TORNILLOS DEL RIEL DE CALOR SINCRONIZADO MODUL-R 5.56 Y 7.62 |
| 61 | 064094704430 | GUARDAMANOS/RIEL MODUL-R 5.56 Y 7.62 |
| 62 | 064094704431 | RIEL LATERAL MODUL-R CON DESCONECTORES DE PORTACORREA DE EXTRACCIÓN RÁPIDA 5.56 Y 7.62 |
| 63 | 064094704432 | TORNILLOS DE  RIEL LATERAL MODUL-R 5.56 Y 7.62 |
| 67 | 064094704436 | PERNO DEL BOTON DEL RETÉN DEL PLUG DE GAS 5.56 Y 7.62 |
| 68 | 064094704437 | PLUG DE GAS - GP3 - MELONITEADO 5.56 Y 7.62 |
| 69 | 064094704438 | BOTON DEL RETÉN DEL PLUG DE GAS - MELONITEADO 5.56 Y 7.62 |
| 70 | 064094704439 | RESORTE DE  BOTON DEL RETÉN DEL PLUG DE GAS 5.56 Y 7.62 |
| 71 | 064094704440 | BLOQUE DE GAS 45.56 AND 7.62 |
| 72 | 064094704441 | MIRA FRONTAL DE RÁPIDO GIRO 5.56 AND 7.62 |
| 73 | 064094704442 | PERNO DEL BLOQUE DE GAS 5.56 AND 7.62 |
| 75 | 064094704444 | RESORTE DE VARILLA DE UNIDAD 5.56 Y 7.62 |

Christian J. Quintanilla
President
Unified Weapon Systems Inc

6019 West Chelsea St. Tampa, FL 33634 • Tel - 1 (407) 797-9169 USA
internationalyunifiedweapons.com • www.unifiedweapons.com

Sandro Monteblanco Marquez
Representante Autorizado
Unifed Weapon Systems Inc

22



| 79 | 064094704448 | OPTICO DE COMBATO DE TITANIO 4X327.62 |
| 81 | 064094704450 | RESORTE DE  MANGO DE CARGA 5.56 Y 7.62 |
| 82 | 064094704451 | PERNO DE MANGO DE CARGA 5.56 Y 7.62 |
| 83 | 064094704452 | PESTILLO DE MANGO DE CARGA 5.56 Y 7.62 |
| 88 | 064094704457 | PERNO RETENEDOR DE AGUJA PERCUTORA 5.56 Y 7.62 |
| 91 | 064094704460 | BARRA TRASERA DEL RIEL LATERAL MODUL-R 5.56 Y 7.62 |
| 92 | 064094704461 | COJINETE DEL FIADOR AUTOMÁTICO 5.56 AND 7.62 |
| 93 | 064094704462 | PLACA DEL DISPOSITIVO DSAS 5.56 Y 7.62 |
| 94 | 064094704463 | TORNILLOS DE LA PLACA DEL DISPOSITIVO DSAS 5.56 Y 7.62 |

## Parte 4:   Licencia de Fabricación

Unified Weapon Systems Inc. está registrado en los Estados Unidos de América con la Oficina de Alcohol, Tabaco, Armas de Fuego y Explosivos (BATFE) y cuenta con Licencia de fabricación  de armas Tipo 7.

UWS obtuvo el Sello fiscal de Ocupación Especial de la BATF para la fabricación de Dispositivos Destructivos Tipo 3 y también está registrada en el Departamento de Estado de Los Estados Unidos y Dirección de Controles Comerciales de Defensa como fabricante y exportador.

El Departamento de Comercio de los Estados Unidos aprobó a UWS como un vendedor y está respaldado  por el Centro de Defensa de Comercio Internacional. Además, UWS está registrado con el Sistema Gobierno de Estados Unidos para la Excelencia de Gestion, mejor conocido como SAM (Siglas en Inglés)

La **FIGURA 5** muestra una copia de la Licencia de Fabricación emitida por la autoridad competente de los Estados Unidos (BAFTE).

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unifed Weapon Systems Inc



FIGURA 5

Licencia de fabricación de armas para Unified Weapon Systems Inc., emitida por la autoridad correspondiente

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Federal Firearms License**
*(18 U.S.C. Chapter 44)*

In accordance with the provisions of Title I, Gun Control Act of 1968, and the regulations issued thereunder (27 CFR Part 478), you are licensed to engage in the business specified in this license, within the limitations of Chapter 44, Title 18, United States Code, and the regulations issued thereunder, until the expiration date shown. **THIS LICENSE IS NOT TRANSFERABLE UNDER 27 CFR 478.51.** See "WARNINGS" and "NOTICES" on reverse.

