# ANEXO N° 04

## ESPECIFICACIONES TÉCNICAS

### FUSIL CALIBRE 7.62 X 51mm NATO:

| N° | DATOS GENERALES | CARACTERISTICAS |
|---|---|---|
| 01 | TIPO | Fusil de Asalto |
| 02 | CALIBRE | 7.62X51 mm NATO |
| 03 | PESO DEL FUSIL SIN CARGADOR | No mayor a 4100 gr. |
| 04 | CAPACIDAD DEL CARGADOR | 20 Cartuchos como mínimo |
| 05 | MATERIAL DEL CARGADOR | Metálico o polímero |
| 06 | ALCANCE EFECTIVO | 800 mts Mínimo mira óptica militar de hasta 4x |
| 07 | PRECISION A 100 MTS | Menor o igual a 3 MOA 60% 10 disparos |
| 08 | PRECISION A 300 MTS | Menor o igual a 3 MOA 60% 10 disparos |
| 09 | PRECISION A 800 MTS | Menor o igual a 3 MOA 60% 10 disparos |
| 10 | VELOCIDAD INICIAL | Que permita emplear munición mayor o igual a 750 m/s |
| 11 | LONGITUD DEL CAÑON | Que permite un alcance eficaz de 800 m. (16 a 20 pulgadas) |
| 12 | TIPON DE CAÑON | Preferente Flotante |
| 13 | CADENCIA DE TIRO | 550 - 700 DPM |
| 14 | ORGANOS DE PUNTERIA | Mecánicos regulables (alza y guion) |
| 15 | RIELES PICATINNY | Superior (de preferencia que incluya montajes con rosca ¼-20 y que permita acondicionar accesorios) Inferior (que permita el acople de un lanzagranadas) y laterales de acuerdo al modelo del fabricante. |
| 16 | TROMBLON | Que minimice el fogonazo y permita adaptar bayoneta y preferentemente adaptar silenciador/ supresor también |
| 17 | EYECCION | Lateral hacia adelante |
| 18 | LONGITUD CON CULATA PLEGADA O TELESCOPICA EN MINIMA EXTENSION | 920 mm máximo en versión con cañon estándar de 16 pulgadas |
| 19 | LONGITUD CON CULATA | 1000 mm máximo en versión con cañon estándar de 16 pulgadas |

| | DESPLEGADA O TELESCOPICA EN MAXIMA EXTENSION | |
|---|---|---|
| 20 | VIDA UTIL DEL CAÑON | 20,000 a más disparos |
| 21 | REVESTIMIENTO INTERIOR DEL CAÑÓN | Cromo duro |
| 22 | LINEAS HELICOIDALES | De acuerdo a las normas del fabricante y aceptadas bajo normas NATO Y STANAG |
| 23 | POSICIONES DEL SELECTOR DE TIRO | Automático, semiautomático y seguro |
| 24 | PRINCIPIO DE FUNCIONAMIENTO | Por toma de gases y preferente con sistema de gas pistón |
| 25 | COLOR | Negro o arena |
| 26 | NIVELES DERESISTENCIA (SHOCK TERMICO, VIBRACION Y OTROS) | Normas NATO y STANAG 2895<br>Normas MIL STD 810 y STANAG 2895<br>Normas NATO y MIL STD 810<br>Normas NATO, MIL STD 810 y STANAG 2895 |
| 27 | PORTA FUSIL | De acuerdo al diseño del fabricante de alta resistencia y regulable |
| 28 | PALANCA DE ARMAR | Ambidiestra, según modelo del fabricante y que pueda ser operada con comodidad |
| 29 | CULATA | Regulable en longitud (telescópica) y/o plegable |
| 30 | MANTENIMIENTO DE 1ER ESCALON | Por el usuario y sin uso de herramientas, incluyendo el mantenimiento del sistema a pistón a gas, si lo tuviese |
| 31 | EMPUÑADURA | • Ergonómica |
| 32 | MARCAJE | • Marca y modelo del fabricante<br>• País de fabricación<br>• Calibre<br>• Número de serie (Debe encontrarse en el receptor inferior, el cual es el componente donde se encuentra el cajón de mecanismos) |
| 33 | ACCESORIOS POR ARMA | • 05 Cargadores<br>• Kit de mantenimiento<br>• Porta fusil<br>• Bayoneta<br>• Porta bayoneta |
| 34 | PRESENTACION | • Estuche de polímero u otro material de alta resistencia, individual o multipack |
| 35 | AÑO DE FABRICACION | Año 2015 o posterior, nuevo, no remanufacturado ni repotenciado |

