# ANEXO N° 05

# PLAN DE NEGOCIOS FAME – UWS

## 1. INTRODUCCIÓN

### 1.1 Presentación

El presente documento contiene el Plan de Negocios para el ensamble, fabricación y comercialización, de Fusiles calibre 5.56x45mm OTAN y 7.62x51mm OTAN de la empresa **Unified Weapon Sytems INC (UWS)** de los Estados Unidos de Norteamérica, que serán ensambladas por la **FAME SAC** para el AF-2016 - 2031.

### 1.2 Objetivo

a. Establecer la estrategia comercial de la **FAME SAC** y **UWS** para el AF-2016 - 2031, que posibilite alcanzar la venta de la producción anual de Fusiles calibre 5.56x45mm OTAN y 7.62x51mm OTAN, tanto en mercado nacional como internacional.

b. Orientar la gestión comercial de la **FAME SAC** y **UWS** para el logro de las metas de venta y fortalecimiento y posicionamiento de los productos que se ensamblen y fabriquen dentro del convenio la **FAME SAC** y **UWS** para el AF-2016 - 2031.

### 1.3 Finalidad

Posicionar a **FAME SAC**, como el principal proveedor de armas para las FFAA y PNP así como posicionarse entre las mejores en Sur América.

## 2. SITUACIÓN EMPRESARIAL

### 2.1 Misión de la FAME S.A.C.

Efectuar la comercialización, desarrollo, fabricación, ensamblaje, modificación, modernización y mantenimiento de sistemas de armas y municiones de guerra, munición de uso civil y actividades conexas para el sector estatal y privado, con la finalidad de contribuir a la defensa y desarrollo socio-económico y tecnológico del país.

### 2.2 Visión de la FAME S.A.C.

Ser una empresa líder en Latinoamérica, en la fabricación de sistemas de armas, municiones y artículos conexos para la defensa, participando activamente en el desarrollo y seguridad nacional.

### 2.3 Situación de la FAME S.A.C.

Actualmente la **FAME SAC** ha firmado con la empresa **UWS** de los Estados Unidos de Norteamérica, un Contrato de Asociación en Participación para el ensamble, fabricación y comercialización, de Fusiles calibre 5.56x45mm OTAN y 7.62x51mm OTAN, en las instalaciones de **FAME SAC**. Dicho convenio especifica que **UWS** entregará a FAME SAC, equipos, herramientas, entrenamiento,

trasferencia tecnológica, inicialmente para la fase de ensamblado y posterior fabricación de Fusiles calibre 5.56x45mm OTAN y 7.62x51mm OTAN, DESE LOD Estados Unidos de Norteamérica y capacitará al personal de la FAME SAC, los cuales serán los responsables del ensamblaje, control de calidad de los Fusiles y entrega como producto terminado al almacén para su venta.

Actualmente existe una demanda de Fusiles calibre 5.56x45mm OTAN y 7.62x51mm OTAN y municiones de estos calibres en el país, tanto a nivel FFAA, PNP y en versión .223 y .308 como carabinas para otros organismos del estado, así como en el medio privado.

### 2.4 Entorno

Desde hace doce (12) años la economía en el Perú se encuentra estable, la moneda se muestra fuerte frente al dólar y no presenta signos de inflación. Frente a este decenario el Estado Peruano ha venido haciendo grandes inversiones en materia de entrenamiento y reequipamiento de sus Fuerzas Armadas y Policía Nacional. Estas instituciones tienen previsto dentro de sus proyectos de adquisiciones la renovación de sus Fusiles de asalto y otras armas ligeras que promedian 45 años de antigüedad.

Principales adquisiciones: Ejército del Perú Fusiles 7.62x51mm
Policía Nacional Fusiles 5.56x45mm

## 3. ANALISIS DEL MERCADO

### 3.1 Mercado Externo

La FAME SAC tiene en el sector externo como principales competidores a empresas de armamento como SIG SAUER de Estados Unidos, FN HERTAL de Bélgica, HK de Alemania, IWI de Israel, Rosoboronovo de Rusia, Colt de Estados Unidos entre otras, que estarían interesadas en atender los requerimientos de Fusiles de las FFAA y PNP.

Sin embargo el Fusil que FAME SAC Y UWS, comercializaran está al mismo nivel y en muchos casos superior a sus competidores internacionales.

### 3.2 Mercado Interno

Pese a que FAME SAC es la única fábrica en el Perú que produce municiones, ensambla armamento y otros artículos afines para uso de las FFAA, PNP y Comités de Auto Defensa y que en caso de conflicto armado permitiría un abastecimiento sostenido de acuerdo a nuestras necesidades, la gestión empresarial se ve afectada en el sector interno por la falta de compras corporativas estandarizadas de armas en las FFAA, PNP y en general en las entidades estatales.

En carabinas y accesorios calibre .308 y .223 existe un mercado que está atendido por empresas que se encuentran bien posicionadas en el

mercado nacional, que acaparan el 100% de las ventas de estas armas para uso civil.

