# ANEXO N° 06

# ÁREAS E INSTALACIONES



## LEYENDA

Planta de Ensamblaje

Planta de Producción, Laboratorio Balístico y Polígono de Tiro

## PLANTA DE ENSAMBLAJE:



## PLANTA DE PRODUCCIÓN, LABORATORIO BALÍSTICO Y POLÍGONO DE TIRO:

