# ANEXO N° 07

# BASES GENERALES INTEGRADAS

FÁBRICA DE ARMAS Y MUNICIONES DEL EJÉRCITO S.A.C. – FAME SAC



CONCURSO PRIVADO DE DIFUSIÓN PÚBLICA N° 002-2015

BASES GENERALES INTEGRADAS

PROCEDIMIENTO DE SELECCIÓN DE LA MEJOR OFERTA PARA LA CELEBRACIÓN DE UN CONTRATO ASOCIATIVO CUYO OBJETO ES LA TRANSFERENCIA TECNOLÓGICA PARA EL ENSAMBLAJE Y FABRICACIÓN DE FUSILES CALIBRES 7.62 X 51 mm NATO y 5.56 x 45 mm NATO

LIMA, DICIEMBRE DE 2015

CONTENIDO

1.0 ASPECTOS GENERALES DE LA INVITACIÓN A OFRECER
  1.01 OBJETO DEL CONCURSO
  1.02 DEL COMITÉ EVALUADOR
  1.03 RÉGIMEN LEGAL
  1.04 ACEPTACIÓN DE LAS CONDICIONES POR LOS COMPETIDORES Y OFERTANTES
  1.05 COMPUTO DE PLAZOS EN EL CONCURSO
  1.06 CALENDARIO DEL CONCURSO PRIVADO
  1.07 DE LOS COMPETIDORES Y OFERTANTES
  1.08 IMPEDIMENTOS PARA LOS OFERTANTES
  1.09 REGISTRO DE COMPETIDORES
  1.10 DOCUMENTOS DEL CONCURSO
  1.11 ENTREGA DE DOCUMENTOS
  1.12 FORMULACIÓN Y ABSOLUCIÓN DE PREGUNTAS
  1.13 OBLIGACIONES DEL OFERTANTE

2.0 ASPECTOS GENERALES DEL CONCURSO PRIVADO
  2.01 DE LA PRESENTACIÓN DE LAS OFERTAS
  2.02 RECEPCIÓN Y EVALUACIÓN DE OFERTAS
  2.03 PUBLICACIÓN DE RESULTADOS Y SELECCIÓN DE LA MEJOR OFERTA
  2.04 SOLUCIÓN DE CONTROVERSIAS EN EL CONCURSO PRIVADO
  2.05 DECLARATORIA DE DESIERTO
  2.06 CANCELACIÓN DEL CONCURSO PRIVADO
  2.07 PRESENTACIÓN DE CARTAS FIANZAS

3.0 ASPECTOS GENERALES PARA LA ADMISIÓN DE LA OFERTA (REQUERIMIENTOS MINIMOS)
  3.01 REQUERIMIENTOS MÍNIMOS DE LA OFERTA ECONÓMICO-FINANCIERA
  3.02 REQUERIMIENTOS MÍNIMOS DE LA OFERTA DE TÉCNICA Y DE CALIDAD
  3.02 REQUERIMIENTOS MÍNIMOS DE LA OFERTA DE TRANSFERENCIA TECNOLÓGICA






