utilizados indistintamente en el ensamblaje de los fusiles. Asimismo, los componentes de los fusiles 5.56x45 mm NATO deben ser 100% compatibles e intercambiables con todos los fusiles iguales y del mismo calibre materia del presente convenio, de manera que puedan ser utilizados indistintamente en el ensamblaje de los fusiles. Este requisito debe ser acreditado en la Oferta Técnica y de calidad, mediante Declaración Jurada.




- Los fusiles 7.62x51mm NATO y 5.56x45 mm NATO deben de tener al menos el 50% de sus componentes compatibles e intercambiables entre fusiles de diferentes calibres , materias del presente convenio, pudiendo utilizarse esos componentes indistintamente en el ensamblaje de ambos calibres requeridos. Este requisito debe ser acreditado en la Oferta Técnica y de calidad, mediante Declaración Jurada y documentos sustentatorios.




- Declaración Jurada simple de garantía del producto fabricado por su representada, el cual deberá ser igual al producto a ensamblar/fabricar en la FAME SAC.




- Declaración Jurada de compromiso de entrega de dos (02) fusiles Calibre 7.62x51mm NATO y dos (02) fusiles 5.56x45 mm NATO como muestra, para la realización de la prueba de campo (Sólo para la empresa que sea la que resulte "La mejor oferta").




El grado de ensamblaje esperado al término de la Etapa de Ensamblaje es de montaje completo desde sus componentes individuales; sin embargo, el tiempo en que se pueda lograr durante la etapa de ensamblaje dependerá de la tecnología, maquinaria y/o metodología propuesta por el ofertante.




Las pruebas que se realizarán a la mejor oferta en la prueba de campo y otras, previa a la suscripción del Convenio serán las siguientes:

Prueba al clima frio

Prueba al clima caliente

Prueba de seguridad de caídas

Pruebas de golpe

Pruebas de resistencia (disparo de 5 000 cartuchos)

Pruebas de dispersión (con 10 tiros)

Pruebas de tormento

## II. REQUERIMIENTOS MÍNIMOS DEL OFERTANTE

El ofertante deberá presentar lo siguiente:

- Copia simple de la licencia de fabricación de armas de fuego otorgada por la autoridad competente de su país de origen.
- Declaración Jurada Simple que acredite que el ofertante posee servicio de repuestos y el servicio de mantenimiento para cada fusil vendido durante el tiempo que dure el convenio.





## III. REQUERIMIENTOS MÍNIMOS PARA LA LINEA DE ENSAMBLAJE Y FABRICACIÓN DE FUSILES DE ASALTO CALIBRE 7.62x51mm NATO y 5.56x45mm NATO

La línea de ensamblaje y fabricación propuesta deberá considerar maquinarias, herramientas y equipos nuevos, con tecnología actual, la cual deberá estar constituida por lo menos por: una planta de ensamblaje/fabricación de piezas, un laboratorio de pruebas, un área administrativa, almacén entre otros, según la propuesta del Anexo 03.




El ofertante deberá presentar la documentación siguiente:




- Esquema de distribución de Planta para la "Línea de ensamblaje" que se proyectaría instalar en las instalaciones de FAME S.A.C. dentro de la zona determinada en el Anexo 03.
- Declaración jurada simple que acredite que la línea de ensamblaje propuesta pueda producir como mínimo 40 Fusiles de Asalto Calibre 7.62x51mm NATO o 5.56 x45mm NATO por jornada de trabajo de ocho (08) horas continuas.




La oferta para el montaje del arma debe incluir el embalaje y la verificación de las armas, para ello deberá utilizarse cuanto equipo, máquina y/o instrumentos que se resulten necesarios. El embalaje, también debe considerarse en la oferta, el arma debe estar presentada en su estuche de polímero u otro material de alta resistencia, individual o multipack.




Después de la verificación de control de calidad luego del ensamblaje final, y sujeta a conformidad, se deberá emitir un Certificado de Control de Calidad para cada fusil aprobado.

