**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ADAMS ARMS, LLC,
    Plaintiff,
v.                                                      CASE NO.: 8:16-cv-1503-VMC-AEP
UNIFIED WEAPONS SYSTEMS, INC.,
AGUIEUS, LLC, MICHAEL BINGHAM,
CHRISTIAN QUINTANILLA AURICH, and
MAJOR GENERAL JAMES W. PARKER,

    Defendants.
_____/

**DEFENDANTS', UNIFIED WEAPONS SYSTEMS, INC. AND CHRISTIAN QUINTANILLA AURICH'S NOTICE OF FILING AFFIDAVITS IN OPPOSITION OF DEFENDANT, MAJOR GENERAL JAMES W. PARKER, USA, "RETIRED" AND DEFENDANTMICHAEL C. BINGHAM TO PLAINTIFF, ADAMS ARMS, LLC'S MOTION FOR PRELIMINARY INJUNCTION; DECLARATION OF FABRICA DE ARMAS Y MUNICIONES DEL EJERCITO, SAC (F.A.M.E.); AND DECLARATION OF <u>CHRISTIAN QUINTANILLA AURICH</u>**

    Defendants, UNIFIED WEAPONS SYSTEMS, INC., a Delaware corporation, and CHRISTIAN QUINTANILLA AURICH, by and through undersigned counsel, hereby give notice of filing of the Defendant, Major General James W. Parker, USA, "Retired" Affidavit In Opposition; Defendant, Michael C. Bingham's Affidavit In Opposition; Declaration Of Fabrica De Armas Y Municiones Del Ejercito, SAC (F.A.M.E.); and Declaration Of Christian Quintanilla Aurich.

    DATED this <u>14th</u> day of July, 2016.

                  BY:    <u>/s/ Beatriz McConnell</u>
                            Leonard S. Englander
                            *Lead Trial Counsel*
                            Florida Bar No.: 198846
                            Primary:  eservice@eflegal.com
                            Beatriz McConnell
                            Florida Bar No.: 42119

**ENGLANDER FISCHER**
ATTORNEYS
721 First Avenue North • St. Petersburg, Florida 33701
Phone (727) 898-7210 • Fax (727) 898-7218
eflegal.com

Primary: bmcconnell@eflegal.com
Joseph Wesley Etter IV
Florida Bar No.: 83814
Primary: jetter@eflegal.com
ENGLANDER FISCHER
721 First Avenue North
St. Petersburg, Florida 33701
Telephone:  (727) 898-7210
Telefax:  (727) 898-7218
*Attorneys for UWS, Inc. and Mr. Aurich*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing has been electronically was served through the CM/ECF Filing System, which will send notice to:  Jaime Austrich, Esq., jaustrich@slk-law.com, J. Todd Timmerman, Esq., ttimmerman@slk-law.com, Mindi M. Richter, Esq., mrichter@slk-law.com, 101 East Kennedy Boulevard, Suite 2800, Tampa, Florida 33602; Aguieus, LLC, c/o Matthew B. Sullivan, Esq., matthewbsullivan@aol.com,  4756 Central Avenue, St. Petersburg, FL 33711; Michael C. Bingham, 7441 Ambleside Drive, Land O'Lakes, FL 34637; Major General James W. Parker, U.S.A, Retired, 929 Allegro Lane, Apollo Beach, FL 33572.