**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ADAMS ARMS, LLC,

    Plaintiff,

v.     CASE NO.: 8:16-cv-1503-VMC-AEP

UNIFIED WEAPON SYSTEMS, INC.,
AGUIEUS, LLC,
MICHAEL C. BINGHAM,
CHRISTIAN QUINTANILLA AURICH, and
MAJOR GENERAL JAMES W. PARKER,
USA, Retired,

    Defendants.

_____/

**DECLARATION OF MAYOR EP FERNANDO LARREA NAVARRETE FOR FABRICA DE ARMAS Y MUNICIONES DEL EJERCITO, SAC (F.A.M.E.)**

    I, Mayor EP Fernando Larrea Navarrete, pursuant to 28 U.S.C. § 1746, state and declare as follows:

*I. FAME's Historical Background*

    1.    I am above eighteen (18) years old, and am able to make this Declaration based upon my own personal knowledge, information and belief.

    2.    I live in Peru and am employed by The Fabrica de Armas y Municiones del Ejercito, SAC (F.A.M.E.)[1] *("FAME")*, and in my employment capacity, I serve as its Commercial Manger of FAME.

    3.    FAME was created in 1963 after the Peruvian Government enacted Special Executive Order No. 14608.

---

[1] The literal translation means of FAME means, "Factory of Arms and Ammunition for the Peruvian Army."

4. FAME is a closely-held corporation whose legal status corresponds to that of a regulated corporation, but with private shareholders that operates under the umbrella of the Peruvian Ministry of Economics and Finance and Administered by "FONAFE".

5. FAME's mission statement is to be an arms and ammunition company with an ability at developing, manufacturing, assembling, modifying, modernizing and maintaining weapons for military, law enforcement and private use in Peru as an effort to contribute to its technological and socioeconomic development.

6. FAME's original directives and mission statement was providing small caliber ammunition to the Peruvian military.

7. Over time and commencing in the 1970's, the Military Industry of Peru (INDUMIL) was created to operate under the now extinct Ministries of War. Shortly thereafter, FAME was incorporated as a production body to supply aforementioned company holdings.

8. In the 1980's, under Peruvian Law No. 24654, on April 1, 1987, The Ministries of War and other departments were or had already been permanently abolished, and multiple departments were absorbed into the Ministry of Defense *("MOD")*.

9. Subsequently, in January of 2009, pursuant to Peruvian Law No. 291314, FAME became a closed corporation. This is important because this law grants FAME administrative, technical, economic and financial **autonomy** in accordance with the policies brought forth by FONAFE and adhering to the guidelines and policies established by MOD.

10. FAME is now comprised of six (6) board members; three of which consist of army generals and the remainder serving as private Peruvian citizens.

11. Today, **and at all times since FAME became a closed corporation**, it is a regulated company producing weapons and ammunitions to the Peruvian military, law enforcement and civilian populous.

## *II. FAME is not MOD and MOD is not FAME*

12. FAME is not MOD, and it never has been.

13. FAME is a corporation designed at assisting the Peruvian government, but receives budgetary financing separately and independent of the Peruvian government. Any budgetary concerns or fiscal deadlines remain between the Peruvian government and other parties. FAME has no direct control in those contracts.

14. FAME, from time to time, is able to select outside resource assistance for generating munitions aimed at facilitating the acquisition and use of weaponry for the Peruvian government and private citizenry.

15. FAME has never received, and does not currently possess any Adams Arms' brand rifles or any patented Adams Arms' component supplied to it by Adams Arms or any of the Defendants, including but not limited to: UWS, Inc., Aguieus, LLC, Major General James Parker, Christian Quintanilla Aurich or Michael Bingham.

## *III. The FAME Project*

16. In July of 2015, after securing a deal with CZ, a Czech Republic company, to co-manufacture pistols, FAME created a new opportunity for international arms and munitions companies. FAME sought out soliciting international bids for companies to co-manufacture rifles with FAME in Peru.

17. The goal of this effort was so that after receiving the rifle parts and assembling the rifles in Peru, over a period of time, FAME would also learn how to manufacture several of the parts so that it could manufacture its own rifles *in Peru* for use by the Peruvian armed forces.

18. In order to be selected for participation and potentially be awarded the rifle co-manufacturing contract, FAME implemented bidding restrictions and a grueling and intense testing phase for the rifle prototypes.

19. FAME's co-manufacturing rifle contract consisted of shipping parts, not supplying fully assembled rifles. To be clear, FAME wants to independently assemble and manufacture rifles in Peru. The non-outsourcing of imported rifles will save enormous resources for FAME, and create a strong fiscal budget for years.

20. After reviewing the international bids, on December 18, 2015, FAME selected UWS, Inc. to participate in FAME's rifle co-manufacturing contract pending its passing of the grueling tests.

21. UWS, Inc. officials provided weapons that successfully passed all grueling tests, and FAME was pleased.

22. On May 16, 2016, FAME awarded UWS, Inc. the rifle co-manufacturing contract.

23. The prototype rifles provided by UWS, Inc. in connection with the rifle co-manufacturing contract, are in FAME's possession. The prototype rifles in FAME's possession do not do not contain any Adams Arms' parts, nor are do the rifles bear any log or reference to Adams Arms.

24. FAME has no intent to use Adams Arms' parts for the rifles under the rifle co-manufacturing contract.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

25. This Declaration was not signed in the United States.

FURTHER DECLARANT SAYETH NAUGHT.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 14th day of July, 2016.

_____
Mayor EP Fernando Larrea Navarrete