**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ADAMS ARMS, LLC,

    Plaintiff,

v.                                          CASE NO.: 8:16-cv-1503-VMC-AEP

UNIFIED WEAPON SYSTEMS, INC.,
AGUIEUS, LLC,
MICHAEL C. BINGHAM,
CHRISTIAN QUINTANILLA AURICH, and
MAJOR GENERAL JAMES W. PARKER,
USA, Retired,

    Defendants.
_____/

**DEFENDANT(S), MAJOR GENERAL JAMES W. PARKER, AGUIEUS, LLC, and MICHAEL C. BINGHAM'S**
**NOTICE OF FILING AFFIDAVITS INOPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [Doc. 13]**

    Defendant(s) MAJOR GENERAL JAMES W. PARKER, USA, "Retired", MICHAEL C. BINGHAM, and AGUIEUS, LLC, by and through undersigned counsel, hereby give notice of filing of Defendant(s), MAJOR GENERAL JAMES W. PARKER, USA, "Retired" Affidavit in opposition, and MICHAEL C. BINGHAM's Affidavit in opposition.

    DATED this 12th day of July, 2016.

                                                           By: _____*/s/ Matthew B. Sullivan*_____
                                                           MATTHEW B. SULLIVAN, ESQUIRE
                                                           4756 Central Avenue
                                                          St. Petersburg, Florida 33711
                                                          Telephone: 727-385-4049
                                                           Fax: 727-328-7103
                                                          E-mail: matthewbsullivan@aol.com
                                                          *Attorney for Defendants/Parker and Bingham*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 14, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I further certify that the foregoing document is being served this day on all counsel of record listed on the Service List via transmission of Notices of Electronic Filing generated by CM/ECF.


By:    */s/ Matthew B. Sullivan*
       *Attorney for AGUIEUS and BINGHAM*

**SERVICE LIST**

CASE NO.  8:16-cv-1503-VMC-AEP

Jaime Austrich, Esquire, jaustrich@slk-law.com
J. Todd Timmerman, Esquire, ttimmerman@slk-law.com
Mindi M. Richter, Esquire, mrichter@slk-law.com
SCHMUKER, LOOP & KENDRICK,  LLP
101 East Kennedy Boulevard, #2800
Tampa, FL  33602
*Attorneys for Plaintiff*

Leonard S. Englander, Esquire, eservice@eflegal.com and chanley@eflegal.com
Beatriz McConnell, Esquire, bmcconnell@eflegal.com and tdillon@eflegal.com
Joseph Wesley Etter, IV, Esquire, jetter@eflegal.com and jkillett@eflegal.com
ENGLANDER FISCHER
721 First Avenue North
St. Petersburg, FL  33701
*Attorneys for Defendants/UWS and Aurich*