UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ADAMS ARMS, LLC,**

    **Plaintiff,**

v.                                    Case No.: 8:16-cv-1503-VMC-AEP

**UNIFIED WEAPON SYSTEMS, INC.,
AGUIEUS, LLC, MICHAEL C. BINGHAM,
CHRISTIAN QUINTANILLA AURICH, and
MAJOR GENERAL JAMES W. PARKER,**

    **Defendants.**
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR AUTHORIZATION
TO BRING ELECTRONIC EQUIPMENT INTO THE COURTHOUSE**

Plaintiff, Adams Arms, LLC, ("Adams Arms") moves the Court for authorization to bring, as specified below, certain computer equipment into the courthouse, and in support states as follows:

    1.    Adams Arms' Motion for Preliminary Injunction is scheduled in this matter for **Thursday, July 21, 2016 at 11:00 a.m.**   The hearing will be held in Courtroom 10A of the Sam M. Gibbons U.S. Courthouse before Magistrate Judge Anthony E. Porcelli.

    2.    Adams Arms intends to make visual presentations to the Court during the course of the hearing, in connection with which J. Todd Timmerman will need to use certain electronic equipment as follows:

        **HP 8460 laptop - Serial Number:  CNU239CBMJ**

**WHEREFORE**, Adams Arms requests that the Court permit such electronic equipment to be brought into the courthouse.

*Certification Pursuant to Local Rule 3.01(g)*

In accordance with Local Rule 3.01(g), counsel for Adams Arms certifies that he has conferred with opposing counsel, and that Leonard Englander and Matthew Sullivan, counsel for Defendants, do not oppose the relief requested.

Date: July 18, 2016                         Respectfully submitted,

/s/ J. Todd Timmerman
J. Todd Timmerman, Trial Counsel
Florida Bar No. 0956058
ttimmerman@slk-law.com
Jaime Austrich
Florida Bar No. 84565
jaustrich@slk-law.com
Mindi M. Richter
Florida Bar No. 0044827
mrichter@slk-law.com
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard, Suite 2800
Tampa, Florida 33602
Telephone No.: (813) 229-7600
Facsimile No.: (813) 229-1660

*Attorneys for Plaintiff, Adams Arms, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 18, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic filing to all counsel of record.

/s/ J. Todd Timmerman
Attorney