**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ADAMS ARMS, LLC,

    Plaintiff,

v.                                                          CASE NO.: 8:16-cv-1503-VMC-AEP

UNIFIED WEAPONS SYSTEMS, INC.,
AGUIEUS, LLC, MICHAEL BINGHAM,
CHRISTIAN QUINTANILLA AURICH, and
MAJOR GENERAL JAMES W. PARKER,

    Defendants.

_____/

**DEFENDANTS, UNIFIED WEAPONS SYSTEMS, INC., AND CHRISTIAN QUINTANILLA AURICH'S, UNOPPOSED MOTION FOR AUTHORIZATION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTHOUSE**

    Defendants, UNIFIED WEAPONS SYSTEMS, INC., a Delaware corporation, and CHRISTIAN QUINTANILLA AURICH *("Defendants")*, through its undersigned counsel, move this Honorable Court for entry of an order authorizing to bring, as specified below, certain computer equipment into the courthouse, and in support state as follows:

    1.    A Motion for Preliminary Injunction is scheduled in this matter for **Thursday, July 21, 2016 at 11:00 a.m.**  The hearing will be held in Courtroom 10A of the Sam M. Gibbons U.S. Courthouse before Magistrate Anthony E. Porcelli.

    2.    Defendants intend to make visual presentations to the Court during the course of the hearing, in connection with which Leonard S. Englander will need to use certain electronic equipment as follows:

**Mac Book Air**

ENGLANDER FISCHER
ATTORNEYS
721 First Avenue North • St. Petersburg, Florida 33701
Phone (727) 898-7210 • Fax (727) 898-7218

eflegal.com

WHEREFORE, Defendants request that this Honorable Court permit such electronic equipment to be brought into the courthouse.

### *Certification Pursuant to Local Rule 3.01(g)*

In accordance with Local Rule 3.01(g), counsel for Defendants certifies that he has conferred with opposing counsel, Matthew Sullivan, counsel for the remaining Defendants, and J. Todd Timmerman, counsel for Plaintiff, neither of which oppose the relief requested.

DATED this 19th day of July, 2016.

> BY: */s/ Leonard S. Englander*
> Leonard S. Englander
> *Lead Trial Counsel*
> Florida Bar No.: 198846
> Primary:  eservice@eflegal.com
> Beatriz McConnell
> Florida Bar No.: 42119
> Primary: bmcconnell@eflegal.com
> Joseph Wesley Etter IV
> Florida Bar No.: 83814
> Primary: jetter@eflegal.com
> ENGLANDER FISCHER
> 721 First Avenue North
> St. Petersburg, Florida 33701
> Telephone:  (727) 898-7210
> Telefax:  (727) 898-7218
> *Attorneys for UWS and Mr. Aurich*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 19, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic filing to all counsel of record.

> */s/ Leonard S. Englander*
> Attorney for Defendants Aurich and UWSI