UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADAMS ARMS, LLC,

    Plaintiff,

v.                                        Case No. 8:16-cv-1503-T-33AEP

UNIFIED WEAPON SYSTEMS, INC.,
*et al.*,

    Defendants.
_____/

**ORDER**

This cause comes before Court upon Plaintiff's Unopposed Motion for Authorization to Bring Electronic Equipment into the Courthouse (Doc. 64) and Defendants Unified Weapons Systems, Inc. and Christian Quintanilla Aurich's Unopposed Motion for Authorization to Bring Electronic Equipment into the Courthouse (Doc. 65). After consideration, it is hereby

ORDERED:

1. Plaintiff's Unopposed Motion for Authorization to Bring Electronic Equipment into the Courthouse (Doc. 64) is GRANTED.

2. Defendants Unified Weapons Systems, Inc. and Christian Quintanilla Aurich's Unopposed Motion for Authorization to Bring Electronic Equipment into the Courthouse (Doc. 65) is GRANTED.

3. Attorney J. Todd Timmerman may bring the HP 8460 laptop – Serial Number CNU239CBMJ and Attorney Leonard S. Englander may bring a Mac Book Air into the Sam M. Gibbons United States Courthouse for use during the hearing on Plaintiff's Motion for Preliminary Injunction scheduled for July 21, 2016, at 10:00 a.m.

4.  Attorney J. Todd Timmerman and Attorney Leonard S. Englander shall present a copy of this Order to security personnel upon entering the courthouse with such equipment. The equipment described above is subject to inspection at any time by courthouse security personnel.

5.  The parties are directed to contact the Court's Information Technology Department at 813-301-5305 by 12:00 p.m. on Wednesday, July 20, 2016, to coordinate the courtroom technology and wireless internet connection information.

DONE AND ORDERED in Tampa, Florida, on this 19th day of July, 2016.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc:     Counsel of Record
        Court Security Officers – Lobby