UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADAMS ARMS, LLC,,

    Plaintiff,

vs.                                    CASE NO. 8:16-cv-1503-VMC-AEP

UNIFIED WEAPON SYSTEMS, INC.,
AGUIEUS, LLC,
MICHAEL C. BINGHAM,
CHRISTIAN QUINTANILLA AURICH, and
MAJOR GENERAL JAMES W. PARKER,

    Defendants.
_____/

## MEDIATOR'S NOTICE

On July 19, 2016, the parties convened for mediation in this matter with the undersigned acting as mediator. A portion of the case was resolved by written agreement among the parties, which resulted in the parties' agreement to cancel the preliminary injunction hearing scheduled for July 21, 2016. The parties agreed to continue mediation of the remaining issues until after discovery has been conducted.

                                                Respectfully submitted,

                                                BRADFORD D. KIMBRO, Mediator
                                                Florida Bar No. 908002
                                                HOLLAND & KNIGHT LLP
                                                P.O. Box 1288
                                                Tampa, Florida 33601-1288
                                                (813) 227-8500
                                                (813) 229-0134 (fax)

                                        By: ___/s/ Bradford D. Kimbro_____
                                                  Bradford D. Kimbro

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed July 20, 2016, using the CM/ECF system, which will provide true and correct copies to the following:

| | |
|---|---|
| J. Todd Timmerman<br>Jaime Austrich<br>Mindi M. Richter<br>Shumaker Loop & Kendrick<br>101 East Kennedy Boulevard<br>Suite 2800<br>Tampa FL 33602<br>Attorneys for Plaintiff, Adams Arms LLC | ttimmerman@slk-law.com<br>jaustrich@slk-law.com<br>mrichter@slk-law.com |
| Leonard S. Englander, Esq.<br>Bea McConnell, Esq.<br>Englander Fischer<br>721 First Avenue North<br>St. Petersburg FL 33701<br>Attorneys for Defendants Unified Weapon Systems Inc and Christian Quintanilla Aurich | lenglander@eflegal.com |
| Matthew B. Sullivan, Esq.<br>4756 Central Avenue<br>St. Petersburg FL 33711<br>Attorney for Defendant Aguieus LLC,<br>Michael C. Bingham and James W. Parker | matthewbsullivan@aol.com |

/s/ Bradford D. Kimbro
Bradford D. Kimbro, Mediator

#47346453_v1