**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:**   8:16-cv-1503-T-33AEP | **DATE:**   July 20, 2016 | |
|---|---|---|
| **HONORABLE   VIRGINIA   M.   HERNANDEZ COVINGTON** | | |
| **ADAMS ARMS, LLC**<br><br>        Plaintiff,<br><br>v.<br><br>**UNIFIED WEAPON SYSTEMS, INC., et al.**<br><br>        Defendants. | **PLAINTIFF COUNSEL**<br>John Timmerman<br><br><br>**DEFENDANT COUNSEL**<br>Leonard S. Englander<br>Beatriz McConnell<br>Matthew B. Sullivan | |
| **COURT REPORTER:**  Scott Gamertsfelder | **DEPUTY CLERK:** | Shameeka Teasley |
| **TIME:**  11:04 AM – 11:54 AM<br>**TOTAL:**  50 minutes | **COURTROOM:** | 14B |

**PROCEEDINGS:**    SCHEDULING CONFERENCE

The Court held a Rule 16 Hearing.

The Case Management and Scheduling Order will be entered on the docket subsequent to this hearing.