**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**


ADAMS ARMS, LLC,

      Plaintiff,

v.                             CASE NO.: 8:16-cv-1503-VMC-AEP

UNIFIED WEAPON SYSTEMS, INC.,
AGUIEUS, LLC,
MICHAEL C. BINGHAM,
CHRISTIAN QUINTANILLA AURICH, and
MAJOR GENERAL JAMES W. PARKER,
USA, Retired,

      Defendants.

_____/


## MOTION TO REDACT AND PROHIBIT THE PUBLICATION OF THE ADDRESS OF DEFENDANT, MICHAEL C. BINGHAM

      COMES NOW the Defendant, MICHAEL C. BINGHAM, by and through undersigned counsel, and hereby respectfully requests this Court redact the address of Defendant, Michael C. Bingham as it now appears anywhere in the Court File and on the Pacer Case Management System; and to prohibit the future publication of the address in this case, or any public or private communication moving forward in this case.   MICHAEL C. BINGHAM is a sworn law enforcement officer and his address is protected from disclosure under the Section 119.071(4)(d), Florida Statutes.

WHEREFORE, Defendant/BINGHAM requests this Honorable Court enter an Order redacting his address from the Court File and requiring the removal and /or redaction of the address from all future pleadings in this matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 21, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I further certify that the foregoing document is being served this day on all counsel of record listed on the Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

By: _____ */s/ Matthew B. Sullivan* _____

MATTHEW B. SULLIVAN, ESQUIRE
4756 Central Avenue
St. Petersburg, Florida 33711
Telephone: 727-385-4049
Fax: 727-328-7103
E-mail:  matthewbsullivan@aol.com
*Attorney for Defendant/PARKER*

**SERVICE LIST**

CASE NO.  8:16-cv-1503-VMC-AEP

Jaime Austrich, Esquire, jaustrich@slk-law.com
J. Todd Timmerman, Esquire, ttimmerman@slk-law.com
Mindi M. Richter, Esquire, mrichter@slk-law.com
SCHMUKER, LOOP & KENDRICK,  LLP
101 East Kennedy Boulevard, #2800
Tampa, FL  33602
*Attorneys for Plaintiff*

Leonard S. Englander, Esquire, eservice@eflegal.com and chanley@eflegal.com
Beatriz McConnell, Esquire, bmcconnell@eflegal.com and tdillon@eflegal.com
Joseph Wesley Etter, IV, Esquire, jetter@eflegal.com and jkillett@eflegal.com
ENGLANDER FISCHER
721 First Avenue North
St. Petersburg, FL  33701
*Attorneys for Defendants/UWS and Aurich*