UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADAMS ARMS, LLC,

    Plaintiff,

v.                                  Case No. 8:16-cv-1503-T-33AEP

UNIFIED WEAPON SYSTEMS, INC.,
*et al.*,

    Defendants.
_____/

**ORDER**

This matter comes before the Court upon the parties' Stipulated Agreement (Doc. 67). Plaintiff initially sought preliminary injunctive relief against Defendants for the purported misuse and misappropriation of Plaintiff's alleged confidential information and trade secrets (Doc. 13). After conducting a mediation conference, however, the parties entered into the Stipulated Agreement, in which Defendants deny any wrongdoing but stipulate and agree to not use or disclose any of Plaintiff's confidential information or trade secrets and to return any confidential information and trade secrets in their possession, custody or control (Doc. 67). Upon consideration, therefore, it is hereby

ORDERED:

1. The terms of the parties' Stipulated Agreement (Doc. 67) is APPROVED and incorporated herein. This Court's authority to enforce the terms of this agreement shall terminate upon a final determination of this action in the district court.

DONE AND ORDERED in Tampa, Florida, on this 21st day of July, 2016.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record