**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ADAMS ARMS, LLC,

    Plaintiff,

v.                                         CASE NO.: 8:16-cv-1503-VMC-AEP

UNIFIED WEAPONS SYSTEMS, INC.,
AGUIEUS, LLC, MICHAEL BINGHAM,
CHRISTIAN QUINTANILLA AURICH, and
MAJOR GENERAL JAMES W. PARKER,

    Defendants.

_____/

**DEFENDANTS', UNIFIED WEAPONS SYSTEMS, INC. AND CHRISTIAN QUINTANILLA AURICH'S MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF, ADAMS ARMS, LLC'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS [Doc. 77] AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, UNIFIED WEAPONS SYSTEMS, INC., a Delaware corporation, and CHRISTIAN QUINTANILLA AURICH (*"Defendants"*), by and through its undersigned counsel, pursuant to Local Rule 3.01(c) respectfully requests that this Court grant leave to file a Reply to Plaintiff, Adams Arms, LLC's Response To Defendants' Motion to Dismiss (*"the Response"*) [Doc 77]. The Defendants proposed Reply shall not exceed five (5) pages. In support of this Motion, Defendants state as follows:

**MEMORANDUM OF LAW**

Pursuant to Local Rule 3.01(c), a Reply can only be submitted with leave of the Court. The Response raised new legal arguments that the Defendants must address in order to fully advocate their position. Based on the foregoing, and to ensure that the Court has full, fair and accurate information in ruling on Defendant, Unified Weapons Systems, Inc.'s, Motion To

Dismiss Counts I, II, & V Of Plaintiff's Complaint [Doc. 1] And Incorporated Memorandum Of Law [Doc. 49] and on Defendant, Christian Quintanilla Aurich's, Motion To Dismiss Counts II, & V Of Plaintiff's Complaint [Doc. 1] And Incorporated Memorandum Of Law [Doc. 50], Defendants respectfully seek leave to file a Reply to the Response which shall not exceed five (5) pages.

WHEREFORE, Defendants, UNIFIED WEAPONS SYSTEMS, INC., a Delaware corporation, and CHRISTIAN QUINTANILLA AURICH, respectfully request that this Court grant their Motion For Leave To File A Reply To Plaintiff, Adams Arms, LLC's Response To Defendants' Motion To Dismiss And Incorporated Memorandum Of Law.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

In accordance with Local Rule 3.01(g), counsel for Defendants certifies that on July 28, 2016 she has conferred with counsel for Plaintiff, Mindi Richter, regarding the requested relief, however, Ms. Richter indicated that she could not consent to the requested relief absent Defendants' delineating all arguments to be raised in the Reply and obtaining permission from her client. Given the time sensitivity of the relief requested and to avoid any potential waiver of the ability to file a Reply, Defendants are filing the Motion and will update the Court immediately if they are able to obtain a more definitive position on the relief requested from Plaintiff's counsel.

DATED this 1st day of August, 2016.

> BY:   /s/ Beatriz McConnell
> Leonard S. Englander, Esq.
> *Lead Trial Counsel*
> Florida Bar No.: 198846
> Primary:  eservice@eflegal.com
> Secondary: chanley@eflegal.com
> Beatriz McConnell, Esq.

>Florida Bar No.: 42119
>Primary: bmcconnell@eflegal.com
>Secondary: tdillon@eflegal.com
>Joseph Wesley Etter IV, Esq.
>Florida Bar No.: 83814
>Primary: jetter@eflegal.com
>Secondary:  creeder@eflegal.com
>ENGLANDER FISCHER
>721 First Avenue North
>St. Petersburg, Florida 33701
>Telephone:  (727) 898-7210
>Telefax:  (727) 898-7218
>*Attorneys for UWS, Inc. and Mr. Aurich*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing has been electronically was served through the CM/ECF Filing System, which will send notice to:  Jaime Austrich, Esq., jaustrich@slk-law.com, J. Todd Timmerman, Esq., ttimmerman@slk-law.com, Mindi M. Richter, Esq., mrichter@slk-law.com, 101 East Kennedy Boulevard, Suite 2800, Tampa, Florida 33602; Aguieus, LLC, Major General James W. Parker, U.S.A., Retired, and Michael C. Bingham, c/o Matthew B. Sullivan, Esq., matthewbsullivan@aol.com,  4756 Central Avenue, St. Petersburg, FL 33711.

>*/s/ Beatriz McConnell*
>Attorney for Defendants Aurich and UWSI