UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADAMS ARMS, LLC,

    Plaintiff,

v.

UNIFIED WEAPON SYSTEMS, INC.,
AGUIEUS, LLC,
MICHAEL C. BINGHAM,
CHRISTIAN QUINTANILLA AURICH, and
MAJOR GENERAL JAMES W. PARKER,
USA, Retired,

    Defendants.

CASE NO.: 8:16-cv-1503-VMC-AEP

_____/

## DECLARATION OF MICHAEL C. BINGHAM ON BEHALF OF AGUIEUS, LLC

I, Michael C. Bingham, pursuant to 28 U.S.C.A. § 1746, hereby declare as follows:

1. I am above eighteen (18) years old and this Declaration is based upon my own personal knowledge, information and belief.

2. I am the Managing Member of Aguieus, LLC (*"Aguieus"*) and I am authorized to make this Declaration on behalf of Aguieus.

3. Aguieus is currently working with AO Precision Manufacturing, LLC, Artisan Arms, LLC, and Trenton Forging Company (collectively *"the Vendors"*).

4. In connection with Aguieus' working relationship with the Vendors, Aguieus has provided the Vendors with proprietary, confidential trade secret information, including but not limited to its technical data and drawings (*"Proprietary Information"*).

5. The Proprietary Information that Aguieus shared with the Vendors is a compilation and creation of information not available publicly and which is intended to give,

Aguieus an opportunity to obtain a competitive advantage over other competitors who do not know or have access to this information.

FURTHER DECLARANT SAYETH NAUGHT.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this _9TH_ day of August, 2016.

_____
Michael C. Bingham

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

The foregoing instrument was acknowledged before me this _9_ day of August, 2016, by Michael C. Bingham, who is personally known to me or who produced _License_ as identification and who did/did not take an oath.

ANTONELLA PIRRONE
Notary Public - State of Florida
My Comm. Expires Apr 20, 2018
Commission # FF 088614
Bonded Through National Notary Assn.

_____
Notary Public, State of Florida
My Commission Expires: