UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADAMS ARMS, LLC,

    Plaintiff,

v.                                                      Case No.: 8:16-CV-1503-T-33AEP

UNIFIED WEAPON SYSTEMS, INC.,
AGUIEUS, LLC,
MICHAEL C. BINGHAM,
CHRISTIAN QUINTANILLA AURICH, and
MAJOR GENERAL JAMES W. PARKER,

    Defendants.

_____/

## DECLARATION OF MINDI M. RICHTER

1.    This Declaration is submitted in support of Adams Arms, LLC's ("AA") Response in Opposition to Defendants' Motions to Quash, for Protective Order, and for Interim Order Pending Adjudication and Incorporated Memorandum of Law.

2.    My name is Mindi M. Richter, and I am an attorney with the law firm of Shumaker, Loop & Kendrick, LLP representing AA. I am over the age of eighteen (18) and am competent to testify in this matter. I have personal knowledge of the facts set forth in this Declaration.

3.    On August 1, 2016, as counsel for AA, I signed 33 subpoenas to be sent out for the above-referenced case, and on that same day my Legal Assistant sent Defendants' counsel copies of each subpoena by U.S. Mail.

4.    On August 2, 2016, my Paralegal began sending the subpoenas out to different process servers in the applicable states, but none of the subpoenas were served on that day.



5. The process servers were not instructed to serve any of the subpoenas on a rush or expedited basis.

6. This Declaration was executed in the United States.

\* \* \*

FURTHER DECLARANT SAYETH NAUGHT.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the /5 day of August, 2016

Mindi M. Richter