**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ADAMS ARMS, LLC,
    Plaintiff,

v.                                      CASE NO.: 8:16-cv-1503-VMC-AEP

UNIFIED WEAPONS SYSTEMS, INC.,
AGUIEUS, LLC, MICHAEL BINGHAM,
CHRISTIAN QUINTANILLA AURICH, and
MAJOR GENERAL JAMES W. PARKER,

    Defendants.
_____/

**DEFENDANT/COUNTER-PLAINTIFF, UNIFIED WEAPONS SYSTEMS, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS RESPONSE TO PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM FOR TORTIOUS INTERFERENCE**

Defendant/Counter-Plaintiff, UNIFIED WEAPONS SYSTEMS, INC. (*"UWSI"*), through its undersigned counsel, hereby moves this Honorable Court for an extension of time up to and through August 26, 2016 for UWSI to prepare and file its response to Plaintiff's Motion To Dismiss Counterclaim for Tortious Interference (*"Motion"*) in this case, and in support thereof states as follows:

**MOTION**

1.    Plaintiff filed its Motion on August 2, 2016, making UWSI's Response due to be filed on or before August 16, 2016.

2.    UWSI respectfully requests an extension up to and through August 26, 2016 to file its Response.

3.    Pursuant to Rule 3.7, on August 15, 2016, the undersigned conferred with

Plaintiff's counsel in good faith to request the extension and is authorized to represent that Plaintiff's counsel does not object to the requested extension.

4. This motion is made in good faith and not for any improper purpose, and the requested relief will not prejudice any party.

## MEMORANDUM OF LAW

This Memorandum of Law is submitted in support of the foregoing Motion as required by Local Rule 3.01(a). This Court has jurisdiction to grant extensions of time pursuant to Fed. R. Civ. P. 6(b)(1)(A), which provides in pertinent part:

(b) Extending Time.

>(1) In General. When an act may or must be done within a specified time, the court may, for good cause, extend the time:
>
>>(A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]

UWSI requests and Plaintiff does not oppose an extension of the deadline for UWSI to prepare its Response to the Motion up to and including August 26, 2016. No depositions have taken place and trial is still in excess of six (6) months from the date of this motion, and thus, no substantial prejudice exists warranting the denial of an extension.

WHEREFORE, UWSI respectfully request that this Court grant its Unopposed Motion For Extension Of Time To File Their Responses To Plaintiff's Motion To Dismiss Counterclaim For Tortious Interference.

*Local Rule 3.01(g)*

Pursuant to Local Rule 3.01(g), on July 20, 2016, UWSI's counsel conferred with Plaintiff's counsel, Mindi Richter, Esq., and Plaintiff's counsel advised they did not oppose the relief sought in this Motion.

DATED this the 16th day of August, 2016.

          Respectfully submitted,

          BY:  */s/ Joseph Wesley Etter IV*
          Leonard S. Englander, Esq.
          *Lead Trial Counsel*
          Florida Bar No.: 198846
          Primary:  eservice@eflegal.com
          Secondary: chanley@eflegal.com
          Beatriz McConnell, Esq.
          Florida Bar No.: 42119
          Primary: bmcconnell@eflegal.com
          Secondary: tdillon@eflegal.com
          Joseph Wesley Etter IV, Esq.
          Florida Bar No.: 83814
          Primary: jetter@eflegal.com
          Secondary:  creeder@eflegal.com
          ENGLANDER FISCHER
          721 First Avenue North
          St. Petersburg, Florida 33701
          Telephone:  (727) 898-7210
          Telefax:  (727) 898-7218
          *Attorneys for UWS, Inc. and Mr. Aurich*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing has been electronically was served through the CM/ECF Filing System, which will send notice to:   Jaime Austrich, Esq., jaustrich@slk-law.com, J. Todd Timmerman, Esq.,

ttimmerman@slk-law.com, Mindi M. Richter, Esq., mrichter@slk-law.com, 101 East Kennedy Boulevard, Suite 2800, Tampa, Florida 33602; Aguieus, LLC, Major General James W. Parker, U.S.A., Retired, and Michael C. Bingham, c/o Matthew B. Sullivan, Esq., matthewbsullivan@aol.com, 4756 Central Avenue, St. Petersburg, FL 33711.

                                              */s/ Joeseph Wesley Etter IV*
                                              Attorney for Defendants Aurich and UWSI