UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADAMS ARMS, LLC,

    Plaintiff,

v.   Case No. 8:16-cv-1503-T-33AEP

UNIFIED WEAPON SYSTEMS, INC.,
ET AL.,

    Defendants.
_____/

**ORDER**

This matter comes before the Court upon Defendant Unified Weapon Systems, Inc.'s Motion for Partial Summary Judgment as to Count 1 of Plaintiff's First Amended Complaint (Doc. # 184), filed on March 17, 2017. The Court denies the Motion without prejudice as explained below.

**Discussion**

This Court's website sets forth the following requirements, which are in place to expedite the summary judgment stage of a civil case.

> Each motion for summary judgment must include a specifically captioned section titled, "Statement of Material Facts." The statement of material facts must list each material fact alleged not to be disputed in separate, numbered paragraphs. Each fact must be supported by a pinpoint citation to the specific part of the record relied upon to support that fact. The record includes depositions, electronically stored information, affidavits or declarations, stipulations,

admissions, and interrogatory answers; however, it does not include attorneys' affidavits. When preparing the statement of material facts, the moving party must reference only the facts necessary for the Court to determine the issues presented in the motion. Legal argument should not be included. <u>Failure to submit a statement of material facts constitutes grounds for denying the motion.</u>

Each response in opposition to a motion for summary judgment must include a specifically captioned section titled, "Response to Statement of Material Facts." The opposing party's response must mirror the statement of material facts by admitting and/or denying each of the moving party's assertions in matching numbered paragraphs. Each denial must set forth a <u>pinpoint</u> citation to the record where the fact is disputed. Although the opposing party's response must correspond with the paragraph scheme used in the statement of material facts, the response need not repeat the text of the moving party's paragraphs. In deciding a motion for summary judgment, <u>the Court will deem admitted any fact in the statement of material facts that the opposing party does not specifically controvert, provided the moving party's statement is supported by evidence in the record</u>. Additional facts that the party opposing summary judgment contends are material shall be numbered and placed at the end of the opposing party's response and include a <u>pinpoint</u> citation to the record where the fact is established.

When resolving a motion for summary judgment, the Court has no duty to search and consider any part of the record not otherwise referenced and <u>pinpoint</u> cited to in the statement of material facts and response thereto. <u>See</u> Fed. R. Civ. P. 56(c)(3) ("The court need consider only the cited materials, but it may consider other materials in the record.").

Defendant's Motion for Partial Summary Judgment does not comply because it does not contain a specifically captioned section titled "Statement of Material Facts" listing each

material fact alleged not to be disputed in separate, numbered paragraphs and supported by a pinpoint citation to record. In the instance that Unified Weapon Systems re-files its Motion for Partial Summary Judgment, it should carefully review the Court's specific requirements.[1]

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

Defendant Unified Weapon Systems, Inc.'s Motion for Partial Summary Judgment as to Count 1 of Plaintiff's First Amended Complaint (Doc. # 184) is **DENIED WITHOUT PREJUDICE.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 30th day of March, 2017.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

---

[1] The Case Management and Scheduling Order establishes June 19, 2017, as the dispositive motions deadline. (Doc. # 150 at 1).