**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ADAMS ARMS, LLC,

    Plaintiff,

v.

                                      Case No.: 16-cv-1503-VMC-AEP

UNIFIED WEAPON SYSTEMS, INC.,
AGUIEUS, LLC, MICHAEL C. BINGHAM,
CHRISTIAN QUINTANILLA AURICH, and
MAJOR GENERAL JAMES W. PARKER,
USA, Retired,

    Defendants
                                  /

**JOINT STATUS REPORT AND NOTICE OF SETTLEMENT**

Cross-claimants, UNIFIED WEAPON SYSTEMS, INC. and CHRISTIAN QUINTANILLA AURICH, ("*Cross-claimants*"), by and through their undersigned counsel, together with Counter Cross-claimants, AGUIEUS, LLC and MICHAEL C. BINGHAM ("*Counter Cross-claimants*") (collectively "the Parties"), by and through their undersigned counsel, pursuant to this Court's July 18, 2017 Order Directing the Parties to File a Status Report on this Case [Doc. 206], hereby notify this Court that the Parties have executed a settlement agreement ("*Settlement Agreement*"). The Parties will file a Stipulation of Dismissal on July 24, 2017.

Dated: July 21, 2017.

ENGLANDER FISCHER
ATTORNEYS
721 First Avenue North • St. Petersburg, Florida 33701
Phone (727) 898-7210 • Fax (727) 898-7218
eflegal.com

| ENGLANDER FISCHER | PETITT WORRELL |
|---|---|
| */s/Beatriz McConnell*_____ | */s/ R. Gale Porter, Jr.*_____ |
| LEONARD S. ENGLANDER | R. Gale Porter, Jr. |
| Florida Bar Certified, Business Litigation | Florida Bar No. 578584 |
| Florida Bar No. 198846 | pleadings@petittworrell.com |
| chaneley@eflegal.com | 100 N. Tampa St., Ste. 3575 |
| eservice@eflegal.com | Tampa, FL  33602 |
| BEATRIZ MCCONNELL | Tel. (813) 603-6300 |
| Florida Bar No. 0042119 | Fax (813) 603-6301 |
| bmcconnell@eflegal.com | Attorneys for Counter Cross-claimants |
| tdillon@eflegal.com | |
| **ENGLANDER AND FISHCER LLP** | |
| 721 1st Avenue North | |
| St. Petersburg, FL  33731-1954 | |
| Tel. (727) 898-7210 | |
| Fax (727) 898-7218 | |
| Attorneys for Cross-claimants | |