| Direct ATF Correspondence To | ATF - Chief, FFLC 244 Needy Road Martinsburg, WV 25405-9431 | License Number | **1-59-057-07-7E-31029** |
| Chief, Federal Firearms Licensing Center (FFLC) *Tracey Robertson* | | Expiration Date | **May 1, 2017** |

Name
UNIFIED WEAPON SYSTEMS

Premises Address (Changes? Notify the FFLC at least 30 days before the move.)
6019 W CHELSEA ST
TAMPA, FL 33634-

Type of License

07-MANUFACTURER OF FIREARMS OTHER THAN DESTRUCTIVE DEVICES

Purchasing Certification Statement
The licensee named above shall use a copy of this license to assist a transferor of firearms to verify the identity and the licensed status of the licensee as provided by 27 CFR Part 478. The signature on each copy must be an original signature. A faxed, scanned or e-mailed copy of the license with a signature intended to be an original signature is acceptable. The signature must be that of the Federal Firearms Licensee (FFL) or a responsible person of the FFL. I certify that this is a true copy of a license issued to the licensee named above to engage in the business specified above under "Type of License."

Mailing Address (Changes? Notify the FFLC of any changes.)

AGUIEUS LLC
UNIFIED WEAPON SYSTEMS
6019 W CHELSEA ST
TAMPA, FL 33634-

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0090 (05/31/2017)

**2016 Special Tax Stamp**

| Name and Principal Business Address | Tax Statement (Annual Tax Rate) | 500.00 | TAX 2016 YEAR |
| AGUIEUS LLC UNIFIED WEAPON SYSTEMS 6019 W CHELSEA ST TAMPA, FL 33634 | Initial Tax . . . . $ | 500.00 | |
| | Additions . . . . $ | .00 | |
| | Total Tax PAID.$ | 500.00 | |

THIS IS NOT A BILL.
DO NOT PAY THE AMOUNT NOTED.

| Actual Physical Business Address *(See Number 2 below)* AGUIEUS LLC UNIFIED WEAPON SYSTEMS 6019 W CHELSEA ST TAMPA, FL 33634 | | Type of Operation Conducted (72) NFA FIREARMS MFGR (REDUCED) |
| | 0006 | Number of Locations 1 OF 1 |

This is a receipt of payment of Special (Occupational) Tax (SOT) under the National Firearms Act. (27 CFR 479.36)

If You Have Any Questions, Refer To The Information Below

| Date of This Receipt NOVEMBER 17, 2015 | Dates of Special Tax Period 07/01/2015 TO 06/30/2016 |
| Employer Identification Number 61-1536892 | Control Number 2015156-N50-002 |

If you have any questions, you may contact the Bureau of Alcohol, Tobacco, Firearms and Explosives as follows:

CALL: (304) 616-4500    OR    WRITE: National Firearms Act Branch, Bureau of ATF
FAX    (304) 616-4501                     244 Needy Road

Christian J. Quintanilla
President
Unified Weapon Systems Inc

6019 West Chelsea St Tampa, FL 33634 • Tel - 1409
international@unifiedweapons.com • www.unified...

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

24



**Parte 5: Información de la Planta de Ensamblaje y Fabricación.**

Como se establece en nuestra oferta Económica – Financiera, el proyecto está dividido en 3 fases. Las 2 primeras incluirán el ensamblaje de los fusiles, desde el ensamblado de subconjuntos principales hasta el ensamblaje de todos los componentes (94). Después de que las fases de ensamblaje estén concluidas el proyecto irá a su fase final la cual involucra la fabricación de componentes principales enumerados en la Oferta de Transferencia Tecnológica-

Con el objetivo de trabajar de una manera eficiente y moderna, UWS ha elaborado los planos esquemáticos de la planta y una lista de máquinas y personal necesario para cumplir con los requisitos del proyecto.

**El ESQUEMA 1** muestra la disposición de las instalaciones en la cual los fusiles serán ensamblados y posteriormente fabricados, incluyendo todas las áreas necesarias para el control de calidad y almacenes seguros.

**ESQUEMA 1**

Plano de las instalaciones para el ensamblado y co-fabricación de fusiles UPR y UCR



Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

25



El CUADRO 6 muestra la maquinaria y las herramientas necesarias de acuerdo a lo mencionado en la oferta Económica – Financiera.

El CUADRO 7 muestra el personal que estará involucrado durante la duración del proyecto.