| 36 | GARANTIA TECNICA | Cinco (05) años en condiciones normales de uso. |
|---|---|---|
| 37 | IDENTIFICACION COMPLEMENTARIA | Código 2D-Matrix y/o Dispositivo de Radio-Frecuencia UHF para fines de identificación y/o inventario electrónico |

## OTRAS CONSIDERACIONES

La FAME considera que para la fabricación se tomen en consideración las siguientes disposiciones:

- Las marcas deben estar en una superficie exterior y ser visibles, claramente reconocibles sin necesidad de recurrir al uso de herramientas técnicas específicas, legibles, duraderas, y cuando ello sea posible técnicamente, recuperables.

- Las marcas deberían aplicarse a un componente esencial o estructural de las armas, un componente se considera esencial si su destrucción hace que el arma quede inoperativa permanentemente o hace imposible su reactivación.

- El marcaje o grabación deberá comprender la siguiente información:
  - Logo o marca y nombre del fabricante
  - Modelo
  - Calibre
  - Número de serie
  - País de fabricación,

- El marcaje del número de serie podrá ser de tipo alfanumérico y dependerá del sistema de serialización del fabricante

- La marca comercial podría ser ubicada en algún otro lugar de la parte estructural.

- Es posible utilizar la tecnología de micro golpe o de láser.

- El marcaje o grabación de los fusiles, deberá alcanzar un mínimo de 1mm de profundidad y será realizada en el receptor inferior, el cual es el componente donde se encuentra el cajón de mecanismos.

**FUSIL DE ASALTO CALIBRE 5.56 X 45MM NATO:**

| N° | DATOS GENERALES | CARACTERISTICAS |
|---|---|---|
| 01 | TIPO | Fusil de Asalto |
| 02 | CALIBRE | 5.56X45 mm NATO |
| 03 | PESO DEL FUSIL SIN CARGADOR | No mayor a 3300 gr. |
| 04 | CAPACIDAD DEL CARGADOR | 30 Cartuchos |
| 05 | MATERIAL DEL CARGADOR | Metálico o polímero |
| 06 | ALCANCE EFECTIVO | 500 mts Mínimo mira óptica militar de hasta 4x |
| 07 | PRECISIÓN A 100 MTS | Menor o igual a 3 MOA 60% 10 disparos |
| 08 | PRECISIÓN A 300 MTS | Menor o igual a 3 MOA 60% 10 disparos |
| 09 | PRECISIÓN A 800 MTS | Menor o igual a 3 MOA 60% 10 disparos |
| 10 | VELOCIDAD INICIAL | Que permita emplear munición mayor o igual a 850 m/s |
| 11 | LONGITUD DEL CAÑON | Que permite un alcance eficaz de 500 m. (14.5 - 18 pulgadas) |
| 12 | TIPON DE CAÑON | Preferente Flotante |
| 13 | CADENCIA DE TIRO | 550 - 700 DPM |
| 14 | ORGANOS DE PUNTERIA | Mecánicos regulables (alza y guion) |
| 15 | RIELES PICATINNY | Superior (de preferencia que incluya montajes con rosca ¼-20 y que permita acondicionar accesorios) Inferior (que permita el acople de un lanzagranadas) y laterales de acuerdo al modelo del fabricante. |
| 16 | TROMBLON | Que minimice el fogonazo y permita adaptar bayoneta y preferentemente adaptar silenciador/ supresor también |
| 17 | EYECCION | Lateral hacia adelante |
| 18 | LONGITUD CON CULATA PLEGADA O TELESCÓPICA EN MÍNIMA EXTENCIÓN | 830 mm máximo en versión con cañón estándar de 14.5 pulgadas |
| 19 | LONGITUD CON CULATA DESPLEGADA O TELESCÓPICA EN MAXIMA EXTENCIÓN | 915 mm máximo en versión con cañón estándar de 14.5 pulgadas |
| 20 | VIDA UTIL DEL CAÑON | 20,000 a más disparos |