Las principales empresas son las siguientes:
- **ARMAQ S.A.**
- **LIMA GUNS S.A.**
- **CADDIN S.A.**
- **SAFARI RANCH SAC**
- **ARMORY SUPPLY SAC**
- **IMPALA SPORT ARMAS Y MUNICIONES SAC**
- **ARMERIA EAGLES**
- **ARMERIA FORZA**
- **Otras en provincia**

Sin embargo, existe una expectativa creciente en el mercado por las armas que FAME SAC, empezará a ensamblar en Perú.

### 3.3 ANALISIS DEL MERCADO POTENCIAL

En primer orden de importancia, el mercado potencial para los Fusiles FAME SAC – UWS, son las Fuerzas Armadas y la Policía Nacional del Perú. El Ejército del Perú, tiene pendiente la adquisición de más de 8,000 Fusiles calibre 7.62x51mm, desde algunos años atrás debido a impugnaciones de los participantes en los procesos de compra al extranjero. Así mismo la PNP tiene previsto la adquisición de Fusiles 5.56x45mm para sus bases antiterroristas en el VRAEM y otras Unidades de Fuerzas Especiales así como la renovación de sus Fusiles AK 47 Calibre 7.62x39mm, por Fusiles modernos, versátiles y de menor calibre.

En segundo orden de importancia, el mercado potencial de carabinas es el personal en actividad de la Policía, Militares y tiradores civiles particulares y d los club de tiro a nivel nacional.

### 3.4 SEGMENTO DEL MERCADO

FAME SAC, podría tener el 100% del segmento de armas individuales o fusiles, de las FFAA y PNP, debido a la Ley FAME, que permite a FAME SAC vender sus productos sin pasar por el proceso de selección, mediante convenios Marco de Cooperación Inter institucional con FAME SAC.

a. El primer segmento de mercado y que representa el 75% de potenciales clientes está conformado por el Ejército, la Marina y la Fuerza Aérea del Perú, quienes poseen un armamento individual de dotación con más de 45 años de antigüedad. La proporción aproximada de demanda de las FFAA es como se representa en siguiente gráfico:



b. El segundo segmento de mercado y que representa el 25% del Mercado de Fusiles es la Policía Nacional del Perú.

### 3.5 VENTAJA COMPETITIVA

a. El ensamblaje de Fusiles en FAME asegura un volumen de stock constante.
b. Entrega del producto en plazos muchos más cortos.
c. Se promueve la estandarización de las FFAA y PNP
d. Entrenamiento de Instructores y armeros al cliente.
e. Tecnología UHF para identificación de las armas.
f. Servicio postventa, taller de mantenimiento de Fusiles y repuestos asegurados.
g. Acceso a las unidades Militares y Policiales para el marketing.
h. Se ofrece a la venta un Fusil de última generación.
i. El cliente hace la compra mediante convenio evitando un proceso internacional.
j. Menor tiempo la adquisición del material.
k. El Fusil puede adecuar a los requerimientos del cliente.
l. Garantía de 5 años.
m. Según la cantidad de fusiles se ofrece en donación módulo de mantenimiento de armas, con todas sus herramientas.

### 3.6 ANALISIS DE LA COMPETENCIA

a. Nuestros principales competidores son las empresas fabricantes de armamento con presencia en Perú, sin embargo FAME SAC bajo su Ley está facultada a comercializar con las instituciones del estado sin proceso de selección.
b. Debemos de tener en cuenta que debido a los volúmenes armamento y los montos en millones de dólares, que significan las adquisiciones de armamento más aun cuando se estandarizan, siempre estaremos expuestos a publicidad negativa y falsos cuestionamientos mediáticos

a fin de crear un rechazo a nuestro producto.

En al mercado de cabinas no se produciría este efecto puesto que el segmento es muy especial y conocedor del arma.

### 3.7 ESTRATEGIA DE MERCADO

a. **Estrategia del Producto**
   - Producto peruano para la defensa
   - La marca FAME SAC es reconocida a nivel Nacional
   - Entrega en plazos muy cortos
   - Nombre de la mitología peruana
   - Posee diseño de última generación
   - Material de polímero y aluminio aeroespacial
   - Cargadores de polímero o metálicos
   - Empaque tipo maleta
   - Kit de mantenimiento
   - Accesorios para el arma
   - Garantía de fábrica
   - Servicio esmerado de venta

b. **Estrategia de Precio**

c. **Estrategia de distribución**

d. **Estrategia de Promoción**

4. Proyección de ventas de unidades (periodo 15 años)

5. **Área Legal**
A fin de viabilizar el presente Plan de Negocios, es necesario que el Oficina de Asesoría Legal de la FAME SAC, realice la verificación de todos los procedimientos normativos legales relacionados a este giro de negocio con la SUCAMEC, a fin de no tener demoras en las gestiones de trámites para licencias y certificados de armas de fuego por parte de los clientes.