4.0 ASPECTOS GENERALES PARA LA EVALUACIÓN DE LAS OFERTAS ADMITIDAS

    4.01 CRITERIOS DE EVALUACIÓN DE LA OFERTA POR TRANSFERENCIA TECNOLOGICA

    4.02 CRITERIOS DE EVALUACIÓN DE LA OFERTA POR EL PORCENTAJE DE UTILIDAD ASEGURADO

5.0 DECLARACIÓN DE MEJOR OFERTA, NO OBJECIÓN Y PROCEDIMIENTO DE CELEBRACIÓN DEL CONTRATO

    5.01 DECLARACIÓN DE MEJOR OFERTA

    5.02 DECLARACIÓN DE MEJOR OFERTA CONSENTIDA

    5.03 CITACIÓN Y CONDICIONES DE LA PRUEBA DE CAMPO

    5.04 PRESENTACIÓN DE LA MEJOR OFERTA AL DIRECTORIO DE LA FAME S.A.C

    5.05 DECLARACIÓN DE "NO OBJECIÓN" DEL DIRECTORIO DE LA FAME S.A.C.

    5.06 REMISIÓN DE LOS REQUERIMIENTOS DOCUMENTALES PARA LA CELEBRACIÓN DEL CONTRATO



ANEXO 01:  CALENDARIO DEL CONCURSO PRIVADO

ANEXO 02:  ESPECIFICACIONES TECNICAS MINIMAS DE LOS FUSILES CALIBRE 7.62x51mm NATO y 5.56x45mm NATO

ANEXO 03:  DISPONIBILIDAD DE INSTALACIONES PARA LA LINEA DE ENSAMBLE

ANEXO 04:  PROFORMA DEL CONTRATO

## 1.0 ASPECTOS GENERALES DE LA INVITACIÓN A OFRECER

La empresa "Fábrica de Armas y Municiones del Ejército Sociedad Anónima Cerrada" - FAME SAC, fue creada mediante Ley N° 29314 y modificada por Ley 29411, cuyo 100% de acciones le pertenece al Fondo Nacional de Financiamiento de la Actividad Empresarial del Estado, bajo el ámbito del Ministerio de Defensa, como empresa del Sector Defensa, a tenor de lo dispuesto en el artículo 20 de la Ley de Organización y Funciones del Ministerio de Defensa-Ley 29605, Ley que establece la naturaleza jurídica, función, competencia y estructura orgánica básica del Ministerio de Defensa, por lo que se encuentra facultada para llevar a cabo el presente Concurso de naturaleza privada.




FAME SAC, como empresa estratégica del sector defensa, con incidencia directa en la seguridad nacional, abastece principalmente, en el rubro de armas y municiones, a las Fuerzas Armadas - FFAA y Policía Nacional del Perú – PNP, para ello, es necesario implementar e invertir en una planta de fabricación de fusiles en FAME SAC, a través de establecimiento de convenios o contratos asociativos con trasferencia tecnológica con fabricantes especializados que permitan desarrollar capacidades y adquirir conocimiento y tecnología para el ensamblaje y posterior co- fabricación y producción de fusiles de asalto 7.62x51mm NATO y 5.56x 45mm NATO dentro de sus instalaciones.



FAME SAC, es una empresa que se encuentra en franco crecimiento y expansión, siendo de conocimiento público que existe la necesidad permanente de los Institutos Armados (Ejército, Marina, Fuerza Aérea) y de la PNP, en la renovación de sus dotaciones de armamento individual y la probable adquisición de Fusiles de asalto calibre 7.62x51mm NATO y 5.56x45 mm NATO para uso de servicio.



Por tanto, la FAME S.A.C ha considerado necesario para su desarrollo empresarial, en cumplimiento de su objeto social y/o en razón de la demanda presente y futura en el mercado nacional, invitar a distintas empresas dedicadas a la fabricación de Fusiles calibres 7.62x51mm NATO y 5.56x45 mm NATO, a presentar ofertas que pudieran satisfacer la necesidad de iniciar una alianza estratégica para la transferencia tecnológica en el ensamblaje y fabricación de estos Fusiles. La intención de esta alianza estratégica concretada a través de un Contrato Asociativo, es que a su culminación la FAME S.A.C. se encuentre en condiciones técnico-económicas y con capacidad a nivel de recursos humanos, para ser auto sostenible en el ensamblaje y fabricación de Fusiles.

Siendo ello así, se requiere que FAME S.A.C. establezca las Bases Generales para la presentación de ofertas por parte de los interesados, estas Bases han concretado los requerimientos mínimos y los factores de evaluación de la Invitación a ofrecer, la cual incorpora todos los aspectos que la FAME S.A.C. considera relevantes para la selección de la mejor oferta.

Además de publicar la Invitación a ofrecer en la web de la institución, FAME S.A.C. a través del Comité Evaluador podrá remitir comunicaciones individuales que informen del Concurso Privado a los posibles interesados, siempre que considere que cumple con los requerimientos mínimos de la referida Invitación a ofrecer.