## 3.03 REQUERIMIENTOS MÍNIMOS DE LA OFERTA DE TRANSFERENCIA TECNOLÓGICA

La transferencia tecnológica consistirá en que FAME S.A.C. mediante la implementación de la línea de ensamblaje/fabricación, este en la capacidad real de fabricar fusiles calibre 7.62x51mm NATO y 5.56x45mm NATO para los mercados nacional y/o extranjero, y que el capital humano (personal de la FAME SAC), sea capacitado dentro y fuera del País, los mismos que deberán adquirir el

conocimiento necesario y suficiente, a fin de que una vez concluida la asociación, pueda por si solo ensamblar y fabricar fusiles 7.62x51mm NATO y 5.56x45mm NATO; así como obtener certificaciones internacionales para FAME SAC en cuanto a la fabricación de los fusiles pertinentes a este convenio se refiere.

En cuanto a la oferta de transferencia tecnológica, el ofertante deberá PRESENTAR UNA PROPUESTA DE TRASFERENCIA TECNOLÓGICA, la cual deberá considerar como mínimo y entre otros lo siguiente:



- Los equipos, las maquinas, las herramientas, la tecnología, la documentación a transferir, la asistencia técnica y otros. Cabe precisar, que los componentes de los fusiles a fabricar en el Perú deberá incluir componentes mayores, y como mínimo: Receptor superior (Upper receiver), receptor inferior (lower receiver) y el cañón. Cabe recalcar que el receptor inferior es el componente donde se encuentra el cajón de mecanismos.



- Cantidad de personal de FAME S.A.C. que serían capacitados, indicando tiempo y lugar, para la operación, supervisión, control de calidad y manejo de la línea de ensamble y/o fabricación de fusiles.
- Detalle del aseguramiento de los sistemas de operación, supervisión, control de calidad y soporte Logístico integrado para las líneas de ensamble y/o fabricación de fusiles.



- Tiempo de duración para lograr la transferencia tecnológica propuesta.

Se debe tener en cuenta que la transferencia de tecnología corresponde al asociado y es a favor de FAME S.A.C., la cual entre otras cosas recibe equipamiento, capacitación y materiales para el desarrollo de la actividad comercial.



Los costos laborales estarán a cargo de FAME SAC. Los costos laborales del personal que el Asociado designe como su representante, supervisor u otros estarán a cargo del Asociado. Los costos de los servicios públicos como energía eléctrica y agua estarán a cargo de la FAME SAC. Los costos por la adaptación, remodelación y acondicionamiento de la actual infraestructura de FAME estarán a cargo de FAME SAC. Sin embargo, si el Asociado requiere de la construcción de infraestructura nueva esta estarán a cargo del Asociado.



Los fusiles ensamblados serán comercializados tanto en el **MERCADO NACIONAL COMO EXTRANJERO**, siendo obligación del ofertante expedir a FAME SAC las licencias respectivas necesarias durante la vigencia del convenio. Consecuentemente, será de interés por ambas partes el buscar potenciales clientes.

## 4.0 ASPECTOS GENERALES PARA LA EVALUACIÓN DE LAS OFERTAS ADMITIDAS

Siendo el principal objetivo de la alianza comercial de FAME S.A.C. la transferencia tecnológica, los beneficios económicos y la generación de empleo, los criterios de evaluación de las ofertas tomarán en consideración los aspectos siguientes:

## 4.01 CRITERIOS DE EVALUACIÓN DE LA OFERTA POR TRANSFERENCIA TECNOLOGICA

Las propuestas de trasferencia tecnológica que sean presentadas por las empresas participantes, serán evaluadas teniendo en consideración los aspectos referidos en el ítem 3.03 del presente documento como un paquete completo, es decir como un todo, en donde se tendrá en cuenta para la calificación el tipo y tecnología de máquinas, herramientas, equipos e instrumentos de control a emplearse, programa de capacitación de personal de la FAME SAC, tiempo de duración de la transferencia. Todos los aspectos son importantes para configurar una buena transferencia tecnológica; sin embargo la FAME SAC dentro de la transferencia tecnológica considera el siguiente orden de importancia:




1. Los Equipos, maquinas, herramientas, tecnología y documentación a transferirse
2. La asistencia técnica y personal de FAME S.A.C. que serían capacitados (tiempo y lugar)
3. El tiempo de duración para lograr la transferencia tecnológica propuesta (Ensamble y producción).
4. El Aseguramiento de los sistemas de operación, supervisión, control de calidad y soporte Logístico integrado para las líneas de ensamble y/o fabricación de Fusiles.
5. La Operación, supervisión, control de calidad y manejo de la línea de ensamble y/o fabricación de Fusiles.