CUADRO 6: Lista de Maquinarias y Herramientas

| |
|---|
| Kit de Herramientas  Armador Multi Caliber Master. |
| Kit de Herramientas Armador y Ensamblador 5.56x45 mm OTAN. |
| Estación de Trabajo Avanzada Armador/Ensamblador de UWS<br>Área de superficie de tablero poli no abrasivo, con sistema RFID integrado, computador "onboard" con monitor de pantalla táctil, compresor de aire "onboard", fuente de distribución de poder protegida, prensa de banco, iluminación cenital, lámpara magnificadora flexible, cajones de herramientas con cerradura, y un taburete. |
| Software de Sistema de Control A2I™ (Active Inventory and Identification). |
| Licencia de Usuario de la Estación de Trabajo de Ensamblaje / Armador |
| Equipos de Prueba y Herramientas Especiales de calibre 5.56x45 mm OTAN. |
| Manuales técnicos y manuales de instrucciones. |
| Actualizaciones del Kit de Herramientas Armador calibre 7.62. |
| Manuales Técnicos y Manuales de Instrucciones del calibre 7.62x51 mm OTAN. |
| Equipos de Prueba y Herramientas Especiales del calibre 7.62x51 mm OTAN. |
| Maquina CNC Vertical con Herramientas. |
| Torno y Equipos de Acabado. |
| Máquina de Anodizado. |
| Máquina de Brochado. |
| Piezas Asociadas y Equipo de Mantenimiento. |
| Herramientas Especiales de Manufacturación CNC, y Equipos de Prueba. |
| Manuales Técnicos Mecanizados y Manuales de Instrucciones del CNC. |

Christian J. Quintanilla
President
Unified Weapon Systems Inc.

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

26



CUADRO 7: Lista de Personal

| | Título | Descripción del Trabajo | Certificaciones y Entrenamientos | Número de Personal |
|---|---|---|---|---|
| 1 | Supervisor de Operaciones | En general, responsable de la producción de sistemas de armas desde la recepción de piezas hasta final de los sistemas de armas completas. | Ingeniero, Preferiblemente Oficial Militar Retirado o Activo | 1 |
| 2 | Maestro Armero | Experto en todos los aspectos de ensamblaje, mantenimiento, funcione de armas y solución de problemas. | Maestro Armero certificado por UWS | 1 |
| 3 | Armero Asistente | Ayuda al Maestro Armero en la solución de problemas y ensambla inspecciones a través del proceso de ensamblaje. | Armero certificado por UWS | 1 |
| 4 | Especialista en Almacén | Mantiene las piezas y completa el sistema de inventario de armas, recupera y prepara piezas para el ensamblaje. | Especialista en Almacén Nivel 1 y 2 certificado por UWS. | 1 |
| 5 | Especialista de Ensamblaje | Ensambla fusiles de combate usando piezas pre inspeccionadas. | Especialista de Ensamblaje Nivel 1 y 2. | 4 |
| 6 | Especialista en Manufactura | Manufactura piezas usando CNC, tornos y otros equipos | Especialista en Manufacturación Nivel 1 y 2 | 4 |
| 7 | Operador de Armas | Prueba armas de fuego para el apropiado funcionamiento, en armas semi y automáticas, prueba miras ópticas. | Armero certificado por UWS Operador de UWS Nivel 1 y 2 | 1 |
| 8 | Soporte de Polígono | Líneas de Campo: Limpia, re ensambla y tiene sistemas de pruebas de funcionamiento de armas. Asiste al Operador de Armas con operaciones de rango tales como recarga del cargador, objetivos y control de inventario | Operador UWS Nivel 1 | 1 |
| 9 | Especialista en Control de Calidad | Inspecciona Ensamblaje de Fusiles tal como son completados; antes de proceder con el siguiente paso. Inspecciona todos los sistemas de armas completadas después de ser limpiados y antes de ser enviados para preservación. | Especialista en Control de Calidad de UWS de Nivel 1 - 3 | 1 |
| 10 | Especialista en Preservación | Prepara los sistemas de armas para su inmediata entrega o almacenaje por largos términos según sea requerido. | Especialista en Almacén de UWS Nivel 1 y 2. | 1 |
| | | | Personal Total | 16 |

Christian J. Quintanilla
President
Unified Weapon Systems Inc.

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

27



## DECLARACION JURADA

Lima, Diciembre 11 del 2015

Declaro bajo juramento que las piezas utilizadas como componentes de los fusiles Unified Weapon Systems UPR calibres 5.56x45 mm NATO son 100% intercambiables y compatibles con otros fusiles UPR calibres 5.56x45 mm NATO de igual configuración.

Asi mismo, las piezas utilizadas como componentes de los fusiles Unified Weapon Systems UCR calibres 7.62x51 mm NATO son 100% intercambiables y compatibles con otros fusiles UCR calibres 7.62x51 mm NATO de igual configuración.