| | | |
|---|---|---|
| 21 | REVESTIMIENTO INTERIOR DEL CAÑÓN | Cromo duro |
| 22 | LÍNEAS HELICOIDALES | De acuerdo a las normas del fabricante y aceptadas bajo Normas NATO Y STANAG |
| 23 | POSICIONES DEL SELECTOR DE TIRO | Automático, semiautomático y seguro |
| 24 | PRINCIPIO DE FUNCIONAMIENTO | Por toma de gases y preferente con sistema de gas pistón |
| 25 | COLOR | Negro o arena |
| 26 | NIVELES DERESISTENCIA (SHOCK TÉRMICO, VIBRACIÓN Y OTROS) | Normas NATO y STANAG 2895<br>Normas MIL STD 810 y STANAG 2895<br>Normas NATO y MIL STD 810<br>Normas NATO, MIL STD 810 y STANAG 2895 |
| 27 | PORTA FUSIL | De acuerdo al diseño del fabricante de alta resistencia y regulable |
| 28 | PALANCA DE ARMAR | mbidiestra, según modelo del fabricante y que pueda ser operada con comodidad |
| 29 | Culata | Regulable en longitud (telescópica) y/o plegable |
| 30 | MANTENIMIENTO DE 1ER ESCALON | Por el usuario y sin uso de herramientas, incluyendo el mantenimiento del sistema a pistón a gas, si lo tuviese |
| 31 | EMPUÑADURA | • Ergonómica |
| 32 | MARCAJE | • Marca y modelo del fabricante<br>• País de fabricación<br>• Calibre<br>• Número de serie (Debe encontrarse en el receptor inferior, el cual es el componente donde se encuentra el cajón de mecanismos) |
| 33 | ACCESORIOS POR ARMA | • 05 Cargadores<br>• Kit de mantenimiento<br>• Porta fusil<br>• Bayoneta<br>• Porta bayoneta |
| 34 | PRESENTACION | • Estuche de polímero u otro material de alta resistencia, individual o multipack |
| 35 | AÑO DE FABRICACIÓN | Año 2015 o posterior, nuevo, no remanufacturado ni repotenciado |
| 36 | GARANTÍA TÉCNICA | Cinco (05) años en condiciones normales de uso. |
| 37 | IDENTIFICACION | Código 2D-Matrix y/o Dispositivo de Radio-Frecuencia UHF para fines de identificación y/o inventario electrónico |

## OTRAS CONSIDERACIONES

La FAME considera que para la fabricación se tomen en consideración las siguientes disposiciones:

- Las marcas deben estar en una superficie exterior y ser visibles, claramente reconocibles sin necesidad de recurrir al uso de herramientas técnicas específicas, legibles, duraderas, y cuando ello sea posible técnicamente, recuperables.
- Las marcas deberían aplicarse a un componente esencial o estructural de las armas, un componente se considera esencial si su destrucción hace que el arma quede inoperativa permanentemente o hace imposible su reactivación.
- El marcaje o grabación deberá comprender la siguiente información:
  - Logo o marca y nombre del fabricante
  - Modelo
  - Calibre
  - Número de serie
  - País de fabricación,
- El marcaje del número de serie podrá ser de tipo alfanumérico y dependerá del sistema de serialización del fabricante.
- La marca comercial podría ser ubicada en algún otro lugar de la parte estructural.
- Es posible utilizar la tecnología de micro golpe o de láser.

El marcaje o grabación de los fusiles, deberá alcanzar un mínimo de 1mm de profundidad y será realizada en el receptor inferior, el cual es el componente donde se encuentra el cajón de mecanismos.