### 1.01 OBJETO DEL CONCURSO PRIVADO

El objeto del presente Concurso, es seleccionar la "Mejor Oferta" que contemple la Inversión, tecnologías, calidad y transferencia tecnológica y consecuentemente la

implementación de una línea de ensamblaje y de fabricación de Fusiles calibre 7.62x51mm NATO y 5.56x45 mm NATO en las instalaciones de FAME SAC PERÚ, y se proceda a la celebración de un Contrato Asociativo.

### 1.02 DEL COMITÉ EVALUADOR



A efectos de llevar adelante el desarrollo del presente Concurso, la Gerencia General de la FAME S.A.C. ha designado al Comité Evaluador integrado por cinco (05) miembros, de los cuales uno lo preside. Se podrán designar miembros suplentes o, disponer su sustitución y reemplazo en acto posterior, incluso durante la tramitación del presente Concurso. La designación, en todos los casos, corresponderá a la Gerencia General.



El Comité Evaluador es el único órgano competente para decidir de manera definitiva cualquier aspecto del Concurso. Sus facultades son indelegables.

El quórum para la instalación de la sesión del Comité Evaluador es de la mitad más uno de sus miembros. Asimismo, el Comité Evaluador decide sobre los asuntos de su competencia por mayoría absoluta. En caso de empate tendrá voto dirimente el Presidente del Comité.



El Comité Evaluador se encuentra facultado para remitir comunicaciones que informen del Concurso a los posibles interesados, siempre que considere que estos cumplen con los términos del Concurso.

El Comité Evaluador al término de la evaluación, informará de los resultados del concurso privado al Directorio.

### 1.03 RÉGIMEN LEGAL



- Ley N° 29314 y modificada por Ley N° 29411.
- Ley de Organización y Funciones del Ministerio de Defensa - Ley N° 29605
- Decreto Legislativo N° 1031, Decreto Legislativo que promueve la eficiencia de la actividad empresarial del Estado.



- Decreto Legislativo que aprueba la Ley de Organización y Funciones del Ministerio de Defensa- Decreto legislativo N° 1134
- Ley General de Sociedades.
- Código Civil Peruano vigente.

### 1.04 ACEPTACIÓN DE LAS CONDICIONES POR LOS COMPETIDORES Y OFERTANTES

Desde el registro como competidores hasta la presentación de ofertas por los ofertantes implica que se someten y conocen las reglas del presente Concurso, la Proforma de Contrato, las políticas, procedimientos y directivas establecidos por la FAME S.A.C. para este tipo de procesos y supletoriamente, en lo no regulado, a las leyes peruanas que puedan ser aplicables.

### 1.05 CÓMPUTO DE PLAZOS EN EL CONCURSO Y DEL CONTRATO



- Los plazos en el presente Concurso, desde su convocatoria hasta la determinación de la "Mejor Oferta", se computan en días calendario, salvo indicación en contrario. Son días inhábiles los días feriados no laborables, así como los de duelo nacional no laborable y otros declarados por el Poder Ejecutivo o autoridades competentes. El plazo excluye el día inicial e incluye el día de vencimiento.



- Durante la vigencia del contrato los plazos se computan en días calendario, excepto en los casos en los que se exprese lo contrario.
- El plazo de ejecución contractual es de 15 años, que se computa desde el día siguiente de la suscripción del contrato.
- En ambos casos se aplicará supletoriamente lo dispuesto por los Artículos 183° y 184° del Código Civil Peruano vigente.

### 1.06 CALENDARIO DEL CONCURSO PRIVADO



Se llevará a cabo de conformidad con el Calendario que se adjunta en el Anexo N° 01.

### 1.07 DE LOS COMPETIDORES Y OFERTANTES



Podrán presentarse al presente Concurso Privado todos los competidores debidamente registrados conforme al calendario establecido en el Anexo 01.

Los competidores y ofertantes responderán solidariamente ante FAME S.A.C. por todas las consecuencias derivadas de su participación individual o en conjunto dentro del consorcio en el proceso de selección de la Mejor Oferta y en la ejecución del contrato derivado de éste.



Podrán participar, ofertantes en consorcio designando un representante o apoderado común con poderes suficientes para ejercitar los derechos y cumplir las obligaciones que se deriven de su calidad de ofertantes y del contrato hasta su culminación o liquidación; para ello, será necesario acreditar la existencia de una promesa formal de consorcio, la que se perfeccionará una vez emitida la "No Objeción" del directorio de FAME S.A.C. y antes de la suscripción del contrato.