El Comité de evaluación tendrá la facultad de realizar la evaluación comparativa de las ofertas de transferencia tecnológica presentadas, para lo cual, al término de la misma, se formulará un Acta donde se detallará el orden de prioridad de las ofertas en orden descendente, así mismo, deberá describirse las razones consideradas que determinaron el orden establecido. A la mejor propuesta se le asignará el puntaje de 100 puntos, a las siguientes: 95 puntos, 90 puntos y así sucesivamente.







## 4.02 CRITERIOS DE EVALUACIÓN DE LA OFERTA POR EL PORCENTAJE DE UTILIDAD ASEGURADO

Teniendo en consideración que en cada operación comercial se obtendrá un beneficio económico, el ofertante deberá presentar una propuesta indicando el porcentaje del ingreso neto total que obtendría FAME S.A.C. en cada operación comercial con respecto al precio de venta de los fusiles al cliente final, menos las devoluciones, deducciones, anulaciones y el impuesto general a las ventas.

La propuesta que otorgue el mayor porcentaje de utilidad respecto al precio de venta para la FAME S.A.C. tendrá un puntaje de cien (100) puntos y los demás serán puntuadas en proporción a este máximo. Las propuestas que logren menos de ochenta (80) puntos serán descalificadas.

Fórmula a emplearse:

| Puntaje obtenido = 100 x Propuesta de la empresa (% de utilidad respecto al precio de venta) / Mejor propuesta (Mayor % de utilidad respecto al precio de venta) |
|---|

**Ejemplo:**

| EMPRESA | PROPUESTA | PUNTAJE |
|---|---|---|
| A | 13% | 86.67 |
| B | 10% | 66.67 |
| C | 15% | 100.00 |



## 5.0 DECLARACIÓN DE MEJOR OFERTA, NO OBJECIÓN Y PROCEDIMIENTO DE CELEBRACIÓN DEL CONTRATO

### 5.01 DECLARACIÓN DE MEJOR OFERTA

La oferta que alcance el mejor puntaje en la evaluación de las ofertas admitidas, esto es el resultado de la suma luego de multiplicarse el puntaje obtenido por cada coeficiente considerado según el cuadro siguiente:

| N° | DESCRIPCION | COEFICIENTE |
|---|---|---|
| 1 | OFERTA POR TRANSFERENCIA TECNOLOGICA | 4 |
| 2 | OFERTA POR EL PORCENTAJE DE UTILIDAD ASEGURADO | 6 |
| TOTAL | | 10 |



### 5.02 DECLARACIÓN DE MEJOR OFERTA CONSENTIDA

De trascurrir cinco (05) días calendario desde la declaración de la "Mejor Oferta" sin presentarse moción de controversia, se tendrá por consentida la "Mejor Oferta".

### 5.03 CITACIÓN Y CONDICIONES DE LA PRUEBA DE CAMPO

Al ofertante que tenga la "Mejor Oferta" consentida se le citará oportunamente para la remisión de la documentación detallada a continuación:

- Documentación relativa a la constitución e identificación de la empresa y los poderes de sus representantes.
- Plan de Trabajo mediante un cronograma GANTT desde la suscripción del Contrato hasta el inicio de operaciones en la línea de ensamblaje, la remisión del plan de trabajo no puede ser mayor a dos (02) meses calendario desde la suscripción del Contrato.

La prueba de campo se realizará con los fusiles presentados como muestra, a efectos de dejar en Acta que estos que se ensamblen o fabriquen en la FAME SAC deberán presentar las mismas características.




## 5.04 PRESENTACIÓN DE LA MEJOR OFERTA AL DIRECTORIO DE LA FAME S.A.C




De cumplir con la presentación de la documentación solicitada y luego de realizarse la prueba de campo, el Comité de Evaluación presentará la "mejor oferta" al Directorio para que emita su "No Objeción", en este acto podría participar – a solicitud del Directorio – los representantes del ofertante.