Christian J. Quintanilla Aurich
Presidente / CEO
Unified Weapon Systems INC
6019 Chelsea Street, Tampa, FL 33634
Tel +1 (407) 797-9169 USA
christian.quintanilla@unifiedweapons.com
www.unifiedweapons.com

---

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

28



**DECLARACION JURADA**

Lima, Diciembre 11 del 2015

Declaro bajo juramento que al menos el 50% de  las piezas utilizadas como componentes de los fusiles Unified Weapon Systems UPR calibres 5.56x45 mm NATO y de los fusiles Unified Weapon Systems UCR calibres 7.62x51 mm NATO son comunes, compatibles e intercambiables y pueden ser utilizadas en el ensamblaje de cualquiera de los dos fusiles en sus versiones estandar, esto es, en las versiones del fusil UPR calibre 5.56x45 mm NATO  con cañon de 14.5 pulgadas y el UCR 7.62x51 mm NATO con cañon de 16 pulgadas de longitud .

Christian J. Quintanilla Aurich
Presidente / CEO
Unified Weapon Systems INC
6019 Chelsea Street, Tampa, FL 33634
Tel +1 (407) 797-9169 USA
christian.quintanilla@unifiedweapons.com
www.unifiedweapons.com

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

29



**DECLARACION JURADA**

Lima , Diciembre 11 del 2015

Declaro bajo juramento que Unifued Weapon Systems Inc. (UWS) garantizará por un periodo de 5 años  a los fusiles UPR calibres 5.56x45 mm NATO y UCR 7.62x51 mm NATO  tomando en cuenta condiciones normales de uso y su debido mantenimiento.

Christian J. Quintanilla Aurich
Presidente / CEO
Unified Weapon Systems INC
6019 Chelsea Street, Tampa, FL 33634
Tel +1 (407) 797-9169 USA
christian.quintanilla@unifiedweapons.com
www.unifiedweapons.com

Christian J. Quintanilla
President
Unified Weapon Systems Inc

6019 West Chelsea St Tampa, FL 33634 • Tel +1 (407) 797-9169 USA
international.uru@uweapons.com • www.unifiedweapons.com

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

30



**DECLARACION JURADA**

Lima, Diciembre 11 del 2015

Declaro bajo juramento que Unified Weapon Systems (UWS), domiciliada en 6019 West Chelsea Street, Tampa, FL 33634, USA, otorgará a FAME SAC dos (02) fusiles UCR calibres 7.62x51 mm NATO y dos (02) fusiles UPR calibres 5.56x45 mm NATO como muestra para la realización de las pruebas de campo.

Christian J. Quintanilla Ausich
Presidente / CEO
Unified Weapons Systems INC
6019 Chelsea Street, Tampa, FL 33634
Tel +1 (407) 797-9169 USA
christian.quintanilla@unifiedweapons.com
www.unifiedweapons.com

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unifed Weapon Systems Inc

31



**DECLARACION JURADA**

Lima, Diciembre 11 del 2015

Declaro bajo juramento que Unified Weapon Systems (UWS), domiciliada en 6019 West Chelsea Street, Tampa, FL 33634, USA, posee servicio de repuestos y mantenimiento para los fusiles UCR calibres 7.62x51 mm NATO y los fusiles UPR calibres 5.56x45 mm NATO que serán vendidos por FAME SAC.

Tal servicio de repuestos y mantenimiento permanecerá vigente y disponible durante el tiempo que dure el convenio en cuestión.

Christian J. Quintanilla Aldrich
Presidente / CEO
Unified Weapons Systems INC
6019 Chelsea Street, Tampa, FL 33634
Tel +1 (407) 797-9169 USA
christian.quintanilla@unifiedweapons.com
www.unifiedweapons.com

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

32



**DECLARACION JURADA**

Lima, Diciembre 11 del 2015

Declaro bajo juramento que Unified Weapon Systems (UWS), domiciliada en 6019 West Chelsea Street, Tampa, FL 33634, USA, Instalará en FAME SAC una línea de ensamblado con una capacidad de 40 fusiles UPR calibres 5.56x45 mm NATO o UCR calibres 7.62x51 mm NATO por jornada de trabajo de ocho (08) horas continúas.

Christian J. Quintanilla Aurich
Presidente /CEO
Unified Weapons Systems INC
6019 Chelsea Street, Tampa, FL 33634
Tel +1 (407) 797-9169 USA
christian.quintanilla@unifiedweapons.com
www.unifiedweapons.com

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unifed Weapon Systems Inc

33



# UNIFIED WEAPON SYSTEMS INC

## CONFIDENCIAL

# Oferta Técnica y de Calidad

Concurso de Asociación para el ensamblaje y co -
fabricación de los fusiles UCR calibre 7.62x51mm
OTAN y fusiles UPR calibre 5.56x45 mm OTAN

FAME - PERU

CONCURSO PRIVADO INTERNACIONAL

002-2015

FIN DEL DOCUMENTO

Christian J. Quintanilla
President
Unified Weapon Systems Inc

Sandro Monteblanco Marquez
Representante Autorizado
Unified Weapon Systems Inc

34