### 1.08 IMPEDIMENTOS PARA LOS OFERTANTES

- Están impedidos de ser ofertantes y/o contratistas las personas naturales o jurídicas, que no se dediquen a la actividad comercial requerida como objeto de la Invitación a ofrecer, esto es, "Ensamblaje y Fabricación de Fusiles o armas de fuego", este requerimiento es acreditable con el Acta de Constitución de la persona jurídica o documento similar y su respectiva licencia de fabricante, otorgadas por la autoridad competente de su país de origen. Este documento deberá ser presentado en la Oferta Técnica y de Calidad.
- En el caso de Consorcios, el hecho que una o algunas de sus partes haya sido inhabilitada para contratar con el Estado, generará automáticamente que el


Consorcio se encuentre inhabilitado para contratar con la FAME S.A.C. No puede ser ofertante quien ha prestado servicios o entregado bienes a FAME S.A.C., en los que haya cometido incumplimientos, evidenciables con penalidades o, con la resolución del Contrato. Así mismo ambos Consorciados deberán ser empresas afines a los términos de la convocatoria (Fabricantes de armas).

- Los ofertantes están prohibidos de celebrar acuerdos, entre si o con terceros, con el fin de establecer prácticas restrictivas de libre competencia, bajo sanción de descalificarlos en el presente Concurso e incluye resolver el Contrato que lo pudiera haber generado, sin perjuicio de las demás acciones legales que correspondan.

- Los integrantes de un consorcio no podrán presentar ofertas individuales ni conformar más de un consorcio en el proceso privado, así mismo ambas empresas del consorcio deberán ser fabricantes de armas (Fusiles de Asalto) con sus licencias vigentes de su país de origen.

### 1.09 REGISTRO DE COMPETIDORES Y OFERTANTES

- El registro de los competidores se realizará de manera gratuita, vía electrónica o presencial, en las fechas y horario señalado en el Calendario del Concurso Privado. Anexo 01.

- Si el registro es presencial, el mismo se efectuará en las oficinas de la Gerencia de Administración y Finanzas de la FAME S.A.C., desde el día siguiente de la publicación de la Invitación a Ofrecer y hasta un (01) día antes de presentar las Ofertas.

- Si el registro es virtual, el mismo se efectuará a través de la remisión de un correo electrónico a la siguiente dirección electrónica: **concursoprivado2@famesac.com** y de la correspondiente confirmación de recepción.

- En el caso de ofertas presentadas por un consorcio, bastará que se registre uno de sus integrantes.

- En todos los casos, los competidores deberán señalar una dirección electrónica en la cual se realizarán todas las notificaciones del Concurso Privado, dándose por debidamente notificados con la sola remisión de la comunicación.

### 1.10 DOCUMENTOS DEL CONCURSO PRIVADO

La oferta a ser presentada debe incorporar los requerimientos mínimos de los tres componentes requeridos:

a. Oferta económica-financiera

b. Oferta de técnica y de calidad

c. Oferta de transferencia tecnológica.

### 1.11 ENTREGA DE DOCUMENTOS

- La entrega de los documentos se realizará de acuerdo al Calendario del Concurso Privado.
- Todas ellas deberán ser foliadas y rubricadas por el o los representantes del ofertante, ser de la persona jurídica o del consorcio. Tales documentos comprometen a todos los integrantes del consorcio en forma solidaria.
- La Oferta deberá presentarse en tres sobres distintos e independientes respecto a cada componente de la oferta.



### 1.12 FORMULACIÓN Y ABSOLUCIÓN DE PREGUNTAS

- A través de las preguntas, el ofertante podrá solicitar la aclaración, formular objeciones y sugerencias de cualquiera de los extremos de las Bases Generales del Concurso Privado, así como las discrepancias o faltas de concordancia que se encuentren entre éstos y en todos los documentos adicionales.
- El Comité Evaluador deberá absolver las preguntas, en forma clara, precisa en un plazo no mayor de cinco (5) días hábiles, contados desde el vencimiento del plazo para la recepción de preguntas.
- Las preguntas podrán ser presentadas de forma virtual mediante correo electrónico a la siguiente dirección: e-mail: **concursoprivado2@famesac.com** o, a través de documento escrito ante la Gerencia de Administración de la FAME SAC. Atención: Comité Evaluador Concurso Privado 002-2015.
- Las respuestas a las preguntas se consideran como parte integrante de las Reglas Generales del Concurso y de las Condiciones del Contrato.