## 5.05 DECLARACIÓN DE "NO OBJECIÓN" DEL DIRECTORIO DE LA FAME S.A.C.

Conocido el expediente y presentado en sustento técnico de evaluación del Comité Evaluador, el Directorio emitirá su "No Objeción", a partir de lo cual procederán las gestiones administrativas para la suscripción del Contrato.




## 5.06 REMISIÓN DE LOS REQUERIMIENTOS DOCUMENTALES PARA LA CELEBRACIÓN DEL CONTRATO

Para la celebración del contrato el ofertante que tenga la "mejor oferta" consentida, se compromete a constituir una empresa sucursal o filial domiciliada en la República del Perú, regulada bajo las leyes peruanas, en caso de ser una empresa extranjera. Para los efectos deberá presentar copia de la partida registral donde conste la inscripción de la constitución de la sucursal o filial domiciliada.






El Contrato se ajustará a la proforma incluida en las presentes Bases con las modificaciones aprobadas por la FAME S.A.C. durante el proceso de selección.

El contrato está conformado por el documento que lo contiene, las Bases integradas y la oferta ganadora.

La oferta ganadora deberá tener validez hasta el momento de la suscripción del contrato.

Solo con la firma del contrato, ambas partes pueden afirmar que el mismo existe y se encuentra vigente. Antes de dicha situación, no se generarán derechos ni obligaciones para ninguna de las partes.

El contrato es obligatorio para las partes y en todo lo que no se exprese en su texto, se regula supletoriamente por las normas del Código Civil.







## ANEXO 01

| DESCRIPCÍÓN | INFORMACIÓN |
|---|---|
| Nombre | FABRICA DE ARMAS Y MUNICIONES DEL EJERCITO S.A.C. |
| RUC N° | 20522449271 |
| Domicilio legal | Ex-Hacienda Nieveria S/N – Cajamarquilla. Distrito de Lurigancho-Chosica Lima 15 – Perú. Referencia: Altura Km. 3.5 –Carretera Cajamarquilla – Huachipa |
| Teléfono/Fax: | (511) 717 8791<br>(511) 356 4119 |
| Correo electrónico: | concursoprivado2@famesac.com |

## CALENDARIO DEL CONCURSO PRIVADO

| DESCRIPCION | FECHA |
|---|---|
| INVITACIÓN A OFRECER | 18/11/2015 |
| REGISTRO DE COMPETIDORES | 18/11/2015 al 07/12/2015 |
| PRESENTACIÓN DE PREGUNTAS A LAS BASES | 09/12/2015<br>(8:00 a.m. a 17:00 p.m.) |
| ABSOLUCIÓN DE PREGUNTAS E INTEGRACIÓN DE LAS BASES | 10/12/2015 al 14/12/2015 |
| PRESENTACIÓN DE LAS OFERTAS | 16/12/2015<br>(8:00 a.m. a 17:00 p.m.) |
| EVALUACIÓN DE OFERTAS | 17/12/2015 al 17/12/2015 |
| SELECCIÓN DE LA "MEJOR OFERTA" | 17/12/2015 |
| CONSENTIMIENTO DE LA "MEJOR OFERTA" | 18/12/2015 |