### 1.13 OBLIGACIONES DEL OFERTANTE

- Revisar detenidamente las Bases y todos los documentos adicionales y comunicar por escrito o vía correo electrónico (**concursoprivado2@famesac.com**), en el plazo previsto en el Aviso de Convocatoria para la presentación de preguntas y aclaración de las Bases, las rectificaciones y dudas en los documentos, así como las discrepancias o falta de concordancia que se encuentren entre éstos, pues en el caso de no hacerlo se entenderá que el Ofertante encuentra correcto y acepta todo lo contenido y dispuesto en las Bases y los documentos adicionales.
- La presentación de la oferta implica la tácita aceptación del Ofertante de que ha efectuado a cabalidad el análisis de equilibrio económico y no ha encontrado inconveniente alguno para la iniciación y ejecución de sus prestaciones en forma técnicamente correcta y en los plazos programados.





## 2.0 ASPECTOS GENERALES DE CONCURSO PRIVADO

### 2.01 DE LA PRESENTACIÓN DE LAS OFERTAS

- Antes de presentar sus ofertas los ofertantes deberán examinar cuidadosamente las Bases y los documentos adicionales y ejercer su propio criterio acerca de la naturaleza y cantidad de inversión requerida para el funcionamiento óptimo del negocio; asimismo, podrán realizar las consultas y/o investigaciones necesarias acerca de la zona de trabajo, los lugares adyacentes, accesos, facilidades para trabajo, condiciones del mercado y demás, debiendo ser su oferta concordante con la complejidad de las actividades a realizarse.

- La oferta solo podrá ser presentada de manera física y dentro del plazo establecido en el Calendario del Concurso Privado incorporado en el Anexo N° 01.

- Toda oferta para ser admitida debe cumplir con los "Requerimientos Mínimos de la Oferta" la cual debe incorporar tres componentes, los cuales podrán ser presentados en tres sobres distintos y en este orden:
  - Oferta económico - financiera.
  - Oferta técnica y de calidad.
  - Oferta de transferencia tecnológica.

- Para tales efectos, el Comité Evaluador procederá a revisar cada uno de los extremos de la Oferta, a fin de acreditar si la misma cumple con presentar la documentación obligatoria y los "Requerimientos Mínimos de la Oferta", previa a su calificación.

- Así mismo el ofertante deberá presentar una Garantía de Seriedad de Oferta equivalente a US$ 10,000 (diez mil con 00/100 dólares americanos), mediante un depósito en la **Cuenta Corriente del Banco continental N° 0011-195-0100016585-50,** en cual será devuelto a la firma del Contrato.

### 2.02 RECEPCIÓN Y EVALUACIÓN DE OFERTAS

La presentación de ofertas, se llevará a cabo en el local de FAME S.A.C., en el día y horario fijado en el Calendario del Concurso Privado (Anexo 01), en la Mesa de Partes de la FAME S.A.C. y entregado a la Gerencia de Comercialización.

Los ofertantes concurren personalmente o a través de su representante debidamente acreditados en el Concurso Privado mediante carta poder simple. Las personas jurídicas concurren por medio de su representante legal o apoderado acreditado por carta poder simple. En todos los casos los representantes deben identificarse ante el Presidente del Comité Evaluador, de ser el caso, mediante la exhibición del Documento Nacional de Identidad, el Carnet de Extranjería o Pasaporte de ser el caso.

Recibidas las Ofertas, el Comité Evaluador comprobará que los documentos presentados sean los solicitados en las presentes Bases.

En el caso que existieran defectos de forma tales como omisiones o errores subsanables que no modifiquen el alcance de la Oferta, el Comité Evaluador podrá otorgar un plazo máximo de dos (02) días para que el ofertante los subsane, en cuyo caso la Oferta subsanada continúa en trámite. Si el Comité Evaluador considera que los mismos son insubsanables procederá a declarar su no admisión.