***El presente Calendario ha sido modificado por acuerdo del Comité Evaluador.***

## ANEXO 02

### 1. ESPECIFICACIONES TECNICAS DEL FUSIL DE ASALTO CALIBRE 7.62 X 51mm NATO

#### 1.1 CARACTERISTICAS
















| Nº | DATOS GENERALES | CARACTERISTICAS |
|---|---|---|
| 01 | TIPO | Fusil de Asalto |
| 02 | CALIBRE | 7.62X51 mm NATO |
| 03 | PESO DEL FUSIL SIN CARGADOR | No mayor a 4100 gr. |
| 04 | CAPACIDAD DEL CARGADOR | 20 Cartuchos como mínimo |
| 05 | MATERIAL DEL CARGADOR | Metálico o polímero |
| 06 | ALCANCE EFECTIVO | 800 mts Mínimo mira óptica militar de hasta 4x |
| 07 | PRECISION A 100 MTS | Menor o igual a 3 MOA 60% 10 disparos |
| 08 | PRECISION A 300 MTS | Menor o igual a 3 MOA 60% 10 disparos |
| 09 | PRECISION A 800 MTS | Menor o igual a 3 MOA 60% 10 disparos |
| 10 | VELOCIDAD INICIAL | Que permita emplear munición mayor o igual a 750 m/s |
| 11 | LONGITUD DEL CAÑON | Que permite un alcance eficaz de 800 m. (16 a 20 pulgadas) |
| 12 | TIPON DE CAÑON | Preferente Flotante |
| 13 | CADENCIA DE TIRO | 550 - 700 DPM |
| 14 | ORGANOS DE PUNTERIA | Mecánicos regulables (alza y guion) |
| 15 | RIELES PICATINNY | Superior (de preferencia que incluya montajes con rosca ¼-20 y que permita acondicionar accesorios) Inferior (que permita el acople de un lanzagranadas) y laterales de acuerdo al modelo del fabricante. |
| 16 | TROMBLON | Que minimice el fogonazo y permita adaptar bayoneta y preferentemente adaptar silenciador/ supresor también |
| 17 | EYECCION | Lateral hacia adelante |
| 18 | LONGITUD CON CULATA PLEGADA O TELESCOPICA EN MINIMA EXTENSION | 920 mm máximo en versión con cañón estándar de 16 pulgadas |
| 19 | LONGITUD CON CULATA DESPLEGADA O TELESCOPICA EN MAXIMA EXTENSION | 1000 mm máximo en versión con cañón estándar de 16 pulgadas |
| 20 | VIDA UTIL DEL CAÑON | 20,000 a más disparos |
| 21 | REVESTIMIENTO | Cromo duro |





| | INTERIOR DEL CAÑÓN | |
|---|---|---|
| 22 | LINEAS HELICOIDALES | De acuerdo a las normas del fabricante y aceptadas bajo normas NATO Y STANAG |
| 23 | POSICIONES DEL SELECTOR DE TIRO | Automático, semiautomático y seguro |
| 24 | PRINCIPIO DE FUNCIONAMIENTO | Por toma de gases y preferente con sistema de gas pistón |
| 25 | COLOR | Negro o arena |
| 26 | NIVELES DERESISTENCIA (SHOCK TERMICO, VIBRACION Y OTROS) | Normas NATO y STANAG 2895<br>Normas MIL STD 810 y STANAG 2895<br>Normas NATO y MIL STD 810<br>Normas NATO, MIL STD 810 y STANAG 2895 |
| 27 | PORTA FUSIL | De acuerdo al diseño del fabricante de alta resistencia y regulable |
| 28 | PALANCA DE ARMAR | Ambidiestra, según modelo del fabricante y que pueda ser operada con comodidad |
| 29 | CULATA | Regulable en longitud (telescópica) y/o plegable |
| 30 | MANTENIMIENTO DE 1ER ESCALON | Por el usuario y sin uso de herramientas, incluyendo el mantenimiento del sistema a pistón a gas, si lo tuviese |
| 31 | EMPUÑADURA | • Ergonómica |
| 32 | MARCAJE | ▪ Marca y modelo del fabricante<br>▪ País de fabricación<br>▪ Calibre<br>▪ Número de serie (Debe encontrarse en el cañón, cerradura y armazón) |
| 33 | ACCESORIOS POR ARMA | ▪ 05 Cargadores<br>▪ Kit de mantenimiento<br>▪ Porta fusil<br>▪ Bayoneta<br>▪ Porta bayoneta |
| 34 | PRESENTACION | • Estuche de polímero u otro material de alta resistencia, individual o multipack |
| 35 | AÑO DE FABRICACION | Año 2015 o posterior, nuevo , no remanufacturado ni repotenciado |
| 36 | GARANTIA TECNICA | Cinco (05) años en condiciones normales de uso. |
| 37 | IDENTIFICACION COMPLEMENTARIA | Código 2D-Matrix y/o Dispositivo de Radio-Frecuencia UHF para fines de identificación y/o inventario electrónico, incrustado en el cajón de mecanismos y no removible por el usuario sin necesidad de herramientas |

## 1.2 OTRAS CONSIDERACIONES

La FAME SAC considera que para la fabricación se tomen en consideración las siguientes disposiciones:

- Las marcas deben estar en una superficie exterior y ser visibles, claramente reconocibles sin necesidad de recurrir al uso de herramientas técnicas específicas, legibles, duraderas, y cuando ello sea posible técnicamente, recuperables.