En ese sentido, únicamente son subsanables los defectos de forma, consistentes en omisiones o errores sobre aspectos accidentales, accesorios o formales en los documentos presentados en las ofertas. Estos son:







- La falta de visado o sello del representante legal autorizado, en alguna de las páginas
- Ubicación errada de las páginas
- La no presentación del número solicitado de copias
- La falta de foliación en alguna página
- La compaginación inexacta
- Otros no predecibles que no alteren el resultado de la evaluación y que con justificación y a criterio del Comité Evaluador sean procedentes.

La admisión de las ofertas se realizará de manera cancelatoria preclusiva y en el orden de prelación señalado en el numeral 2.01. En tal sentido, solo las ofertas que cumplan con los Requerimientos Mínimos de la Oferta Económica-Financiera serán admitidas para verificar el cumplimiento de los Requerimientos Mínimos de la Oferta Técnica y de Calidad y solo las ofertas que cumplan con los Requerimientos Mínimos de la Oferta Técnica y de Calidad serán admitidas para verificar el cumplimiento de los Requerimientos Mínimos de la Oferta Transferencia Tecnológica.

En ese orden de ideas, las ofertas que cumplan con los Requerimientos Mínimos de la Oferta Transferencia Tecnológica serán admitidas y tendrán el derecho de ser evaluadas para la calificación.

El Comité Evaluador podrá rechazar cualquier oferta presentada cuando esta no satisfaga el propósito del concurso, esta disposición se aplica sólo para la fase de "Admisión de la Oferta" numeral 3.0 del Concurso y no para la etapa de evaluación de ofertas admitidas.

### 2.03 PUBLICACIÓN DE RESULTADOS Y SELECCIÓN DE LA MEJOR OFERTA

Concluida la evaluación y calificación de las Ofertas se procederá a la selección de la "Mejor Oferta" del Concurso, que será la que haya obtenido el mayor puntaje de acuerdo a los criterios de evaluación determinados en las Bases del Concurso Privado, incorporadas en el numeral 4.0.

El Comité Evaluador determinará la Oferta ganadora, indicando el orden en que han quedado calificados los ofertantes, a través de un cuadro comparativo. En la misma Acta se dejará constancia de lo realizado, indicándose la relación de las Ofertas no admitidas, con la causal que hubiese determinado.

En el supuesto que dos (02) o más ofertas empaten, la selección de la "Mejor Oferta" se efectuará por elección inmediata del Comité Evaluador, debiendo sustentar su decisión en la priorización de sus criterios, los mismo que deben estar acorde con las Bases del Concurso Privado.

La notificación a los ofertantes de este acto se realizará al correo electrónico referido al momento de realizar su registro.

### 2.04 CONTROVERSIAS DEL CONCURSO PRIVADO



Las controversias sobre la selección de la "Mejor Oferta" se resolverán por el Comité Evaluador en primera instancia; sin embargo, la decisión que resuelve el pedido de solución de controversias por el comité podrá ser impugnada y dirigida en segunda instancia ante el directorio de FAME SAC, cuya decisión será definitiva e inimpugnable.



De no interponerse el recurso dentro del plazo señalado, los actos posibles de impugnación quedan automáticamente consentidos.



La moción de solución de controversias deberá interponerse dentro de los cinco (05) días siguientes de la notificación de la "Mejor Oferta", esta moción se presenta ante el Comité Evaluador.



El Comité Evaluador tiene tres (03) días siguientes contados desde su interposición para deliberar y pronunciarse.

La moción de solución de controversias deberá cumplir con los siguientes requisitos:



- Estar dirigido al Comité Evaluador.

- Identificación del ofertante, debiendo consignar su nombre y número de documento oficial de identidad, o su denominación o razón social. En caso de actuación mediante representante, se acompañará la documentación que acredite tal representación, tratándose de Consorcios el representante común debe interponer el recurso a nombre de todos los consorciantes, acreditando su representación con copia simple de la Promesa de Consorcio.