- Las marcas deberían aplicarse a un componente esencial o estructural de las armas, un componente se considera esencial si su destrucción hace que el arma quede inoperativa permanentemente o hace imposible su reactivación.

- El marcaje o grabación deberá comprender la siguiente información:
  - Logo o marca y nombre del fabricante
  - Modelo
  - Calibre
  - Número de serie
  - País de fabricación,



- El marcaje del número de serie podrá ser de tipo alfanumérico y dependerá del sistema de serialización del fabricante



- La marca comercial podría ser ubicada en algún otro lugar de la parte estructural.

- Es posible utilizar la tecnología de micro golpe o de láser.

- El marcaje o grabación de los fusiles, deberá alcanzar un mínimo de 1mm de profundidad y será realizada en el receptor inferior, el cual es el componente donde se encuentra el cajón de mecanismos.

## 2. ESPECIFICACIONES TECNICAS DEL FUSIL DE ASALTO CALIBRE 5.56 X 45MM NATO

### 2.1 CARACTERISTICAS












| Nº | DATOS GENERALES | CARACTERISTICAS |
|---|---|---|
| 01 | TIPO | Fusil de Asalto |
| 02 | CALIBRE | 5.56X45 mm NATO |
| 03 | PESO DEL FUSIL SIN CARGADOR | No mayor a 3300 gr. |
| 04 | CAPACIDAD DEL CARGADOR | 30 Cartuchos |
| 05 | MATERIAL DEL CARGADOR | Metálico o polímero |
| 06 | ALCANCE EFECTIVO | 500 mts Mínimo mira óptica militar de hasta 4x |
| 07 | PRECISIÓN A 100 MTS | Menor o igual a 3 MOA 60% 10 disparos |
| 08 | PRECISIÓN A 300 MTS | Menor o igual a 3 MOA 60% 10 disparos |
| 09 | PRECISIÓN A 800 MTS | Menor o igual a 3 MOA 60% 10 disparos |
| 10 | VELOCIDAD INICIAL | Que permita emplear munición mayor o igual a 850 m/s |
| 11 | LONGITUD DEL CAÑON | Que permite un alcance eficaz de 500 m. (14.5 - 18 pulgadas) |
| 12 | TIPON DE CAÑON | Preferente Flotante |
| 13 | CADENCIA DE TIRO | 550 - 700 DPM |
| 14 | ORGANOS DE PUNTERIA | Mecánicos regulables (alza y guion) |
| 15 | RIELES PICATINNY | Superior (de preferencia que incluya montajes con rosca ¼-20 y que permita acondicionar accesorios) Inferior (que permita el acople de un lanzagranadas) y laterales de acuerdo al modelo del fabricante. |
| 16 | TROMBLON | Que minimice el fogonazo y permita adaptar bayoneta y preferentemente adaptar silenciador/ supresor también |
| 17 | EYECCION | Lateral hacia adelante |
| 18 | LONGITUD CON CULATA PLEGADA O TELESCÓPICA EN MÍNIMA EXTENCIÓN | 830 mm máximo en versión con cañón estándar de 14.5 pulgadas |
| 19 | LONGITUD CON CULATA DESPLEGADA O TELESCÓPICA EN MAXIMA EXTENCIÓN | 915 mm máximo en versión con cañón estándar de 14.5 pulgadas |
| 20 | VIDA UTIL DEL CAÑON | 20,000 a más disparos |
| 21 | REVESTIMIENTO INTERIOR DEL CAÑÓN | Cromo duro |
| 22 | LÍNEAS HELICOIDALES | De acuerdo a las normas del fabricante y aceptadas bajo Normas NATO Y STANAG |