- La materia en controversia

- Los fundamentos que sustentan su moción.

- Derechos de trámite, consistentes en un pago incorporado a nombre de la FAME S.A.C. a través de un Cheque de Gerencia o una transferencia interbancaria a la cuenta **CCI N° 01119500010001658550** del Banco Continental por un monto de US$. 10,000.00 (Diez mil y 00/100 dólares americanos), reembolsable únicamente en caso se decida a favor del ofertante recurrente en toda la moción.

- La firma del representante. En el caso de Consorcios bastará la firma del apoderado común señalado como tal en la Promesa de Consorcio.

Para la admisión a trámite de la apelación se adjuntarán los mismos documentos




requeridos para la moción de solución de controversias, salvo el derecho de trámite el cual será sustituido por una Carta Fianza de Garantía por el recurso de apelación ascendente a US$ 50,000.00 (Cincuenta Mil con 00/100 Dólares Americanos). La apelación se deberá presentar dentro de los siete (07) días siguientes de denegada la referida moción. Cabe precisar que, la Carta Fianza será únicamente ejecutada en el caso que el recurso sea declarado infundado o improcedente.

La prelación de documentos es la siguiente:
1° Las Bases.
2° La Oferta
3° El Contrato.
4° Ley de la FAME SAC N° 29314 y su modificación por Ley N° 29411.
5° Decreto Legislativo N° 1031.
6° Ley General de Sociedades.
7° Código Civil Peruano vigente.



El consentimiento de la "Mejor Oferta" se producirá a los cinco (05) días hábiles de su notificación, sin que los ofertantes con ofertas admitidas hayan solicitado la solución de controversias.

El consentimiento de la "Mejor Oferta" será comunicado a través de correo electrónico a los postores y publicado en la página web de la FAME SAC.

### 2.05 DECLARATORIA DE DESIERTO



El Comité Evaluador declarará desierto el presente Concurso, cuando no quede válida ninguna oferta, o por la ausencia de OFERTANTES.

### 2.06 CANCELACIÓN DEL CONCURSO PRIVADO



La FAME S.A.C. podrá cancelar el Concurso hasta antes de la emisión de la "No Objeción" por parte del Directorio de la FAME S.A.C., sea por razones de fuerza mayor o caso fortuito, cuando desaparezca la necesidad de contratar, o cuando persista la necesidad, considere que no se han presentado las condiciones óptimas para su continuación y la celebración del Contrato. En estos casos, FAME S.A.C. quedando exento de cualquier pago por indemnización u otro concepto que pudiera presentar cualquier ofertante, aceptando dicha condición con la sola presentación de la oferta.

En todos los casos, la cancelación del proceso podrá hacerse sin expresión de causa.

FAME S.A.C. se reserva el derecho de suspender o anular el presente concurso en cualquier etapa en que se encuentre hasta antes de la firma del contrato, sustentando debidamente su decisión, en cuyo caso, se devolverá a los ofertantes toda la documentación presentada.






### 2.07 PRESENTACION DE CARTAS FIANZA

El asociado, para la presentación de la documentación previa a la suscripción del Convenio Asociativo deberá presentar una Carta Fianza de fiel cumplimiento del contrato equivalente al 10% de la inversión ofertada para la Etapa de Ensamblaje. Esta carta fianza será devuelta luego de realizada la verificación del integro de la inversión ofertada.

Al momento de la implementación de la Etapa de Co-Fabricación, deberá presentar una nueva carta fianza, por el 10% del valor de la inversión ofertada para esta Etapa y que será devuelta luego de realizada la verificación del integro de la inversión ofertada para esta etapa.

Las Cartas Fianzas deben ser de carácter incondicional, solidario, irrevocable y de realización automática en el país, al solo requerimiento de FAME S.A.C.

Además, y con las mismas características antes mencionadas, se requerirá la presentación de una Carta Fianza en el caso de presentarse un recurso de apelación conforme a lo indicado en el párrafo 2.04.