| | | |
|---|---|---|
| 23 | POSICIONES DEL SELECTOR DE TIRO | Automático, semiautomático y seguro |
| 24 | PRINCIPIO DE FUNCIONAMIENTO | Por toma de gases y preferente con sistema de gas pistón |
| 25 | COLOR | Negro o arena |
| 26 | NIVELES DERESISTENCIA (SHOCK TÉRMICO, VIBRACIÓN Y OTROS) | Normas NATO y STANAG 2895<br>Normas MIL STD 810 y STANAG 2895<br>Normas NATO y MIL STD 810<br>Normas NATO, MIL STD 810 y STANAG 2895 |
| 27 | PORTA FUSIL | De acuerdo al diseño del fabricante de alta resistencia y regulable |
| 28 | PALANCA DE ARMAR | Ambidiestra, según modelo del fabricante y que pueda ser operada con comodidad |
| 29 | Culata | Regulable en longitud (telescópica) y/o plegable |
| 30 | MANTENIMIENTO DE 1ER ESCALON | Por el usuario y sin uso de herramientas, incluyendo el mantenimiento del sistema a pistón a gas, si lo tuviese |
| 31 | EMPUÑADURA | • Ergonómica |
| 32 | MARCAJE | ▪ Marca y modelo del fabricante<br>▪ País de fabricación<br>▪ Calibre<br>▪ Número de serie (Debe encontrarse en el cañón, cerradura y armazón) |
| 33 | ACCESORIOS POR ARMA | ▪ 05 Cargadores<br>▪ Kit de mantenimiento<br>▪ Porta fusil<br>▪ Bayoneta<br>▪ Porta bayoneta |
| 34 | PRESENTACION | • Estuche de polímero u otro material de alta resistencia, individual o multipack |
| 35 | AÑO DE FABRICACIÓN | Año 2015 o posterior, nuevo , no remanufacturado ni repotenciado |
| 36 | GARANTÍA TÉCNICA | Cinco (05) años en condiciones normales de uso. |
| 37 | IDENTIFICACION | Código 2D-Matrix y/o Dispositivo de Radio-Frecuencia UHF para fines de identificación y/o inventario electrónico, incrustado en el cajón de mecanismos y no removible por el usuario sin necesidad de herramientas |

## 2.2 OTRAS CONSIDERACIONES

La FAME SAC considera que para la fabricación se tomen en consideración las siguientes disposiciones:

- Las marcas deben estar en una superficie exterior y ser visibles, claramente reconocibles sin necesidad de recurrir al uso de herramientas técnicas específicas, legibles, duraderas, y cuando ello sea posible técnicamente, recuperables.




- Las marcas deberían aplicarse a un componente esencial o estructural de las armas, un componente se considera esencial si su destrucción hace que el arma quede inoperativa permanentemente o hace imposible su reactivación.
- El marcaje o grabación deberá comprender la siguiente información:
  - Logo o marca y nombre del fabricante
  - Modelo




  - Calibre
  - Número de serie
  - País de fabricación,
- El marcaje del número de serie podrá ser de tipo alfanumérico y dependerá del sistema de serialización del fabricante




- La marca comercial podría ser ubicada en algún otro lugar de la parte estructural.
- Es posible utilizar la tecnología de micro golpe o de láser




El marcaje o grabación de los fusiles, deberá alcanzar un mínimo de 1mm de profundidad y será realizada en el receptor inferior, el cual es el componente donde se encuentra el cajón de mecanismos.

## ANEXO 03

La FAME SAC posee un extensión de terreno aproximadamente y de 83 Ha, en donde existen diversas edificaciones, construcciones y obras civiles (plantas, talleres, almacenes, polvorines, galpones, comedores, cuadras, subestaciones, laboratorios, patios, garitas, etc.) y áreas libres en diversos sectores de la Fábrica, los cuales podrían ser utilizado para el presente proyecto.










Para efectos de la implementación de la línea de ensamblaje de fusiles calibre 7.62x51 mm y 5.56x45mm, la FAME SAC está en condiciones de proporcionar una planta con las siguientes características:

- Área cubierta requerida para la línea de ensamblaje
- Área total requerida para oficinas de administración