### 3.0 ASPECTOS GENERALES PARA LA ADMISIÓN DE LA OFERTA (REQUERIMIENTOS MINIMOS)

#### 3.01 REQUERIMIENTOS MÍNIMOS DE LA OFERTA ECONÓMICO - FINANCIERA

##### I.- CONDICIONES GENERALES DE LA INVERSIÓN

El ofertante deberá presentar una Declaración Jurada refiriendo el compromiso de que la oferta económica financiera supone la inversión total necesaria por parte de su empresa para implementar una línea de ensamblaje y fabricación de fusiles 7.62x51mm NATO y 5.56x45mm NATO en las instalaciones de FAME SAC en Perú, durante toda la vigencia del contrato.

El ofertante deberá presentar una Declaración Jurada refiriendo el compromiso de otorgar licencias de comercialización nacional e internacional para la venta de fusiles que se realicen por cuenta de FAME SAC.

##### II.- CONDICIONES ESPECÍFICAS DE LA INVERSIÓN

###### a. RESPECTO A LA INVERSIÓN EN LA ETAPA DE ENSAMBLAJE

En la primera etapa de inversión corresponde montar una línea de ensamblaje de fusiles calibre 7.62x51mm NATO y 5.56x45 mm NATO en las instalaciones de FAME S.A.C., con asistencia técnica y transferencia tecnológica. El plazo máximo que se tiene para implementar la línea de ensamblaje es de 180 días computados desde la firma del Convenio. El plazo máximo de la etapa de ensamblaje deberá ser detallado en la oferta a discreción del ofertante, para luego ser evaluado por el comité durante la evaluación de las ofertas.

El ofertante deberá presentar lo siguiente:







- Monto referencial estimado por invertir en esta primera etapa, especificando un detalle valorado, en dólares americanos, como mínimo de: maquinarias, equipos, infraestructura, capacitación, asistencia técnica, control y otros que estime pertinentes.
- Personal mínimo propuesto que trabajaría en la Línea de Ensamblaje, especificando los cargos y otros.

b. RESPECTO A LA INVERSIÓN ETAPA DE FABRICACIÓN

La segunda etapa de la inversión es la instalación de la línea de fabricación de fusiles 7.62x51 mm NATO y 5.56x45 mm NATO en la FAME S.A.C. con asistencia técnica y transferencia tecnológica, la cual deberá estar operativa a partir del término inmediato de la Etapa de Ensamblaje.

Las maquinarias y equipos de la línea de ensamblaje y fabricación deberán pasar a propiedad de FAME SAC una vez cumplido el plazo contractual en su totalidad. En caso de resolución de contrato antes del vencimiento del plazo contractual solo por causal invocada por FAME SAC, las maquinarias permanecerán en propiedad del ofertante.

El ofertante deberá acreditar lo siguiente:

- Monto referencial estimado respecto a la inversión en esta segunda etapa, especificando un detalle valorado, en dólares americanos, como mínimo de: maquinarias, equipos, infraestructura, capacitación, asistencia técnica, control y otros que estime pertinentes.
- Personal mínimo propuesto que trabajaría en la Línea de fabricación, especificando los cargos, funciones y otros.

3.02 REQUERIMIENTOS MÍNIMOS DE LA OFERTA TECNICA Y DE CALIDAD

La empresa ofertante necesariamente deberá acreditar tener una Licencia de fabricación de armas de fuego, emitida por autoridad competente de su país de origen. En caso de consorcios ambas empresas deberán ser fabricantes de armas (Fusiles de Asalto) con sus licencias vigentes de su país de origen.

I.- REQUERIMIENTOS MÍNIMOS DE LOS FUSILES 7.62x51mm NATO y 5.56x45 mm NATO A ENSAMBLAR Y FABRICAR

El ofertante deberá presentar documentación y cumplir con los requerimientos siguientes:

- Documentación que acredite que los productos ofertados cumplen con las características técnicas requeridas para Fusiles Calibre 7.62x51mm NATO y 5.56x45 mm NATO de acuerdo al Anexo 02.
- Debe existir 100% de compatibilidad e intercambiabilidad entre los componentes de los fusiles de un mismo calibre. Esto es que los componentes de los fusiles 7.62x51mm NATO, deben ser 100% compatibles e intercambiables con todos los fusiles iguales y del mismo calibre materia del presente convenio, de manera que puedan ser